1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

QUANTUM LABS, INC., et al.,

            Plaintiffs,

    v.

MAXIM INTEGRATED PRODUCTS INC, et al.,

          Defendants.

Case No.  18-cv-07598-BLF

**ORDER DENYING PARTIES STIPULATION TO AMEND CASE MANAGEMENT ORDER**

On September 17, 2020, parties filed a stipulation to amend the case management order. *See* ECF 82; *see also* ECF 34 (current case management order). Judge Freeman is unavailable on the dates stipulated to by the parties. The Court's calendar is full through mid-2023. Continuances are set only where openings have occurred. The Court proposes the following dates:

- **Hearing on Motion for Summary Judgment**: August 19, 2021
    - Parties shall confer on the filing date for this motion. Otherwise, the motion is due 35 days prior to the motion hearing pursuant to Local Rule 7-2(a).
- **Final Pre-Trial Conference**: December 2, 2021 at 1:30 PM.
- **Trial**: January 10, 2022

The Court DENIES the parties' stipulation due to unavailability without prejudice. The parties are instructed to file a new stipulated case management order incorporating the proposed dates above if they are able to accept them. If the parties are unable to do so, the current case management order will remain in effect.

      **IT IS SO ORDERED.**

Dated:  September 17, 2020

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California