1   MICHAEL J. IOANNOU (SBN 95208)
      michael.ioannou@ropers.com
2   DANIEL P. MCKINNON (SBN 234749)
      daniel.mckinnon@ropers.com
3   KEVIN W. ISAACSON (SBN 281067)
      kevin.isaacson@ropers.com
4   ROPERS MAJESKI PC
    333 W. Santa Clara St., Suite 910
5   San Jose, CA  95113
    Telephone:  408.287.6262
6   Facsimile:  408.918.4501

7   Attorneys for Defendant and Counter-Claimant
    MAXIM INTEGRATED PRODUCTS, INC.

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13  QUANTUM LABS, INC.,                    Case No. 5:18-cv-07598-BLF

14            Plaintiff,                   **EXHIBIT F TO JOINT NOTICE OF
                                           COMPLETION OF CLEANUP, JOINT
15  v.                                     NOTICE OF SETTLEMENT AND
                                           [PROPOSED] ORDER TO VACATE
16  MAXIM INTEGRATED PRODUCTS, INC.,       DATES AND DEADLINES**

17            Defendant.                   Courtroom 3, Fifth Floor
                                           Judge:  Hon. Beth Labson Freeman
18  _____
                                           Trial Date:  September 26, 2022
19  AND RELATED COUNTER-CLAIM.

20

21

22  Dated:  June 21, 2022                  ROPERS MAJESKI PC

23

24                                         By: /s/ *Kevin W. Isaacson*
                                               _____
25                                             MICHAEL J. IOANNOU
                                               DANIEL P. MCKINNON
26                                             KEVIN W. ISAACSON
                                               Attorneys for Defendant and Counter-
27                                             Claimant MAXIM INTEGRATED
                                               PRODUCTS, INC.
28

A Professional Corporation
San Jose

ROPERS
M A J E S K I

# EXHIBIT F




# INITIAL SAMPLING AND ANALYTICAL PLAN (SAP)

# QUANTUM LABS DECONTAMINATION PROJECT

*PREPARED FOR:*

**QUANTUM LABS**
**2108 BERING DR. UNIT B**
**SAN JOSE, CA 95131**

*PREPARED BY:*

**AERO-ENVIRONMENTAL CONSULTING**
**JORGE VIZCAINO, CIH 9814**
**1426 VIA ISOLA**
**MONTEREY, CA 93940**
**PHONE: (831) 277-5831**

**October 13, 2021**




# SIGNATURE PAGE

## QUANTUM LABS
## COBALT DECONTAMINATION PROJECT

## INITIAL SAMPLING AND ANALYTICAL PLAN (SAP)

SAP preparer:                    Jorge Vizcaino, CIH (Aero-Environmental Consulting)
Project Superintendent:          Wendy Planck (Aero-Environmental Consulting)

Date of Issue:                   October 13th, 2021

This report prepared by:    _____
                             Jorge Vizcaino-Aero-Environmental
                             Certified Industrial Hygienist #9814
                             Certified Hazardous Materials Manager No. 19631
                             Certified Asbestos Consultant No. 04-3554






# TABLE OF CONTENTS

## Contents

List of Tables..............................................................................................................3
1.0    INTRODUCTION ..................................................................................... 4
2.0    PROJECT OBJECTIVES ......................................................................... 5
3.0    FIELD SAMPLING ACTIVITIES AND PROCEDURES ......................... 5
    *3.01*    *Pre-Cleaning (Decontamination) Vacuum Dust Sampling* ................... 5
    *3.02*    *Airborne Dust Monitoring* .................................................................. 6
    *3.03*    *Surface Sampling* ................................................................................ 6
4.0    LABORATORY ANALYTICAL METHODS ............................................. 7
5.0    SAMPLE SCREENING STANDARDS...................................................... 7
    *5.01*    *Pre-Decontamination Vacuum/Wipe Dust Samples Screening Levels*............ 7
    *5.02*    *Initial Sampling and Analysis* ............................................................. 8
    *5.03*    *Reporting*............................................................................................ 8
    *5.04*    *Decontamination Plan*......................................................................... 8
6.0    DECONTAMINATION PROCEDURES .................................................... 8
7.0    SAMPLE HANDLING AND LABORATORY PROCEDURES ................... 9
    *7.01*    *Sample Labels* ..................................................................................... 9
    *7.02*    *Sample Chain of Custody* .................................................................... 9
8.0    QUALITY ASSURANCE/QUALITY CONTROL REQUIREMENTS ....... 10
    *8.01*    *Vacuum/Wipe Dust Sampling QA/QC* ................................................ 10
    *8.02*    *Air Sampling QA/QC* .......................................................................... 10

## List of Tables

Table 1: Generalized Vacuum/Wipe Dust Sample Identification Scheme .....7

Table 2: Proposed Air Sampling Identification Scheme .................................8

Table 3: Laboratory Method Detection And Reporting Limits ........................9

## List of Attachments

Figure 1         *Facility Layout Plan*
Appendix A       *SafeBridge Consultants Evaluation Report 2017 and ERM Report-November 2020*
Appendix B       *Surface Contamination Clearance Levels*
Appendix C       *Professional Certifications*



## 1.0  INTRODUCTION

Aero-Environmental Consulting, Inc. prepared this initial sampling and analysis plan (SAP) for the Quantum Labs industrial facility located at 2108 Bering Dr. Unit B in San Jose, California. This document was prepared under our Professional Services Agreement (PSA) between Quantum Labs and Aero-Environmental Consulting dated September, 2021. Under this PSA, Aero-Environmental will provide documentation, collect dust (vacuum) samples for analysis of cobalt, collect air samples for cobalt analysis, and if needed, collect additional surface wipe samples, in addition to those wipe samples that were collected by SafeBridge Consultants in October 2017 (Appendix A). The Quantum Labs site is divided into thirteen zones, as depicted on Figure 1. The purpose of the Industrial hygiene assessment is to evaluate whether cobalt contamination exists at concentrations above the pre-agreed surface contamination Brookhaven National Laboratory (BNL), free release level of 2 µg/100cm$^2$ (Appendix B). Site assessment and decontamination activities are anticipated to be conducted from October 2021 through December 2021.

This current SAP was developed based on our review of the previous sampling conducted by SafeBridge Consultants as well as a proposed scope of work developed by ERM on November, 2020. This SAP includes updated references to contract specific standard operating procedures (SOPs) that have been developed in support of decontamination activities at this site. It also updates screening levels and general sampling methodology to accurately reflect conditions encountered at the site during our preliminary site evaluation conducted in June 2016 as well as initial sampling conducted by SafeBridge Consultant in November, 2017. This plan will be used to guide field sampling in October 2021, including:

- Pre-Cleaning Micro-Vacuum Dust Sampling – Aero-Environmental will collect indoor dust samples using vacuum dust sampling techniques from the interior offices and common use area to support the evaluation of potential threats to human health posed by cobalt exposure. A minimum of seven and a maximum of ten dust samples will be collected in these areas. Samples will be submitted for laboratory analysis for cobalt.
- General Area (GA) Samples. The sampling equipment is placed in a fixed location in the work areas. General area samples are not used to evaluate employee exposure. They may be used to determine whether reentry is warranted into a contaminated area, if there is potential contamination of adjacent work areas, or to verify the integrity of a negative pressure enclosure during cobalt rip out operations. They may not be used for OEL compliance determinations except in the rare instances where no feasible personal sampling method exists.
- The collection of surface contaminants, generally referred to as "wipe sampling", is an important IH technique to estimate contamination on a variety of surfaces, including those in work areas, common areas, offices, etc. When implemented following a validated method, the technique is a quick and easy means of assessing the level of contamination that may reside on the surface. Wipe samples can be taken to assess exposure to cobalt metal dust. Procedures can vary widely, depending on the contaminant of interest and the surface sampled. The procedure used for a collecting a specific analyte on a given surface is an important part of whether or not the results generated will be representative of the contamination.

This SAP outlines project objectives in Section 2.0;describes field sampling activities and procedures in Section 3.0; presents laboratory analytical methods, and actions initiated by results above screening levels, and sample handling procedures in Sections 4.0, 5.0, 6.0, and 7.0; and specifies quality assurance (QA) and quality control (QC) requirements in Section 8.0.

    

## 2.0  PROJECT OBJECTIVES

Aero-Environmental will provide site documentation, collect vacuum dust samples to be analyzed for cobalt, collect air samples for cobalt analysis and, collect post-remedial samples after decontamination by BELFOR Environmental. The purpose of the initial industrial hygiene assessment is to determine whether additional cobalt contamination exists at concentrations above the BNL "free release: clearance criteria of 2 μg/100 cm$^2$, evaluate whether additional cobalt contamination may be present within this facility that was not discovered during the evaluation conducted by SafeBridge Consultant in November, 2017, and develop a site decontamination protocol or specification document. Site assessment activities are anticipated to be conducted from October 2021 through December 2021.

## 3.0  FIELD SAMPLING ACTIVITIES AND PROCEDURES

This section outlines and provides rationale for the proposed field investigation activities, as well as procedures for sampling and data collection. As described in Section 2.0, the primary goals for the sampling are threefold: (1) to evaluate the potential threat to human health caused by exposure to cobalt and to determine whether additional cobalt contamination exists at concentrations above the BNL "free release: clearance criteria of 2 μg/100 cm$^2$; (2) to evaluate whether additional cobalt contamination may be present within this facility that was not discovered during the evaluation conducted by SafeBridge Consultant in November, 2017; and (3) develop a site decontamination protocol or specification document.

### 3.01  *Pre-Cleaning (Decontamination) Vacuum Dust Sampling*

Indoor dust will be sampled at this facility as part of the initial industrial inspection to assess potential human health cobalt exposure in common areas and offices within this facility. Dust will be sampled in accordance with ASTM Methods D7144 and D5438 for micro-vacuum sampling. A minimum of seven and a maximum of ten discrete dust samples may be collected in the common areas and offices of this facility. One composite sample that includes up to five subsamples may be collected from the attic, if an attic exists, if the occupants can routinely access the attic (by stairway or ladder/trap door), and if the occupants use the attic. If collected, the attic sample will be collected by vacuuming the exposed horizontal surfaces in the attic, such as rafter tops or flooring. If vermiculite or suspected or known asbestos is visually observed in the attic or noted by the facility manager, no sampling in the attic will occur. Instead, all samples will be collected within the common areas and offices of this facility.

Areas sampled inside this facility will be collected from the main office (Simon's office), Lobby area, Engineering office, and any other carpeted areas.

The total floor area vacuumed for each dust sample will depend on the volume of dust present in each sampling area. The floor area where dust is collected will be measured and recorded to calculate the dust and cobalt loading for different parts of the facility. If there is not enough dust present in the common areas or offices of the facility to collect discrete samples for analysis, the discrete vacuum samples may be composited. Under no circumstances will attic samples be mixed with discrete or composite common areas/office samples.

Samples will be identified by a unique sample identification number as described in Tables 1 and 2 below.

TABLE 1- GENERALIZED VACUUM/WIPE DUST SAMPLE IDENTIFICATION SCHEME

| Media | Site | Sample Location | Location Identifier | Date | Example Identification | Notes |
|---|---|---|---|---|---|---|
| Indoor Dust | QUANTUM LABS | 2108 Bering Drive, Bldg. B, San Jose, CA | L-Lobby EO-Engineering Office MO-Main Office LR-Lunch Room A-Attic | 102021 October 20, 2021 | QL-345-L-102019 | All sample locations will have distinct sample IDs. |

QUANTUM LABS DECONTAMINATION PROJECT-SAMPLING AND ANALYTICAL PLAN




## 3.02  *Airborne Dust Monitoring*

Filter sampling is used to evaluate potential airborne particulate hazards, such as dusts, fumes, mists, and aerosols. For filter sampling, a pump is used to actively pull a known volume of air through a filter appropriate for the hazard. After the particulate matter (PM) has been deposited on the filter, the concentration (mass) of the analyte of interest (cobalt) can be determined by analytical methods, which include microscopic counting, gravimetric analysis, atomic absorption, atomic emission, or mass spectrometric techniques.

General Area (GA) Samples. The sampling equipment will be placed in a fixed location in several work areas, common areas, and office areas. General area samples are not used to evaluate employee exposure. They may be used to determine whether reentry is warranted into a contaminated area, if there is additional potential contamination or work areas or adjacent work areas, or to verify the integrity of a negative pressure enclosure during cobalt decontamination operations. They may not be used for OEL (occupational exposure limit) compliance determinations.

TABLE 2- PROPOSED AIR SAMPLING IDENTIFICATION SCHEME

| Media | Site | Sample Location | Location Identifier | Date | Example Identification | Notes |
|-------|------|-----------------|---------------------|------|------------------------|-------|
| Indoor Dust | QUANTUM LABS | 2108 Bering Drive, Bldg. B, San Jose, CA | L-Lobby EO-Engineering Office MO-Main Office LR-Lunch Room CR-Clean Rooms LQ-Lab Q LM-Lab M WCR-Warehouse Clean Room | 102021 October 20, 2021 | QL-345-L-102019 | All sample locations will have distinct sample IDs. |

Air samples for cobalt dust will be collected using low volume air sampling pumps and analyzed via NIOSH 7300/7303 Analytical Method using instrumentation such as Cold Vapor Atomic Absorption (CVAA), Inductively Coupled Plasma (ICP), and Inductively Coupled Plasma Mass Spectrometry (ICPMS).

The flow rate through the sample collection device will be determined for each individual sampling pump before field use (pre-calibration, same day) and after field use (post-use flow-rate check, same day).

## 3.03  *Surface Sampling*

A.  OVERVIEW
    The collection of surface contaminants, generally referred to as "wipe sampling", is an important IH technique to estimate contamination on a variety of surfaces, including those in work areas, common areas, offices, mechanical/ventilation equipment, and skin. When implemented following a validated method, the technique is a quick and easy means of assessing the level of contamination that may reside on the surface. Wipe samples can be taken to assess exposure to cobalt dust. The procedure used for a collecting a specific analyte on a given surface is an important part of whether or not the results generated will be representative of the contamination.

    The National Lead Poisoning Prevention Program has documented procedures for wipes and sample collection (OSHA, 1999; ASTM, 2010; ASTM, 2011).

    Prior coordination with the analytical laboratory where the samples are going to be analyzed is therefore needed before these types of samples are submitted.

   

B. SAMPLING PROCEDURES
1. Wipe Sampling Media. For metals sampling, individually wrapped, pre-moistened wipes/towelettes are recommended. In all cases, sampling media must be chosen (and precleaned if necessary) to minimize potential sample contamination (that could result from the presence of the contaminants of interest in the wipe media itself).
2. Wipe Template. A template of known dimensions will be used to outline the sample area. The template material (e.g. aluminum, plastic, disposable manila paper template) will be compatible with the wetting agent, and will not introduce contamination.
3. Sample Collection. A new pair of disposable gloves will be donned for collecting each sample. The total area of each sample wipe will be 100 cm2. Dry wipes or filter paper wetted with deionized water should be used for metals, liquid residues, or for sampling on skin. The analytical lab will be contacted by the IH Consultant for more details on wipe sampling procedures.

## 4.0 LABORATORY ANALYTICAL METHODS

Table 3 presented below summarizes the laboratory methods for analyzing the vacuum/wipe dust samples and air samples collected by Aero-Environmental. The information contained in Table 3 is applicable to the laboratory analysis of both pre-cleaning and post-decontamination vacuum/wipe dust samples and air samples.

TABLE 3- LABORATORY METHOD DETECTION AND REPORTING LIMITS AND CONCENTRATIONS OF CONCERN

| Method/Matrix | Parameter/Sample Type | Reporting Limit | Concentration of Concern |
|---|---|---|---|
| EPA 6010D/6020B | Cobalt/Vacuum Dust | 0.5 µg/100 cm$^2$ | 2 µg/100 cm$^2$ |
| EPA 6010D/6020B | Cobalt/Surface Wipes | 0.5 µg/100 cm$^2$ | 2 µg/100 cm$^2$ |
| NIOSH 7300/7303 | Cobalt/Air Samples | 1 µg/sample | 0.020 mg/m$^3$ |

## 5.0 SAMPLE SCREENING STANDARDS AND ACTIONS INITIATED BY ELEVATED RESULTS

This section presents site-specific screening levels that will be used to evaluate the results of laboratory analysis of dust wipe/vacuum samples, as well as the results of air sampling. Specific screening levels have been established for pre-decontamination vacuum/wipe dust samples, air samples, and post-decontamination efficacy vacuum dust/wipe samples. The following sections present each of these screening standards, as well as actions that are triggered by results that exceed the relevant screening standard.

### 5.01 Pre-Decontamination Vacuum/Wipe Dust Samples Screening Levels

Results for pre-cleaning vacuum/wipe dust samples will be compared with site-specific screening levels for cobalt concentrations in the fine fraction of dust. The site-specific screening level focuses on the fine fraction of dust because past studies have demonstrated that the fine fraction consists of the size class of particles most likely to be inhaled or ingested. Past studies have also demonstrated correlation between decreases in particle size class and increased metal enrichment (EPA 2016b). The site-specific screening levels for cobalt concentrations in the fine fraction of dust are:

- Cobalt 2 µg/100 cm$^2$

QUANTUM LABS DECONTAMINATION PROJECT-SAMPLING AND ANALYTICAL PLAN





The site-specific cobalt screening level was established using the 2011 Brookhaven National Laboratory (BNL), Free Release recommended level of 2 µg/100 cm$^2$ for Surface Wipe Sampling Procedures, Table 3.

Validated analytical results from pre-cleaning vacuum dust samples will be compared with the screening levels described above, and exceedances will trigger response actions and decontamination to be conducted by Belfor Environmental.

## 5.02  *Initial Sampling and Analysis*

The existing analytical data indicated the presence of cobalt on selected equipment and building material surfaces within Unit B's interior. However, the data collected by SafeBridge Consultants in 2017 also appeared to indicate the possibility of cobalt cross-contamination on surfaces/flooring in the areas adjacent to the work areas such as office areas and common areas.

Aero-Environmental recommends conducting a preliminary site assessment walk-through of the facility with Belfor Environmental to delineate exactly those areas they are proposing to conduct decontamination activities, in order for Aero-Environmental to determine exactly those areas where data gaps exist and which require additional surface wipe sampling. These additional areas might include common walkways adjacent to the work areas, roof vent exhaust locations, maintenance/docking areas, fume hoods and fan housings, office and common areas.

Aero-Environmental will implement the sampling activities, once the SAP is approved. For budgeting purposes we have assumed that between 40-60 wipe/vacuum samples will be collected by a two-person crew in one day and submitted to ALS Environmental for cobalt analysis on a standard turn-around (TAT) of 1 week.

## 5.03  *Reporting*

Once all analytical results have been obtained, Aero-Environmental will prepare a Pre-Decontamination Sampling Report. The report will include a sketch showing the approximate sampling locations, sampling types, and a summary of sampling results, in a tabulated format. Copies of analytical laboratory reports will also be included.

## 5.04  *Decontamination Plan*

Once the initial sampling and analysis has been completed, Aero-Environmental will prepare a Decontamination Plan, which will incorporate elements of Belfor Environmental's Facility Decontamination and Scope of Work. This plan will also include a diagram showing approximate decontamination limits, which will be based on Belfor Environmental's Facility Decontamination and Scope of Work, as well as the pre-decontamination sampling and analysis results. This plan will also include decontamination methods, approximate locations and types of post-cleanup verification samples, and the clearance criteria goals, to be specified for the maximum allowable concentration (2 µg/100 cm$^2$) on surfaces and indoor air.

## 6.0  DECONTAMINATION PROCEDURES

Dedicated sampling equipment and personal protective equipment (PPE) will be double-bagged and disposed of with all other used PPE waste produced at the site. Aero-Environmental anticipates that the sampling equipment will be dedicated to each sample and will be disposable. In the event that sampling equipment




requires decontamination, Aero-Environmental will decontaminate equipment in accordance with industry standards. Investigation-derived waste (IDW) including PPE, sampling equipment, and supplies, will be double-bagged and disposed of as dry industrial waste in accordance with the EPA Office of Emergency and Remedial Response (OERR), Management of Investigation-Derived Waste during Site Inspections (Document No. EPA/540/G-91/009 May 1991).

## 7.0  SAMPLE HANDLING AND LABORATORY PROCEDURES

The collected samples will be labeled, packaged, and shipped to the ALS Environmental Laboratory in
Salt Lake City, Utah, in accordance with their lab procedures. The samples will be analyzed for cobalt. Based on these analytes, no special preservation (temperature control or other) is required for shipping. Table 3 provides laboratory specific method detection and reporting limits, as well as concentrations of concern. Vacuum/wipe dust samples will be analyzed in accordance with ASTM Methods D7144 and D5438 for micro-vacuum sampling. Wipe samples will be collected in accordance with the National Lead Poisoning Prevention Program which has documented procedures for wipes and sample collection (OSHA, 1999; ASTM, 2010; ASTM, 2011).

Samples will be identified by a unique sample identification number as described in Tables 1 and 2 listed below.

### 7.01  *Sample Labels*

Samples will be labeled in accordance with standard laboratory and industry recognized SOPs. Specifically, each dust filter holder, wipe sample, and air collection cassette and the evidence bag it is placed in will both be labeled with:

- Sample ID
- Time of Sample Collection


### 7.02  *Sample Chain of Custody*

Aero-Environmental will use standard sample chain of custody (COC) procedures to maintain and document sample integrity during collection, transportation, storage, and analysis in accordance with the standard laboratory quality control procedures. A sample will be considered in custody if one of the following statements applies:

- Sample is in a person's physical possession or view
- Sample is in a secure area with restricted access
- Sample is placed in a container and secured with an official seal such that the contents of the container cannot be reached without breaking the seal

The COCs generated by Aero-Environmental will contain the following information:
- Project name
- Sampling location (property ID)
- Name and signature of sampler
- Destination of samples (laboratory name)
- Sample ID number
- Date and time of collection
- Date shipped
- Sample matrix
- Number and type of containers filled




- Analysis requested
- Preservatives used (if applicable)
- Special instructions (for example, laboratory needs to sub-sample oversized material or perform
- additional homogenization)
- Signatures of individuals involved in custody transfer, including the date and time of transfer
- Airbill number (if applicable)
- Project contact and phone number

# 8.0  QUALITY ASSURANCE/QUALITY CONTROL REQUIREMENTS

Quality assurance/quality control (QA/QC) requirements will be adapted to project-specific conditions. Aero-Environmental's project manager, Jorge Vizcaino, will be responsible for ensuring that sample quality and integrity are maintained and that sample label and documentation procedures are in accordance with AIHA Analytical Procedures and this SAP. When the results are received, Aero-Environmental will review the laboratory data packages for completeness.

All QA activities will accord with the SAP for the Quantum Labs site. A copy of the SAP will be maintained by the field sampling team for immediate reference in resolving any QA issues that might arise during field activities. QA/QC procedures for each type of data collected at the site are outlined below.

## 8.01  *Vacuum/Wipe Dust Sampling QA/QC*

Vacuum/wipe dust samples are not subject to the standard QA/QC requirements applied for most other sampling methods (field duplicates and matrix spike/matrix spike duplicate) as a result both of the nature of vacuum dust sample collection and of the analytical methods used by the laboratory. Vacuum sampling is designed to assess the conditions of the specific area that is vacuumed. This factor makes collection of field duplicates difficult, since a true duplicate would need to be collected from the same sampling area as the original sample. Because collection of the original sample includes removal of dust from this area, it is not possible to collect a representative duplicate sample from the same sampling area. It is also not possible to split the original sample material into a sample and a field duplicate based on the nature of dust sampling results and laboratory analytical methods. Dust samples are used to quantify the total amount of dust in the sampling area as well as analytic loading levels, in addition to providing information on the concentration of contaminants in dust. As a result, the laboratory must process all sampling material as one sample to provide an accurate measurement of the amount of dust collected over the entire sampling area. If the sampling material was divided to allow for QA/QC analyses (field duplicates or matrix spike/matrix spike duplicate), it would be impossible to calculate loading levels for the sampling area.

## 8.02  *Air Sampling QA/QC*

For air samples quality control/quality assurance procedures will consist of submittal of 2 field blanks which will also be analyzed by an AIHA certified laboratory.




**Figure 1**
Facility Layout Plan







## Appendix A
**SafeBridge Consultants Report 2017 and ERM Report 2020**

QUANTUM LABS DECONTAMINATION PROJECT-SAMPLING AND ANALYTICAL PLAN



**ERM**

1920 Main Street
Suite 300
Irvine, CA 92614

Telephone:   +1 949 623 4700
Fax:             +1 949 623 4711

www.erm.com

November 24, 2020

Mr. Kevin Isaacson
Ropers Majeski PC
50 W. San Fernando Street, Suite 1300
San Jose, California 95113

Subject:   Scope of Work for Decontamination and Equipment Removal
2108 Bering Drive, Unit B
San Jose, California

Dear Mr. Isaacson:

Presented below is the proposed scope of work for decontamination of Unit B, and decontamination and removal of equipment owned by Maxim Integrated Products, Inc. (Maxim) from the 2108 Bering Drive, Unit B, San Jose, California (site). Ropers Majeski PC (RM) will retain ERM-West, Inc. (ERM), who will act as a General Contractor for this project.

## SCOPE OF WORK

### Task 1 – Planning and Coordination

ERM will subcontract American Integrated Services, Inc. (AIS), a California-licensed environmental remediation contractor, to provide specialty services associated with equipment and building materials decontamination and removal, and transportation/disposal of generated waste. In addition, ERM will subcontract Eurofins EMLab P&K (Eurofins), located in South San Francisco, to provide analytical laboratory services. ERM will provide full-time oversight of all fieldwork to be implemented by our subcontractors.

Prior to implementing fieldwork, ERM will prepare a site- and project-specific Health and Safety Plan (HASP) and Job Hazard Analysis for all work activities that may pose a safety hazard to employees or the general public. The HASP will guide safe implementation of the work.

This task also includes project setup, scheduling, and coordinating with RM for access to the work area(s) and other project-specific details. We have budgeted for up to four coordination calls with RM, each attended by two ERM personnel.

### Task 2 – Pre-Construction Asbestos Survey

#### Survey

Prior to initiating any intrusive removal activities, ERM will conduct a limited asbestos survey targeting building materials that are scheduled for removal as part of this scope of work. Specifically, the asbestos survey will be limited to the following building components:

- Ventilation ducting associated with former equipment operations inside Unit B. Per observations conducted during our January 2020 site visit, there are three separate ventilation systems inside and immediately outside Unit B, all discharging to the building roof.

© Copyright 2020 by ERM Worldwide Group Limited and/or its affiliates ('ERM'). All Rights Reserved. No part of this work may be reproduced or transmitted in any form or by any means, without prior written permission of ERM.

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**



- Ventilation exhaust manifolds associated with the above-listed ventilation ducting, located on the building roof. Building roofing materials will be surveyed only to the extent they could be disturbed during removal of the exhaust manifolds, and subsequent capping of roof openings.
- Metal-framed Plexiglas® walls of Unit B.

In addition, readily accessible building materials comprising Unit B interior that may be disturbed during implementation of work outlined in this proposal will also be surveyed.

The survey will be conducted by a licensed California Asbestos Consultant, and will consist of visually observing the above-listed building components for potential presence of suspect asbestos-containing materials, and collecting samples of such materials, should they be identified. Collected samples (if any) will be submitted to Eurofins for total asbestos laboratory analysis using polarized light microscopy method. The samples will be analyzed on a standard turnaround time (TAT) of 5 business days.

## Reporting

The limited asbestos survey results will be summarized in a letter report. At a minimum, the report will include a description of work conducted, listing of identified asbestos-containing materials (if any), and a copy of analytical laboratory report.

### Task 3 – Prepare Sampling and Analysis Plan

The existing analytical data indicated the presence of cobalt on selected equipment and building material surfaces comprising Unit B's interior. The data also appeared to indicate the possibility of cobalt contamination on selected surfaces located immediately outside the unit.

ERM will prepare a draft Sampling and Analysis Plan (SAP) that will guide implementation of the sampling activities inside Unit B, at common walkways adjacent to the unit, back room where the shrink-wrapped equipment was staged, and roof vent exhaust locations. The SAP will include proposed sampling locations, sample types, sampling methods, and associated analytical methods that will be used to analyze the samples.

ERM will provide the draft SAP, in electronic format, to RM for review and comment. Following receipt of comments (if any) by RM, the SAP will be revised once (if needed), and finalized.

Note: At this time, we don't anticipate collecting any pre-decontamination samples from Maxim's equipment that is scheduled for removal. As such, the SAP will be limited to addressing building materials, and specifically exclude pre-decontamination equipment sampling.

### Task 4 – Sampling and Analysis

## Sampling and Analysis

ERM personnel will implement the sampling activities, per the approved SAP. For budgeting purposes we have assumed that up to 60 samples will be collected by a two-person crew in one day, and submitted to Eurofins for total cobalt analysis on a standard TAT of 5 working days.

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

## Reporting

Following receipt of analytical results, ERM will prepare a Pre-Decontamination Sampling Report. At a minimum, the report will include a sketch showing approximate sampling locations, sampling types, and a summary of sampling results, in a tabulated format. The report will also include copies of analytical laboratory reports.

### Task 5 – Prepare Decontamination Plan

Following completion of Task 4, ERM will prepare a Decontamination Plan. At a minimum, the plan will include a figure showing approximate decontamination limits, to be determined based on the pre-decontamination sampling and analysis results; recommendation for additional pre-decontamination sampling (if needed to address data gaps); decontamination methods; approximate locations and types of post-cleanup verification samples; and numerical decontamination goals, to be specified for the maximum concentration of cobalt on surfaces and in indoor air.

ERM will provide a draft Decontamination Plan, in electronic format, to RM for review and comment. Following receipt of comments (if any) by RM, the plan will be revised once (if needed), and finalized.

### Task 6 – Remove Chemical Containers and Compressed Gas Cylinders

Prior to initiating work outlined in Tasks 6, 7, and 8 of this proposal, the ERM team will install a temporary plastic sheeting enclosure around "open" sides of the proposed project work area, where "hard" walls are not already present. The main purpose of the enclosure will be to minimize potential dispersion of airborne dust into other parts of the building and/or building exterior during implementation of the work. The enclosure will feature designated controlled access points at existing doorway locations. At this time, we anticipate that the enclosure will be installed around outer limits of the walkways surrounding Unit B, and will extend vertically from floor to ceiling (or as close as practicable to the ceiling, considering potential access limitations). The plastic sheeting will be removed following completion of Task 8.

## Lab Packing

ERM will subcontract AIS to inventory, collect, characterize, segregate, and package (e.g., "lab pack") all containerized chemicals remaining inside Unit B and in the back room, including chemicals inside the storage cabinets. AIS will transport the lab-packed chemicals for subsequent offsite disposal at a licensed disposal facility of ERM's choice. For budgeting purposes, we have assumed that up to eight drums of "lab pack" chemicals will be generated and will require proper offsite disposal.

## Compressed Gas Cylinders

Several compressed gas cylinders and associated piping, including methane, nitrogen, and boron trichloride piping, were observed inside and immediately outside of Unit B, near the framed Plexiglas wall. The ERM team will disconnect and remove compressed gas cylinders, and will attempt to return the cylinders to a compressed gas vendor. Alternatively, the compressed gas cylinders may need to be transferred to Maxim's San Jose facility for further use or disposal, except as described below. Nitrogen will be used to purge methane and boron tetrachloride piping. For budgeting purposes, we have assumed there will be enough nitrogen in the cylinders to purge the piping.

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

### Task 7 – Equipment Decontamination and Removal

#### Airborne Dust Monitoring

During implementation of work outlined in Tasks 7 and 8 of this proposal, ERM will conduct real-time monitoring of indoor air in the project area for airborne dust. The main objective of this activity will be to document airborne dust concentrations inside the project area during implementation of the work, and compliance with applicable Federal Occupational Safety and Health Administration (OSHA) and California OSHA (CalOSHA) regulations related to occupational workers exposure to airborne cobalt. Due to access limitations, air monitoring will be conducted only inside the work limits (i.e., no air monitoring will be conducted in other parts of the building), unless such monitoring is previously coordinated and agreed to between RM and the building owner.

#### Equipment Decontamination

The ERM team will establish equipment decontamination area(s) consisting of double layer of 6-mil plastic sheeting with elevated berms along the edges. The main purpose of the equipment decontamination areas will be to contain any liquids that may be generated during implementation of the equipment decontamination work, and prevent cleaning materials/solutions from contacting underlying floors. Due to limited space inside the project work area, and to promote efficient implementation of the work, more than one decontamination unit may need to be established. As directed, we have assumed that the equipment decontamination areas will be established inside Unit B's immediately adjacent walkway and/or the back room where the shrink-wrapped equipment is staged. The equipment decontamination areas will be removed following completion of work, as outlined in this task, and disposed of together with waste generated during the equipment cleanup.

Based on observations made during our January 2020 site visit, several pieces of equipment have already been disconnected, placed on pallets, and shrink-wrapped. Some of the shrink-wrapped equipment was moved from Unit B to the adjacent back room. However, some of the Maxim-owned equipment was still at their original locations inside Unit B, connected to ventilation ducting, electric power, and possibly to compressed gas piping.

Prior to moving the equipment, each piece of equipment will be observed for potential connections, unplugged from electric power (if plugged), and disconnected from ventilation ducting and other utilities, such as compressed gas piping. For budgeting purposes, we have assumed that equipment power cords were plugged into electric power receptacles, and not permanently connected to the electric grid, and no lockout/tagout (LOTO) will be required prior to unplugging the equipment from their respective electrical outlets. Should temporary disconnection of electric power be needed, either to disconnect Maxim's equipment or to accommodate Unit B decontamination, such disconnections/LOTO should be coordinated by RM with the building owner, and conducted by others.

Following disconnection, each piece of Maxim's equipment will be moved to a designated equipment cleanup area, and cleaned/decontaminated per the approved Decontamination Plan. Shrink-wrapped equipment will be unwrapped to enable cleaning. Prior to unwrapping, readily accessible shrink-wrap surfaces will be wet-wiped to minimize potential of dispersing accumulated dust (if any) during unwrapping. We have assumed that equipment cleaning will consist of wet-wiping readily accessible equipment surfaces with a low-volatile organic compounds (-VOC) SimpleGreen®, isopropyl alcohol, or similar solution that is effective in removal of metal residues to achieve a "visibly

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

clean" standard (i.e., no visible dust accumulations and/or "caked-in" grime on readily accessible equipment surfaces). To avoid potential damage to the equipment, the equipment will not be disassembled, and internal components will not be cleaned or otherwise decontaminated. Equipment cleaning will be deemed complete upon completion of one pass of cleaning, per the approved Decontamination Plan.

### Post-Decontamination Equipment Sampling

Cleaned equipment will be allowed to dry and confirmatory wipe samples will be collected from cleaned equipment surfaces, per the approved Decontamination Plan. The samples will be submitted to Eurofins for subsequent cobalt analysis on a standard TAT of 5 business days. A summary of the post-decontamination sampling results will be included with the final report prepared under Task 10.

Each piece of equipment will be inventoried and photographed. The equipment will then be placed on pallets and shrink-wrapped in preparation for offsite transportation.

### Equipment Removal

The ERM team will load the shrink-wrapped equipment onto a van-type, enclosed truck, and transport it to an offsite location to be specified by RM. Due to space limitations, we have assumed that a full-size, box trailer can be parked at the loading dock, and the equipment will be loaded as it is decontaminated. Once all equipment is loaded, it will be transported to its designated location. We have also assumed that the offsite equipment staging location will be located within 5 miles of the site. Should these assumptions be incorrect, additional budget may be needed to cover expenses.

### Task 8 – Building Material Decontamination and Removal

### Equipment Ventilation Systems

Per observations made during our January 2020 site visit, Unit B features three separate former equipment exhaust systems, all discharge to the building roof:

- Eight- to 12-inch metal duct main, which collected exhausts from various equipment located in the Yellow Room
- Six- to 8-inch metal duct, which collected exhaust from Temescal machine located in the Temescal Room
- Three- to 4-inch metal duct, which collected exhaust from various equipment located in the Metrology Room

Former equipment ventilation ducting and associated exhaust manifolds on the roof will be dismantled and removed. Ducts will be removed in sections, flattened, and wrapped for subsequent offsite disposal as assumed cobalt-containing waste. Associated ventilation manifolds on the building roof will also be removed. Duct portions that protrude the building roof and cannot be removed will be wet-wiped to remove any visible dust that might be present inside. Resulting roof openings will be capped with a 3/8-inch plywood covered with galvanized sheet metal caps (elevated exhaust risers) or roofing membrane (flat roof openings).

CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq

### Metal-Framed Plexiglas Wall

Sections of the metal-framed Plexiglas wall(s) will be removed, as needed to accommodate removal of large equipment from inside Unit B. To the extent practicable, wall sections will be removed intact by disassembling sections, instead of cutting.

Note: Some wall/framing sections may need to be cut, as needed to complete the removal.

Removed wall and wall framing sections will be decontaminated and staged inside the designated work area for subsequent re-installation/handling by others. ERM will not re-install the removed Plexiglas wall sections.

### Building Material Decontamination

Upon completion of the removal activities, interior hard surfaces (e.g., walls, floors, and other readily accessible surfaces) will be decontaminated per the approved Decontamination Plan. We have assumed that the decontamination will consist of wet-wiping readily accessible building material surfaces with a low-VOC SimpleGreen®, isopropyl alcohol, or similar solution effective in removal of metal residues once, to achieve a "visibly clean" standard (i.e., no visible dust accumulations and/or "caked-in" grime). No effort will be made to remove residual discoloration/staining.

For budgeting purposes, we have assumed that readily accessible surfaces comprising the following building areas will require decontamination:

- Unit B interior
- Removed sections of the Plexiglas wall
- Walkway immediately adjacent to the Plexiglas walls of Unit B
- Back room interior

The following are specifically excluded from this scope of work and will not be decontaminated or otherwise addressed:

- Suspended ceiling of Unit B
- Interior walls above suspended ceiling that cannot be readily accessed without use of extension tools or without removing the suspended ceiling
- High elevated areas to which access is hindered by overhead utilities (e.g., piping, conduits) or by building framing components
- Live electrical equipment

Note: For the cleaning to be effective, it should be conducted only after all equipment (including building owner's equipment) is removed from the unit, and all removal activities are complete.

### Post-Decontamination Verification Sampling

Following completion of cleanup activities, ERM will conduct post-decontamination verification sampling in accordance with the approved Decontamination Plan. At this time, we have assumed that verification sampling will consist of collecting up to 90 wipe samples from decontaminated building surfaces for subsequent total cobalt analysis, and up to 10 pH field tests. The samples will be collected from the cleaned building material surfaces (e.g., walls, floors), and analyzed for total cobalt contents.

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

Because applicable OSHA and CalOSHA worker exposure standards are based on concentrations in ambient air (i.e., inhalation risk), ERM will also conduct post-cleanup indoor air sampling. Sampling will be conducted while simulating normal operating conditions inside the unit (i.e., with heating, ventilation, and air conditioning [HVAC] system and/or portable fans working), using low-flow air pumps and filters. Collected samples will be submitted to Eurofins for total cobalt analysis. For budgeting purposes, we have assumed up to 5 indoor air samples will be collected.

### Task 9 – Waste Transportation and Disposal

ERM will be responsible for waste segregation, containerization, loading, handling, and transportation to a properly licensed waste disposal facility of ERM's choice. We have assumed that Maxim will act as a waste generator, and will sign all waste-related documents in a timely manner. For this proposal, we have assumed that the following waste streams will be generated and disposed of as follows:

- Containerized chemicals – as "lab pack" hazardous waste
- Removed ventilation ducting and associated exhaust manifolds – as assumed California hazardous waste due to assumed cobalt toxicity
- Decontamination waste, equipment decontamination area liners, plastic enclosure materials, disposable personal protection equipment – as assumed California hazardous waste due to assumed cobalt toxicity
- Various trash, non-hazardous waste – as non-hazardous waste
- Compressed gas cylinders – return to a compressed gas vendor or transfer to Maxim's San Jose facility

### Task 10 – Final Reporting

Following completion of the removal and decontamination work outlined in this proposal, and receipt of analytical results, ERM will prepare a final report. At a minimum, the report will include the following:

- A summary of work conducted.
- A summary of post-decontamination verification sampling analytical results, in a tabulated format. Wipe sampling and pH field testing results will be compared to pre-established cleanup goals, to be specified in the approved Decontamination Plan; and air sampling results will be compared to applicable OSHA and CalOSHA standards.
- A summary of indoor air monitoring results.
- Figures/Sketches outlining approximate decontamination limits, and depicting approximate sample locations.
- Copies of laboratory analytical reports.
- An inventory of equipment removed from the building.
- A photo log documenting progress of work.
- Copies of waste disposal documentation.

ERM will provide a draft final report, in electronic format, to RM for review and comment. Following receipt of comments (if any) by RM, the report will be revised once (if needed), and finalized.

CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq

## ASSUMPTIONS AND LIMITATIONS

For budgeting purposes, we have made the following assumptions and limitations, in addition to those specified elsewhere in this proposal:

- ERM will be provided unobstructed access to the site during normal business hours, Monday through Friday from 7:00 a.m. to 5:00 p.m. Should RM require weekend and/or after hours work, additional budget will be required to cover expenses.
- The scope of work is limited to the scope outlined in this proposal.
- Water and electric power will be available from onsite sources at no cost to ERM.
- Pricing is based on ERM being awarded the entire scope of work and two separate mobilizations:
  - One mobilization to conduct limited asbestos survey (Task 2) and pre-decontamination sampling (Task 4)
  - One mobilization to complete the decontamination and removal work outlined in Tasks 6 through 9.
- RM will be responsible for coordinating access to the work area with the building owner.
- Scope of work specifically excludes filing any demolition, renovation, and/or asbestos abatement regulatory notifications.
- Scope of asbestos survey is limited to the scope of work outlined in Task 2 of this proposal, and specifically excludes conducting a comprehensive asbestos survey for Unit B and/or the entire building and surveying Maxim's equipment that is scheduled for transfer to another location.
- We have assumed that no asbestos-containing materials will be identified either during the limited asbestos survey or during implementation of the removal work. Should such materials be identified, limited demolition/removal may need to be conducted by a licensed asbestos contractor, and additional budget will be needed to cover expenses.
- Up to 43 pieces of equipment listed on Equipment Inventory provided by RM will be decontaminated and transported offsite. A copy of the equipment inventory is included as Attachment 1 to this proposal. We have assumed that up to 86 post-decontamination verification samples (two samples per each piece of equipment) will be collected from the cleaned equipment and submitted to laboratory analysis for total cobalt.
- Payment to ERM will be based on conducting one pass of cleaning/decontamination work, and will not be contingent on achieving any target cleanliness goals, including those to be specified in the Decontamination Plan. Should additional rounds of decontamination work be needed (i.e., to achieve target cleanliness goals), additional budget may be needed to cover expenses.
- All equipment will be removed from the building via the existing loading dock located in the back room, where shrink-wrapped equipment is currently staged. Cleaned equipment will be loaded into a box trailer that will be parked at the loading dock, as the equipment cleaning progresses.
- This proposal specifically excludes cleaning, decontaminating, moving, or otherwise addressing any equipment owned by the building owner or other third party. We have assumed that such equipment will be removed from Unit B by others prior to initiating the decontamination and removal activities by ERM, to enable implementation of the decontamination work outlined in this proposal.
- We have assumed the HVAC system will not require disassembling and/or removal, and will remain intact.
- ERM does not guarantee or otherwise imply that roof opening caps will be leak-proofed or meet any roofing performance/durability standards. ERM is not a roofing contractor.

CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq

- ERM will not be liable for causing any damage to the Plexiglas walls, including damages caused during removal of wall section(s). The walls will not be repaired or re-installed.
- Removal or otherwise addressing the suspended ceiling of Unit B is specifically excluded from this scope of work.
- ERM will not be liable for any damages to Maxim's equipment, which may result from equipment decontamination, handling, rigging, movement, and/or offsite transportation. We don't know current operational status or equipment condition, and do not guarantee or otherwise imply that the equipment will function properly, or function at all, after transferring it to an offsite location.
- Pricing is based upon open shop/non-prevailing labor rates.
- Standby time due to reasons beyond ERM's control will be billed on a time-and-materials (T&M) basis, allowing a minimum 8-hour day and other costs, such as equipment rental and temporary services.
- Work outlined herein can be completed in Level D personal protective equipment. Respiratory protection will be available and used, if/as warranted.
- We have budgeted for 20 hours or regulatory oversight at a rate of $191/hour, plus 10% markup. This rate is consistent with the 2020 oversight rate published by the Santa Clara County, Site Cleanup Program (SCP). SCP oversees the cleanup of properties contaminated by hazardous materials. California Health & Safety Code Sections 101480 through 101490 state that a Responsible Person may request local agency oversight of site assessment and remediation. The oversight activities typically include review of relevant planning documents, site assessment, remediation work plans, sampling, establishment of site cleanup criteria, oversight of remedial activities, and verification sampling. At this time we anticipate that regulatory involvement would start at the planning phase of the project (e.g., Task 1), by contacting the SCP to discuss the project. Should SCP concur with providing regulatory oversight, an initial application would be submitted, and a site-specific Remedial Action Agreement executed between SCP and the Responsible Person.

## PROJECT TEAM

Mr. Anthony Parenteau will serve as the Partner-in-Charge and will lead the project. Mr. Parenteau has over 20 years of experience in remedial construction, remediation, tank closure, and industrial facility decommissioning, decontamination, and demolition.

Mr. Jerzy Cebula will serve as Project Manager and will be responsible for managing all aspects of the work, budget, and schedule. Mr. Cebula has over 20 years of experience in environmental consulting and project management.

Mr. James Leist III, CAC, will conduct limited asbestos survey, and prepare a survey report.

The field sampling and oversight will be implemented by a team of properly licensed and trained ERM personnel.

The decontamination, removal, and waste handling/transportation work will be conducted by properly trained AIS personnel. The AIS onsite crew will consist of four laborers/equipment operators and a superintendent. AIS is a full-service environmental services company specializing in remediation, construction, emergency response, and specialized transportation services.

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

## SCHEDULE

We are prepared to begin work immediately upon receiving a written authorization to proceed from RM.

Fieldwork associated with pre-construction asbestos survey and pre-decontamination sampling outlined in Tasks 2 and 4 can be completed in one day.

The decontamination and removal work outlined in Tasks 6 through 9 can be completed in six consecutive working days. Post-decontamination sampling can be completed in one additional day by two ERM personnel.

Draft Final Report will be prepared within 4 weeks from completion of the fieldwork and receipt of post-decontamination sampling laboratory analytical results.

The entire project, except the final reporting, can be completed in approximately three months. A tentative schedule was provided to RP under a separate cover.

## BUDGET

Taking under consideration the assumptions and limitations presented herein, the ESTIMATED PROBABLE COST (EPC) for the work described in this proposal is $171,311. A task-by-task breakdown is presented below.

| Work Task | EPC |
| --- | --- |
| Task 1 – Planning and Coordination | $7,725 |
| Task 2 – Pre-Construction Asbestos Survey | $4,003 |
| Task 3 – Prepare Sampling and Analysis Plan | $8,048 |
| Task 4 – Sampling and Analysis | $16,177 |
| Task 5 – Prepare Decontamination Plan | $11,907 |
| Task 6 – Remove Chemical Containers and Compressed Gas Cylinders | $8,918 |
| Task 7 – Equipment Decontamination and Removal | $41,273 |
| Task 8 – Building Materials Decontamination and Removal | $42,292 |
| Task 9 – Waste Transportation and Disposal | $12,087 |
| Task 10 – Final Reporting | $14,679 |
| Regulatory Oversight (up to 20 hrs) | $4,202 |
| **EPC Total:** | **$171,311** |

The EPC is ERM's best estimate of the costs required to complete the project. Only those costs incurred will be charged, but they will not exceed the EPC without RM's prior approval. To avoid any misunderstanding, it should be emphasized that the EPC is a budget estimate based on ERM's present knowledge of the assignment and is believed to be sufficient to cover services herein described. The price quoted for this work is valid for a period of 30 days from the date of this offer.

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

## CHANGES IN SCOPE

ERM believes the budget presented is sufficient to complete the specified scope of work. However, the scope, budget, and schedule of this assignment may change because of unexpected conditions, changes in assumptions, or the need to perform additional work. Should such situations arise, ERM will notify RM as soon as possible and prepare a revised scope, budget, and schedule (i.e., change order). ERM will proceed with the additional work upon prior written authorization from RM. ERM reserves the right to request a change order if the project schedule is extended due to reasons beyond our control, including, but not limited to, COVID-19-related reasons.

## TERMS AND CONDITIONS

The work specified in this proposal shall be governed by ERM's General Terms and Conditions, a copy of which is included as Attachment 2. This project will be implemented on a T&M basis, using fee schedules included in Attachment 3. ERM's reimbursable expenses, and AIS's labor and equipment rates presented in Attachment 3 will incur 10 percent handling fee (and not 15 percent as specified in ERM Schedule of Standard Charges included in Attachment 3). Equipment owned by ERM will be charged using a standard field cost recovery fee. Associated project costs of 9.8 percent of ERM's labor fee will be applied.

To support project initiation/mobilization efforts, ERM will invoice 33 percent of the total EPC fee immediately upon authorization to proceed. After that, all work will be invoiced monthly.

To ensure the health and safety of our staff in these challenging times, ERM reserves our right, without liability, to postpone or reschedule our services and/or substitute personnel performing services, as necessary to accommodate regulatory requirements and the personal needs of our staff. This is in addition to the right that ERM gives to all our staff to stop work without liability in the event that they feel that their health and safety is at risk when working at the premises of our clients or others. Whenever reasonably practicable, we will notify you in advance of our decision, however, this may not be possible in the event of urgent need. We will use reasonable endeavours to minimize the extent of any delays and/or costs associated with any suspension or changes.

## PROPOSAL ACCEPTANCE

If this proposal is acceptable, please indicate your agreement by having an authorized representative sign in the space provided below. Please return the executed copy of this letter to ERM. Upon receipt of the acceptance copy, we will commence the performance of services.

The proposal shall be firm for a period of thirty (30) days from the date of the proposal, after which ERM may withdraw or modify the proposal.

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

Thank you for the opportunity to support you on this important matter. If you have any questions please contact Mr. Cebula at 760.705.0663 or via email at jerzy.cebula@erm.com.

Sincerely,

Anthony Parenteau
Partner

Jerzy Cebula, P.E.
Program Manager

JC/AP/taa

Attachments as noted.

**AUTHORIZATION**

Agreed and Accepted

Proposal for Decontamination and Equipment Removal, 2108 Bering Drive, Unit B

San Jose, California

$171,311 EPC

Approved by:

Michael J. Ioannou (Dec 2, 2020 08:31 PST)

_____

(Signature)

Michael J. Ioannou

_____

(Printed Name)

Partner

_____

(Title)

December 3, 2020

_____

(Date)

ATTACHMENT 1 – EQUIPMENT INVENTORY

CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq

**Equipment Inventory**

| TOOL NAME | MFG | MODEL |
|---|---|---|
| SOLVENT SINK | WAFAB INTERNATIONAL | 72" SST FRONT ACCESS WET BENCH (SOLVENT) |
| ACID SINK | WAFAB INTERNATIONAL | 72" PVC-C FRONT ACCESS WET BENCH (ACID) |
| CHEM CAPTURE CABINET | WAFAB INTERNATIONAL | 26.50" WPP CHEMICAL CAPTURE CABINET |
| SS TABLE | | |
| SRD DUAL STACK | CLASS ONE EQUIPMENT | SEMITOOL 270S SR |
| WAFER SCRUBBER | ULTRA EQUIPMENT COMPANY | SCS124R |
| FREEZER | TRUE | T-23DT |
| CABINET A | | |
| CABINET B | | |
| LAB STORAGE | | |
| VACUUM PUMP SKID (CUSTOM) | | |
| TABLE | | |
| MEGA LAMINATOR | MEGA | 305 |
| OVEN | YES | YES-5 |
| VACUUM PUMP | | |
| BLUE M OVEN | BLUE M ELECTRIC | CC-02--W-P-C |
| COAT DEVELOP TRACK | SVG | SVG86 |
| KARL SUSS | KARL SUSS | 116AA002 |
| BAW GAS 01 | GAS SONICS INT | 9104 |
| CHEMICAL CABINET | JUSTRITE | |
| TEMESCAL | TEMESCAL | TFC-3500 |
| CYRO | CTI-CYROGENICS | 9600 |
| POWER SUPPLY | TEMESCAL | SIMBA 20 |
| CONTROLLER | VEECO | MARK ii HO |
| PUMP | EBARA | |
| TEMP CONTROL | ANOVA | |
| TRION ETCHER | TRION TECH | SIRUS T2+ |
| CHEM CABINET | JUSTRITE | |
| CHEM CABINET | JUSTRITE | |
| TENCOR P-11 PROFILER | TENCOR | P-11 (P12HA, PR201208364) |
| OMNIMAP RS75 | TENCOR | OMNIMAP RS75 |
| THIN FILM STRESS MEASUREMENT SYSTEM | TENCOR | FLX-2320 (226815) |
| CABINET | | |
| CABINET | | |
| WAFER STORAGE | MICRO MAGNETICS | SpinTherm-1000 Oven |
| VSM | MICRO SENSE | |
| VSM RACK | | FCM-10 |
| POLISHER | FASTLAP | FL-24VG (24FL230VG) |
| CHILLER | NESLAB | HX150 |
| MICROSCOPE | BSI | NANOSPEC AFT 4000 VISIBLE (BSI) |
| MICROSCOPE | NIKON | OPTIPHOT 88 |
| PROBER | RUCKER & KOLLS | 680 A |
| Vacuum Pump | | |

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

**ATTACHMENT 2 - GENERAL TERMS AND CONDITIONS**

CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq

General Terms and Conditions – U.S. and Canada | Environmental Resources Management

1. **Definitions.** In these General Terms and Conditions (the "Terms"), the following definitions apply:

1.1 "Claims" means any and all liabilities, claims, suits, losses, damages, fines, penalties and costs, including reasonable attorney's fees and other legal fees and disbursements;

1.2 "Client" means the party entering into the Contract with ERM, directly or through a representative;

1.3 "Contract" means the Proposal and the Terms, as either may be modified or supplemented in writing in accordance with Sections 18.4 and 19;

1.4 "ERM" means the ERM company providing Services;

1.5 "Party" means ERM or Client, as indicated by the context;

1.6 "Proposal" means the document(s) issued by ERM, that reference or are accompanied by these Terms, in which ERM describes and offers to perform Services for Client;

1.7 "Services" means the work performed or to be performed by ERM pursuant to the Proposal, and includes all ERM work product; and

1.8 "Site" means any site upon which or in relation to which Services may be performed.

2. **Proposal.** The Proposal is firm for 30 days from its date. Unless expressly stated otherwise in the Proposal, the fees, costs and schedules in the Proposal constitute ERM's estimated probable cost and time for Services. The estimated probable cost is not a guaranteed maximum or not-to-exceed price. ERM shall inform Client if it determines at any time that a material change to the nature, time or extent of Services is required or advisable. No material change will be made without Client's consent except pursuant to Section 3.

3. **Force Majeure; Emergencies.** ERM's price and schedule are subject to equitable adjustments for delays caused by Client's failure to provide any required approval or suitable Site access or by occurrences or circumstances beyond ERM's reasonable control, such as fires, floods, earthquakes, strikes, riots, war, terrorism, threat of terrorism, acts of God, acts or regulations of a governmental agency, emergency, security measure or other circumstances, including, without limitation, unusual weather conditions ("Force Majeure"). If ERM determines in its sole discretion, based on circumstances surrounding the Services, that the health or safety of its personnel or its subcontractors' personnel is or may be at risk in performing Services, such circumstances will constitute a Force Majeure, and ERM will have the right to take any measure it deems necessary to protect personnel at Client's expense. If it is impracticable for ERM to obtain authorization from Client in an emergency affecting the health or safety of persons, the environment, or property, ERM may, at its discretion, act to prevent threatened damage, injury or loss at Client's expense.

4. **Labor Rates.**

4.1 For Services charged on a time-and-material or cost-reimbursable basis, labor, costs and expenses will be billed to Client as indicated in the Proposal or in schedules attached to the Terms. ERM labor rates apply to (i) full-time, part-time, temporary and seconded employees of ERM and its affiliates, (ii) temporary employees whose direct compensation is paid by a temporary staffing agency and (iii) staff consultants.

4.2 Labor rates stated in the Proposal or in attached schedules are subject to periodic adjustment by ERM. If labor rates are not stated in the Proposal, ERM's standard labor rates at the time of Services apply.

4.3 If Services covered by the Proposal are subject to taxes or fees (except income taxes), such costs will be charged to and reimbursed by Client. A handling and administrative charge will be added to all third-party expenses.

5. **Invoices and Payment.** Within 5 business days of Client's delivery to ERM of a signed acceptance of the Proposal, Client will pay the amount stated in the Proposal as ERM's initial retainer for fees and expenses. Except as otherwise specified in the Proposal, Client will pay each invoice within 30 days of its date. All fees quoted are exclusive of goods and services, sales, value added or similar taxes and any other taxes that are specific to the transactions or payments arising from the Services, which will be charged separately. Vendor and subcontractor costs will be invoiced at those parties' standard or negotiated rates, plus mark-ups as provided in the Proposal. Client will reimburse reasonable, documented expenses incurred by ERM in performance of the Services. Certain vendors and subcontractors offer ERM trade or volume discounts, rebates or other special pricing arrangements that may not be passed through to Client or reflected in invoices. Client must make all payments in United States or Canadian currency, as invoiced, by direct transfer to the ERM bank account identified in the invoice. Client is not entitled for any reason to make any deduction or withhold any sum by way of set-off from the amounts payable to ERM. Interest will be charged on unpaid balances beginning 30 days from the invoice date at the lesser of 1.5% per month or the maximum rate permissible under law. ERM will apply payments first to any accrued interest, then to unpaid balances. Upon 2 business days' notice, ERM may suspend Services without liability until all past due amounts, including accrued interest, have been paid in full. If Client takes legal action to enforce payment and prevails, Client shall reimburse ERM for all collection and legal costs. Client shall pay for Services rendered regardless of whether Services are intended in whole or in part to benefit a third party.

6. **Termination.** The Contract may be terminated for cause and ERM's performance of the Services stopped by written notice from either Party (i) upon breach by the other Party of a material obligation under the Contract, (ii) if the other Party goes into bankruptcy, is

liquidated or is otherwise unable to pay its debts as they become due or (iii) if the other Party resolves to appoint or has appointed for it an administrator, receiver or other similar officer for any part of the Party's business, property or assets. Any termination for cause will be effective only if the terminated Party is given (a) at least 10 calendar days' written notice of termination, (b) opportunity for consultation with the terminating Party before the termination date if breach is claimed, and (c) reasonable opportunity to cure the breach to the extent it can be cured. The foregoing notwithstanding, if Client fails to pay any invoice within 2 business days of its due date, ERM may terminate the Contract and stop performance of the Services immediately upon dispatch of notice to Client. Client may terminate the Contract for its convenience upon 2 business days' written notice to ERM, in which event Client shall pay all fees and expenses for Services accrued to the termination date and ERM's reasonable costs resulting from termination, including, without limitation, demobilization costs, as detailed in a final invoice. This section does not limit ERM's rights to seek recovery for Claims resulting from a breach by Client.

7. **Insurance.**

7.1 ERM shall maintain policies of insurance for the following types of coverage, each with a limit of liability of US$1,000,000 (except for Workers' Compensation or equivalent coverage): Workers' Compensation or equivalent coverage as required under applicable statute; Employer's Liability; Comprehensive General Liability; Comprehensive Automobile Liability; Professional Errors and Omissions and Contractor's Pollution Liability. ERM shall include Client as additional insured under the Comprehensive General Liability, Comprehensive Automobile Liability and Contractor's Pollution Liability policies.

7.2 Upon written agreement of the Parties, ERM may procure and maintain additional insurance coverage or increased policy limits at Client's expense.

8. **Indemnification.**

8.1 ERM shall indemnify Client, its affiliates and their respective directors, officers and employees (individually, a "Client Indemnitee" and collectively, "Client Indemnitees") from and against Claims arising out of the Contract, to the extent Claims are caused by the negligence or willful misconduct of ERM. The foregoing does not include Client's attorney's fees or other legal fees based on breach of Section 9.1.

8.2 Client shall indemnify ERM, its affiliates and their respective directors, officers, employees and contractors (individually, an "ERM Indemnitee" and collectively, "ERM Indemnitees") from and against Claims arising out of the Contract, to the extent Claims are caused by the negligence or willful misconduct of Client.

8.3 No ERM Indemnitee will be liable to a Client Indemnitee or any third party for the creation, existence or release of any type of hazardous or toxic waste, material, chemical, compound or substance, or any other type of environmental hazard, contamination or pollution, whether latent or patent, or the violation of any law or regulation relating thereto, existing at a Site prior to commencement of the Services ("Pre-Existing Condition"), and Client shall indemnify and defend ERM Indemnitees from Claims sustained in connection with a Pre-Existing Condition except to the extent the Pre-Existing Condition is exacerbated by the negligence or willful misconduct of an ERM Indemnitee.

9. **Standard of Care; Limitation of Liability.**

9.1 ERM shall exercise the degree of care and skill ordinarily exercised under similar circumstances at the same time by experienced professionals performing substantially similar services at the same or similar locality as the Site. ERM MAKES NO REPRESENTATIONS, WARRANTIES OR CONDITIONS OTHER THAN THOSE EXPRESSLY SET FORTH HEREIN. ANY IMPLIED REPRESENTATIONS, WARRANTIES AND CONDITIONS ARE DISCLAIMED.

9.2 If Services include (i) estimating the cost or potential cost of remediation, (ii) estimating the cost of compliance, or (iii) assessing the type, concentration, nature or quantity of any substance, waste or condition at, on or in a Site or structure, , ERM will prepare such estimate or assessment based upon the information provided by Client or a third party, ERM's experience and, in some instances, the application of a method for estimating or assessing conditions based on representative or random sampling or inspection. Due to the nature of such Services, including, without limitation, the potential for the estimate or assessment to be based on incomplete or inaccurate information or anomalous samples, ERM does not represent, warrant or guarantee the accuracy of any such estimate or assessment.

9.3 IN NO EVENT WILL A CLIENT INDEMNITEE BE LIABLE TO AN ERM INDEMNITEE OR AN ERM INDEMNITEE BE LIABLE TO A CLIENT INDEMNITEE, OR ANYONE CLAIMING BY, THROUGH OR UNDER A CLIENT INDEMNITEE OR ERM INDEMNITEE, INCLUDING, WITHOUT LIMITATION, INSURERS, FOR ANY LOST, DELAYED OR DIMINISHED PROFITS, REVENUES, BUSINESS OPPORTUNITIES OR PRODUCTION OR FOR ANY INCIDENTAL, COLLATERAL, SPECIAL, INDIRECT, PUNITIVE, EXEMPLARY, FINANCIAL, CONSEQUENTIAL OR ECONOMIC LOSSES OR DAMAGES OF ANY KIND OR NATURE WHATSOEVER, HOWEVER CAUSED, REGARDLESS OF WHETHER THE CLIENT INDEMNITEE OR ERM INDEMNITEE, AS APPLICABLE, KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH LOSSES OR DAMAGES.

9.4 IN NO EVENT WILL AN ERM INDEMNITEE BE LIABLE TO A CLIENT INDEMNITEE OR ANYONE CLAIMING BY, THROUGH OR UNDER IT,

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

INCLUDING WITHOUT LIMITATION, INSURERS, FOR ANY AMOUNT IN EXCESS OF US$250,000 IN THE AGGREGATE.  TO THE MAXIMUM EXTENT PERMITTED BY LAW, ERM WILL HAVE NO LIABILITY IF CLIENT FAILS TO INITIATE LEGAL PROCEEDINGS WITHIN 12 MONTHS OF PERFORMANCE OF THE SERVICES.  CLIENT RELEASES ERM INDEMNITEES FROM ANY DAMAGES SUSTAINED BY CLIENT IN EXCESS OF THE AMOUNT STATED IN THIS SECTION 9.4, AND, TO THE MAXIMUM EXTENT PERMITTED BY LAW, FROM ANY CLAIM THAT IS THE SUBJECT OF PROCEEDINGS NOT INITIATED WITHIN THE TIME FRAME STATED IN THIS SECTION 9.4.

9.5 The provisions of this Section 9 will (i) apply to the fullest extent allowed by law whether liability is claimed or found to be based in contract (including breach of warranty or contract), tort (including negligence or negligent misrepresentation), equity, strict liability or otherwise, and (ii) survive the completion of Services and the expiration, cancellation or termination of the Contract.  The provisions of Sections 9.3 and 9.4 will be enforceable as a separate agreement if necessary.

9.6 Client acknowledges and agrees that the price for Services set forth in the Proposal, subject to adjustment pursuant to the Contract, has been negotiated in consideration of the Parties' agreement to limit certain of ERM's liabilities.  Accordingly, Client acknowledges and agrees that the provisions of this Section 9 satisfy any requirement of reasonableness under any law applicable to the Contract and to any Claims relating to, or arising in connection with, the Contract.

10. Containment and Disposal.  If any hazardous or toxic waste, material, chemical, compound or substance or any waste regulated by local, state, provincial or federal law, including, without limitation, any sampling materials such as drill cuttings and fluids or asbestos (the "Waste") are encountered by ERM or result from ERM's performance, ERM will appropriately containerize the Waste and either  (i) leave the containerized Waste on Site for proper disposal by Client or (ii) using a manifest signed by Client as generator, assist with transportation of Waste to a location selected by Client for disposal.  Client acknowledges that at no time does ERM assume authority over the transportation or disposal of, or title to, or the risk of loss associated with, the Waste.  Client agrees to indemnify and defend ERM Indemnitees from any and all Claims (including, without limitation, any liability derived from any local, state, provincial or federal "Superfund" law) in any way related to ERM's assistance with the storage, transportation or disposal of the Waste, except to the extent such Claims result from ERM's gross negligence or willful misconduct.

11. Client Responsibilities.

11.1 Client must provide all reasonable assistance required by ERM in connection with Services, including, without limitation, any assistance specified in the Proposal.  In particular, Client will provide ERM with the following, as applicable:

Reasonable ingress to and egress from the Site for ERM and its subcontractors and their respective personnel, equipment and vehicles, including but not limited to obtaining any consents or easements and complying with their terms.

Clean, secure and unobstructed space at the Site for ERM's and its subcontractors' equipment and vehicles.

Specifications (including, without limitation, facility schematics, Site schematics, engineering drawings and plot plans) detailing the construction of underground and aboveground facilities located at the Site that pertain to ERM's scope of work or are necessary to enable ERM to perform the Services.

Approval of each specific location for boring, drilling, excavation or other intrusive work and identification of concealed or underground utilities, structures, obstructions, obstacles or sensitive conditions before ERM commences work at the location.  If Client does not identify the location of the concealed and underground items or approve each location of intrusive work, Client shall indemnify and defend ERM against any harm or injury arising out of or related to contact with such hazards.

Client's selection of any hazardous waste transporter and disposal facility and Client's arrangements for execution of the waste generator portion of any bill of lading, waste manifest, waste profile and related documents.

All information related to the Services or subject matter thereof in Client's possession, custody or control reasonably required by ERM.

11.2 ERM has the right to rely, without independent investigation or inquiry, on the accuracy and completeness of all information provided by, on behalf of, or at the request of Client or any governmental agency to ERM or any ERM subcontractor.  Client agrees to review all Proposals, designs, schematics, drawings, specifications, reports and other deliverables prepared by ERM for the accuracy and completeness of factual information provided by or on behalf of Client for inclusion and to provide ERM with any further information within Client's possession that may affect the accuracy or completeness of Services.

11.3 Full payment for Services is a condition precedent to Client's rights in ERM work product.  If Services involve electronic data files that are maintained by or for Client, Client is responsible for maintaining backup copies of such files.

11.4 Unless otherwise expressly agreed in writing by the parties, Client is responsible for Site security.

11.5 As to any dispute involving Client or the subject matter of the Services in which ERM is either not a named party or not at fault, Client shall pay ERM for any reasonable attorneys fees, other legal fees and expenses, and other costs incurred and the time of ERM's personnel spent in responding, defending or participating, including but not limited to all such costs and time of ERM or its personnel when called or subpoenaed for depositions, examinations, appearances or document production.

11.6 During the period of performance and for one year thereafter, Client will not target and then hire any ERM professional based on their performance of Services for Client.  Without limiting any damages or other remedies, immediately upon any breach of the foregoing, Client will pay ERM an amount equal to 50% of the ERM professional's ending annual salary with ERM.

12. Use of Name.  Client authorizes ERM to use Client's name and a general description of the Services and subject matter thereof as a reference for prospective clients and projects.

13. No Third Party Reliance.  Except as provided in Section 18.1, the Contract does not, and is not intended to, grant to any person other than ERM and Client any benefit, right or remedy hereunder.  Unless otherwise expressly agreed by ERM in writing, Client will not provide ERM's work product to any third party, and no third party will have the right to rely on the Services or ERM's work product.  Services are performed solely for the purposes stated in the Proposal.  Client's modification of Services, or use of Services for any other purpose, is at Client's sole risk.  If a court determines, notwithstanding this Section 13, that a third party has the right to rely on Services, to the fullest extent allowable under applicable law, such reliance is subject to the limitations included in the Contract.  Client agrees to indemnify, hold harmless and defend ERM Indemnitees against Claims resulting from a Client Indemnitee directly or indirectly providing ERM work product to a third party absent ERM's prior express written consent.

14. Intellectual Property.  Client acknowledges and agrees that ERM shall retain ownership rights in all work product conceived, developed or made by ERM and its Affiliates in the performance of the Services. Upon payment in full for the Services, ERM agrees to grant to Client a non-exclusive, royalty-free license to use such work product for the purposes specified in or implied by the Proposal. Client acknowledges and agrees that ERM shall maintain all ownership rights in technical information, inventions, discoveries, improvements, and copyrightable material, made or conceived by ERM prior to its commencing performance of the Services or developed by ERM outside the scope of the Services.

15. Severability.  Each provision of these Terms is distinct and severable from the others.  If one or more provisions is or becomes invalid, unlawful or unenforceable in whole or in part, the validity, lawfulness and enforceability of the remaining provisions (and of the same provision to the extent enforceable) will not be impaired, and the Parties agree to substitute a provision as similar to the offending provision as possible without its being invalid, unlawful or unenforceable.

16. Governing Law; Forum.  The Contract is governed by the substantive laws of the jurisdiction in which ERM is formed (the "Jurisdiction").  The Jurisdiction's courts have exclusive jurisdiction and venue over all disputes arising out of the Contract, and the Jurisdiction is deemed to be the place of performance for all obligations under the Contract.  The Parties waive any objection to the Jurisdiction's courts on grounds of inconvenient forum or otherwise.

17. Interpretation.  Words in the singular include the plural and vice versa.  Section captions are for convenience only and do not affect the meaning or construction of the Terms.  A reference to a specific item as included within a general category does not exclude items of a similar nature, unless expressly stated otherwise.  If any provision of the Terms is inconsistent with the Proposal, the Terms prevail.

18. Miscellaneous.

18.1 Other Parties.  If Client engages ERM to provide Services on behalf of or for the benefit of another party (a "Client Party"), Client represents and warrants to ERM, as a material inducement to enter the Contract, that it has the authority to bind the Client Party to the Contract and that Client's signature on, or acceptance of, the Proposal does bind the Client Party.  The limitation of liability in Section 9.4 applies jointly, not severally, to Client Indemnitees, any Client Party and any third party as provided in Section 13.  If ERM in its sole discretion agrees in writing to Client's request that ERM seek payment from the Client Party, Client will nevertheless retain primary responsibility for payment for Services.

18.2 Law Firms.  If Client engages a law firm, or if a law firm or other representative signs the Proposal or other documents or otherwise instructs ERM to take or refrain from taking any action, ERM is entitled to assume that the law firm or other representative has authority to so instruct ERM.  If the law firm or other representative may or will rely on Services, its rights will be limited to those granted to Client in the Contract.

18.3 Entire Agreement.  Upon Client's acceptance of the Proposal, the Contract constitutes the entire understanding between the Parties and the full and final expression of such understanding, and supercedes all prior and contemporaneous agreements, representations or conditions, express or implied, oral or written.

18.4 Waiver; Amendment.  A provision of the Contract may be waived, deleted or modified only by a document signed by the Parties stating their intent to modify the Contract.

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq** 2

18.5 <u>Survival</u>. Sections 5, 8, 9, 10, 11, 13, 14, 15, 16, 17 and 18 and all provisions of the Contract that by their nature would usually be construed to survive an expiration or termination shall survive the expiration or termination of the Contract.

18.6 <u>Printed Forms</u>. Client may use its forms and agreements to administer any agreement between ERM and Client, but such use is for convenience only, and any provision therein that conflicts with the Contract is void.

18.7 <u>Notices</u>. Notices hereunder will be given to the persons identified in the Proposal by any of the following: personal delivery; registered or certified mail, return receipt requested and postage prepaid; internationally recognized overnight courier, all fees prepaid; facsimile; or email.

18.8 <u>Relationship of Parties</u>. The Contract does not give either Party the authority to act as an agent or partner of the other Party, or to bind or commit the other Party to any obligations. Nothing contained in the Contract shall be construed as creating a partnership, joint venture, agency, trust or other association of any kind.

19. <u>Additional Terms</u>. Additional provisions governing ERM's performance of Services, if attached to these Terms by ERM, are made part of the Contract.

20. <u>Language</u>. I hereby confirm and agree that this Contract and all documents relating hereto be drafted in English. *Je confirme avoir accepté que la présente entente de même que tous les documents s'y rattachant soient rédigés en anglais.*

**CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq**

ATTACHMENT 3 – RATE SCHEDULES

CONFIDENTIAL – FOR MEDIATION ONLY – FRE 408, CAL EV 1115 et seq, 1152 et seq

# Schedule of Standard Charges



| Labor Category | Hourly Rate* |
|---|---|
| Principal Engineer, Geologist, and Scientist | $250 - $420 |
| Program Director | $230 - $310 |
| Senior Engineer, Geologist, and Scientist | $190 - $305 |
| Project Engineer, Geologist, and Scientist | $150 - $230 |
| Staff Engineer, Geologist, and Scientist | $105 - $150 |
| Senior Technician | $80 - $125 |
| Technician | $80 - $110 |
| Project Coordinator | $75 - $105 |
| Technical Directors/Technical Specialists will be charged out as required for the project | $250 - $400 |

*Effective January 1, 2020.  Subject to annual adjustment

Subcontractors and other reimbursable expenses will be subject to a 15% handling fee.

Expert witness and litigation support provided at 150% of above rates.

Associated Project Costs (APC) are 9.8% of total labor costs per invoice and consist of those costs incurred in the performance of a specific client project for project-related communications, including:

- Wireless
- Facsimile, computer, and network usage
- Project accounting services
- Audio-visual equipment
- First-class postage, up to three overnight delivery packages per month (excluding boxes and courier services)
- Routine in-house reproduction of reports and other documents (up to 500 pages per copy job)

**Not included in APC are itemizable time of administrative assistants, CAD and graphics professionals, and word processors; and shipping and reproduction costs in excess of the above-stated limits.**

*The business of sustainability*



**Surface Concentrations of Cobalt Powder
On Various Facility Surfaces
Evaluated on October 23 and 25, 2017**


**For:**


**Quantum Labs
2108 Bering Drive
San Jose, CA 95131**


By:


Edward J. Haggerty, CIH
Manager, Industrial Hygiene Services
SafeBridge Consultants, Inc.
1924 Old Middlefield Way
Mountain View, CA 94043


November 21, 2017

**Results for surface sampling conducted on October 23, 2017**

The following provides a summary of samples with results above the Brookhaven National Laboratory (BNL) housekeeping limit of 30 µg/100 cm² on this date.

**Central Corridor**

- Two of five (2 of 5) samples of floor tile taken in the central corridor outside the evaporator room (Area 1) showed cobalt concentrations above the BNL housekeeping limit.
    - Samples: 1613 and 1614
    - Concentrations from 420 to 2,045 µg/100 cm²
    - **14 to 67 times the acceptable housekeeping limit**

**Rooms Adjacent to the Evaporator Room (Area 1)**

- One of two (1 of 2) floor tiles in the room to the left of the evaporator room showed a cobalt concentration above the limit.
    - Sample: 1625
    - Concentration at 161 µg/100 cm²
    - **5 times the acceptable limit**

**Fume Hood (Area 2)**

- Two of two (2 of 2) samples of floor tile at the fume hood showed cobalt concentrations above the BNL limit.
    - Samples: 1635 and 1638
    - Concentrations from 2,800 to 4,628 µg/100 cm²
    - **93 to 154 times the acceptable limit**

- Two of two (2 of 2) work surfaces (i.e., work table and fume hood threshold) in the area showed cobalt concentrations above the housekeeping limit.
    - Samples: 1636 and 1637
    - Concentrations from 7,800 to 14,000 µg/100 cm²
    - **260 to 467 times the acceptable limit**

**Cleanroom - Lapping (Area 3)**

- One of one (1 of 1): a single sample of floor tile obtained inside the area showed a cobalt concentration above the BNL limit.
    - Sample: 1639
    - Concentration was measured at 36 µg/100 cm²
    - **120% of the acceptable limit**

- Two of three (2 of 3) equipment surfaces in lapping also showed cobalt levels above the acceptable BNL housekeeping limit.
    - Samples: 1640 and 1643
    - Concentrations ranged from 59 to 120 µg/100 cm²
    - **200 to 400% of the acceptable limit**

**SafeBridge Consultants, Inc.**

**Evaporator Room (Area 1)**

- Four of five (4 of 5) samples of floor tile taken in the evaporator room showed cobalt concentrations above the BNL housekeeping limit of 30 µg/100 cm$^2$.
  - Samples: 1645, 1647, 1649, 1652
  - Concentrations from 334 to 1,001 µg/100 cm$^2$
  - **11 to 33 times the limit**

- Four of four (4 of 4) work or equipment surfaces in the room also showed cobalt concentrations above the limit.
  - Samples: 1646, 1648, 1650, 1653
  - Concentrations from 180 to 4,900 µg/100 cm$^2$
  - **6 to 163 times the limit**

**Findings/Comments (1, 2 and 3 of 4)**

1. Results demonstrate the presence of significant levels of cobalt contamination in identified processing environments as well as in adjoining space proximate to these areas.

2. Concentrations of cobalt on elevated items, i.e., top of the Temescal 350 and Plexiglas box near the small scale (Samples 1648 and 1650), provide evidence of an airborne transfer mechanism for dispersion of cobalt both inside and beyond the evaporator room (Area 1).

3. Detection of a measurable concentration of cobalt (16 µg/100 cm$^2$, Sample 1628) on top of the ClassOne unit, located in the room adjacent to (to the left of) Area 1, suggest airborne transfer or dispersion of cobalt in this space.

**Results for surface sampling conducted on October 25, 2017**

The item below provides a summary of samples with results above the BNL housekeeping limit on this date:

**Evaporator Room (Area 1)**

- Two of two (2 of 2) swabs of floor tile taken just inside the evaporator room, accessed from the common corridor, showed cobalt concentrations above the BNL housekeeping limit.
  - Samples: 1655 and 1657
  - Concentrations from 355 to 646 µg/100 cm$^2$
  - **12 to 22 times the limit**

Shoe Covers

Analysis of shoe covers worn into each of the areas on the 25th showed cobalt contamination levels ranging from 14,000 to 33,000 µg per bootie.

**Findings/Comments (4 of 4)**

4. Results for shoe covers demonstrate the risk of mechanical transfer of cobalt contamination from process environments to surrounding areas by foot traffic.

**SafeBridge Consultants, Inc.**

**Tables of Sampling Results**

- Surface samples obtained on October 23
- Surface samples obtained on October 25
  - Shoe cover samples from October 25

**Quantum Labs: Surface samples for cobalt (10/23/2017) - 170503-0625**

| Sample ID # | Amount of Cobalt (µg) | Area of Wipe (cm²) | Area Surface Concentration (µg/100 cm²) | BNL Housekeeping Limit (30 µg/100 cm²) | Comparison to BNL Equip. Clean. Limit (2 µg/100 cm²) | Description | Location |
|---|---|---|---|---|---|---|---|
| 1613 | 3,900 | 929 | 420 | Above | Above | 1'x1' FT access hallway across from Evap. (left moving right) | Central corridor across from Evaporator Room (Area 1) |
| 1614 | 19,000 | 929 | 2,045 | Above | Above | 1'x1' FT access hallway across from Evap. (left moving right) | Central corridor across from Evaporator Room (Area 1) |
| 1615 | 160 | 929 | 17 | OK | Above | 1'x1' FT access hallway across from Evap. (left moving right) | Central corridor across from Evaporator Room (Area 1) |
| 1616 | <10 | 929 | <1 | OK | OK | 1'x1' FT access hallway across from Evap. (left moving right) | Central corridor across from Evaporator Room (Area 1) |
| 1617 | 41 | 929 | 4 | OK | Above | 1'x1' FT access hallway across from Evap. (left moving right) | Central corridor across from Evaporator Room (Area 1) |
| 1618 | <10 | NA | NA | NA | Above | field blank | Central corridor across from Evaporator Room (Area 1) |
| 1619 | 66 | 929 | 7 | OK | Above | 1'x1' FT right side of evap (door) | Room to right of Evaporator Room (Right of Area 1) |
| 1620 | <10 | 929 | <1 | OK | OK | 1'x1' FT right side of evap (next to rear wall) | Room to right of Evaporator Room (Right of Area 1) |
| 1621 | 21 | 929 | 2 | OK | Above | 1'x1' FT right side of evap (7' in front of door) | Room to right of Evaporator Room (Right of Area 1) |
| 1622 | <10 | 100 | <10 | OK | Above | 4"x4" top of amber plexiglass storage cabinet/rack | Room to right of Evaporator Room (Right of Area 1) |
| 1623 | <10 | 100 | <10 | OK | Above | 4"x4" transformer cabinet/rack | Room to right of Evaporator Room (Right of Area 1) |
| 1624 | <10 | NA | NA | NA | Above | field blank | Room to right of Evaporator Room (Right of Area 1) |
| 1625 | 1,500 | 929 | 161 | Above | Above | 1'x1' FT left side of evap (in front of door) | Room to left of Evaporator Room (Left of Area 1) |
| 1626 | 59 | 929 | 6.4 | OK | Above | 1'x1' FT left side of evap (under oven) | Room to left of Evaporator Room (Left of Area 1) |
| 1627 | <10 | 100 | <10 | OK | Above | 4"x4" top of plexiglas enclosure | Room to left of Evaporator Room (Left of Area 1) |
| 1628 | 16 | 100 | 16 | OK | Above | 4"x4" top of ClassOne unit | Room to left of Evaporator Room (Left of Area 1) |
| 1629 | 26 | 100 | 26 | OK | Above | 4"x4" right shelf of Canon | Room to left of Evaporator Room (Left of Area 1) |
| 1630 | <10 | NA | NA | NA | Above | field blank | Room to left of Evaporator Room (Left of Area 1) |
| 1631 | 380 | 929 | 41 | Above | Above | 1'x1' FT right of door into Cleanroom | Outside cleanroom - lapping (Area 3) |
| 1632 | 64 | 929 | 7 | OK | Above | 1'x1' FT in front of flammables cabinet (right side of cleanroom) | Outside cleanroom - lapping (Area 3) |
| 1633 | 110 | 929 | 12 | OK | Above | 1'x1' FT at gas rack, left of FH | Outside cleanroom - lapping (Area 3) |
| 1634 | <10 | NA | NA | NA | Above | field blank | Outside cleanroom - lapping (Area 3) |
| 1635 | 26,000 | 929 | 2,799 | Above | Above | 1'x1' FT in front of FH | At Fume Hood (Area 2) |
| 1636 | 7,800 | 100 | 7,800 | Above | Above | 4"x4" left side of metal table at FH | At Fume Hood (Area 2) |
| 1637 | 14,000 | 100 | 14,000 | Above | Above | 4"x4" front of FH | At Fume Hood (Area 2) |
| 1638 | 43,000 | 929 | 4,628 | Above | Above | 1'x1' FT right side of FH | At Fume Hood (Area 2) |
| 1639 | 330 | 929 | 36 | Above | Above | 1'x1' FT under PLC (Cleanroom) | Inside cleanroom (lapping) (Area 3) |
| 1640 | 59 | 100 | 59 | Above | Above | 4"x4" horizontal surface under PLC (Cleanroom) | Inside cleanroom (lapping) (Area 3) |
| 1641 | <10 | 100 | <10 | OK | Above | 4"x4" top of Plastic Haz Drum (Cleanroom) | Inside cleanroom (lapping) (Area 3) |
| 1643 | 120 | 100 | 120 | Above | Above | 4"x4" s.s. horizontal surface under PLC (Cleanroom) | Inside cleanroom (lapping) (Area 3) |
| 1644 | <10 | NA | NA | NA | Above | field blank | Inside cleanroom (lapping) (Area 3) |
| 1645 | 6,200 | 929 | 667 | Above | Above | 1'x1' FT next to Sample 1647 | Inside Evaporator Room (Area 1) |
| 1646 | 1,800 | 100 | 1,800 | Above | Above | 4"x4" foil table right rear | Inside Evaporator Room (Area 1) |
| 1647 | 3,100 | 929 | 334 | Above | Above | 1'x1' tacky mat in front of machine (evaporator) | Inside Evaporator Room (Area 1) |
| 1648 | 180 | 100 | 180 | Above | Above | 4"x4" top right corner of Temescal 350 | Inside Evaporator Room (Area 1) |
| 1649 | 7,500 | 929 | 807 | Above | Above | 1'x1' FT in front of supersweep | Inside Evaporator Room (Area 1) |
| 1650 | 420 | 100 | 420 | Above | Above | 4"x4" plexiglass box top near small scale | Inside Evaporator Room (Area 1) |
| 1651 | 200 | 929 | 22 | OK | Above | 1'x1' FT rear right | Inside Evaporator Room (Area 1) |
| 1652 | 9,300 | 929 | 1,001 | Above | Above | 1'x1' FT left of evaporator | Inside Evaporator Room (Area 1) |
| 1653 | 4,900 | 100 | 4,900 | Above | Above | 4"x4" foil table @ fire extinguisher | Inside Evaporator Room (Area 1) |

* <10 µg = Below the Limit of Detection/Quantification (< LOD/LOQ)

* All field blanks were found at non-detectable levels (<10 µg/wipe)

* NA = Not Applicable

Basis of interpretation of surface sampling results per Brookhaven National Laboratory (BNL) criteria available at:
https://www.bnl.gov/esh/shsd/sop/pdf/ih_sops/ih75190.pdf

SafeBridge Consultants, Inc.

**Quantum Labs: Surface samples for cobalt (10/25/2017) - 170503-0625**

| Sample ID # | Amount Cobalt (μg) | Area of Wipe (cm$^2$) | Area Surface Concentration (μg/100 cm$^2$) | Comparison to BNL Housekeeping Limit (30 μg/100 cm$^2$) | Comparison to BNL Equip. Clean. Limit (2 μg/100 cm$^2$) | Description | Location |
|---|---|---|---|---|---|---|---|
| 1655 | 3,300 | 929 | 355 | Above | Above | 1'x1' FT | FT just inside evaporator room from access hallway |
| 1656 | <10 | NA | NA | NA | NA | field blank | Palintest dust wipe (blank) |
| 1657 | 6,000 | 929 | 646 | Above | Above | 1'x1' FT | FT just inside evaporator room from access hallway |
| 1666 | 2,700 | NA | NA | NA | NA | Chair (seat, back, arm rests) | Palintest dust wipe of chair (area not measured) |

Basis of interpretation of surface sampling results per Brookhaven National Laboratory (BNL) criteria available at:
https://www.bnl.gov/esh/shsd/sop/pdf/ih_sops/ih75190.pdf

SafeBridge Consultants, Inc.

**Quantum Labs: Shoe cover ("bootie")  samples for cobalt (10/25/2017) - 170503-0625**

| Sample ID # | Amount Cobalt (µg/shoe cover) | Description | Location |
|---|---|---|---|
| 1658 | <10 | bootie (submitted in a tube) | field blank |
| 1659 | 25,000 | bootie (submitted in a tube) | Fume hood walk (left bootie) |
| 1660 | 33,000 | bootie (submitted in a tube) | Fume hood walk (right bootie) |
| 1661 | 14,000 | bootie (submitted in a tube) | Cleanroom (Area 3) left bootie |
| 1663 | 23,000 | bootie (submitted in a tube) | Evaporator Room (Area 1) left bootie |
| 1665 | 21,000 | bootie (submitted in a zip lock bag) | Evaporator Room (Area 1) right bootie |

* <10 µg = Below the Limit of Detection/Quantification (< LOD/LOQ)

* Blank was found at a non-detectable level (<10 µg/shoe cover)

* NA = Not Applicable

MAXXAM lab results received on November 10, 2017

11/10/2017

**SafeBridge Consultants, Inc.**

**Laboratory Documents**

Lab reports for surface samples and analysis of shoe covers
Chain-of-custody/Sample submission forms
Lab work order forms

**SafeBridge Consultants, Inc.**



November 01, 2017

Ed Haggerty
**SAFE BRIDGE CONSULTANTS**
1924 Old Middlefield Way
Mountain View, CA 94043

Maxxam Analytics Work Order 17101899

Reference: 170503-0625

Dear Ed Haggerty:

Maxxam Analytics received 40 samples on October 25, 2017 for the analyses presented in the following report.

Enclosed is a copy of the Chain-of-Custody record, acknowledging receipt of these samples. Please note that any unused portion of the samples will be discarded 30 days after the date of this report, unless you have requested otherwise.

This material is confidential and is intended solely for the person to whom it is addressed. If this is received in error, please contact the number provided below.

We appreciate the opportunity to assist you. If you have any questions concerning this report, please contact a Client Services Representative at (800) 806-5887.

Sincerely,

Daniel Elliott

Daniel Elliott
Client Services Representative
Electronic signature authorized through password protection

**Maxxam Analytics**
22345 Roethel Drive
Novi, MI 48375

Toll Free: 800.806.5887
Lab Main: 248.344.2652
Fax: 248.344.2655
www.maxxamlabs.com

# CASE NARRATIVE

**Date:** *01-Nov-17*

| | |
|---|---|
| **CLIENT:** | SAFE BRIDGE CONSULTANTS |
| **Project:** | 170503-0625 |
| **Work Order No** | 17101899 |

The results of this report relate only to the samples listed in the body of this report.

Unless otherwise noted below, the following statements apply: 1) all samples were received in acceptable condition, 2) all quality control results associated with this sample set were within acceptable limits and/or do not adversely affect the reported results, and 3) the industrial hygiene results have not been blank corrected.

# ANALYTICAL RESULTS

**Date: *01-Nov-17***

**Client:** **SAFE BRIDGE CONSULTANTS**

**Project:** **170503-0625**

**Work Order No: 17101899**

---

**Client ID:** 1613

**Lab ID:** 001A

**Matrix:** Wipe

**Date Sampled:** 10/23/2017

**DateReceived:** 10/25/2017

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 3,900 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

**Client ID:** 1614

**Lab ID:** 002A

**Matrix:** Wipe

**Date Sampled:** 10/23/2017

**DateReceived:** 10/25/2017

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 19,000 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

**Client ID:** 1615

**Lab ID:** 003A

**Matrix:** Wipe

**Date Sampled:** 10/23/2017

**DateReceived:** 10/25/2017

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 160 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

**Client ID:** 1616

**Lab ID:** 004A

**Matrix:** Wipe

**Date Sampled:** 10/23/2017

**DateReceived:** 10/25/2017

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

3 of 16

# ANALYTICAL RESULTS

**Date:** *01-Nov-17*

| | |
|---|---|
| **Client:** | **SAFE BRIDGE CONSULTANTS** |
| **Project:** | **170503-0625** |

**Work Order No: 17101899**

---

| | | | |
|---|---|---|---|
| **Client ID:** | 1617 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 005A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 41 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

| | | | |
|---|---|---|---|
| **Client ID:** | 1618 BLANK | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 006A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

| | | | |
|---|---|---|---|
| **Client ID:** | 1619 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 007A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 66 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

| | | | |
|---|---|---|---|
| **Client ID:** | 1620 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 008A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

# ANALYTICAL RESULTS

**Date:** *01-Nov-17*

| **Client:** | **SAFE BRIDGE CONSULTANTS** | |
|---|---|---|
| **Project:** | **170503-0625** | **Work Order No: 17101899** |

---

| **Client ID:** | 1621 | **Date Sampled:** 10/23/2017 |
|---|---|---|
| **Lab ID:** | 009A | **DateReceived:** 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 21 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

| **Client ID:** | 1622 | **Date Sampled:** 10/23/2017 |
|---|---|---|
| **Lab ID:** | 010A | **DateReceived:** 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

| **Client ID:** | 1623 | **Date Sampled:** 10/23/2017 |
|---|---|---|
| **Lab ID:** | 011A | **DateReceived:** 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

| **Client ID:** | 1624 BLANK | **Date Sampled:** 10/23/2017 |
|---|---|---|
| **Lab ID:** | 012A | **DateReceived:** 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

# ANALYTICAL RESULTS

**Date:** *01-Nov-17*

**Client:** **SAFE BRIDGE CONSULTANTS**

**Project:** **170503-0625**

**Work Order No: 17101899**

---

**Client ID:** 1625          **Date Sampled:** 10/23/2017

**Lab ID:** 013A          **DateReceived:** 10/25/2017

**Matrix:** Wipe          **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|------|---------|------|-------------|-------------------------|
| Cobalt | 1,500 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

**Client ID:** 1626          **Date Sampled:** 10/23/2017

**Lab ID:** 014A          **DateReceived:** 10/25/2017

**Matrix:** Wipe          **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|------|---------|------|-------------|-------------------------|
| Cobalt | 59 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

**Client ID:** 1627          **Date Sampled:** 10/23/2017

**Lab ID:** 015A          **DateReceived:** 10/25/2017

**Matrix:** Wipe          **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|------|---------|------|-------------|-------------------------|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

**Client ID:** 1628          **Date Sampled:** 10/23/2017

**Lab ID:** 016A          **DateReceived:** 10/25/2017

**Matrix:** Wipe          **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|------|---------|------|-------------|-------------------------|
| Cobalt | 16 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

General Notes:

<: Less than the indicated reporting limit (RL).

--: Information not available or not applicable.

# ANALYTICAL RESULTS

**Date:** *01-Nov-17*

**Client:** **SAFE BRIDGE CONSULTANTS**

**Project:** **170503-0625**

**Work Order No:** **17101899**

---

**Client ID:** 1629

**Date Sampled:** 10/23/2017

**Lab ID:** 017A

**DateReceived:** 10/25/2017

**Matrix:** Wipe

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|---|---|---|---|---|
| Cobalt | 26 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

**Client ID:** 1630 BLANK

**Date Sampled:** 10/23/2017

**Lab ID:** 018A

**DateReceived:** 10/25/2017

**Matrix:** Wipe

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

**Client ID:** 1631

**Date Sampled:** 10/23/2017

**Lab ID:** 019A

**DateReceived:** 10/25/2017

**Matrix:** Wipe

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|---|---|---|---|---|
| Cobalt | 380 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

**Client ID:** 1632

**Date Sampled:** 10/23/2017

**Lab ID:** 020A

**DateReceived:** 10/25/2017

**Matrix:** Wipe

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|---|---|---|---|---|
| Cobalt | 64 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

# ANALYTICAL RESULTS

**Date:** *01-Nov-17*

| | |
|---|---|
| **Client:** | **SAFE BRIDGE CONSULTANTS** |
| **Project:** | **170503-0625** |

**Work Order No: 17101899**

| | | | |
|---|---|---|---|
| **Client ID:** | 1633 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 021A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (μg) | (mg/m³) | Reporting Limit (μg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 110 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

| | | | |
|---|---|---|---|
| **Client ID:** | 1634 BLANK | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 022A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (μg) | (mg/m³) | Reporting Limit (μg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

| | | | |
|---|---|---|---|
| **Client ID:** | 1635 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 023A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (μg) | (mg/m³) | Reporting Limit (μg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 26,000 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

| | | | |
|---|---|---|---|
| **Client ID:** | 1636 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 024A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (μg) | (mg/m³) | Reporting Limit (μg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 7,800 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

# ANALYTICAL RESULTS

**Date:** *01-Nov-17*

**Client:** **SAFE BRIDGE CONSULTANTS**

**Project:** **170503-0625**  **Work Order No:** **17101899**

---

**Client ID:** 1637  **Date Sampled:** 10/23/2017
**Lab ID:** 025A  **DateReceived:** 10/25/2017
**Matrix:** Wipe  **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 14,000 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

**Client ID:** 1638  **Date Sampled:** 10/23/2017
**Lab ID:** 026A  **DateReceived:** 10/25/2017
**Matrix:** Wipe  **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 43,000 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

**Client ID:** 1639  **Date Sampled:** 10/23/2017
**Lab ID:** 027A  **DateReceived:** 10/25/2017
**Matrix:** Wipe  **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 330 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

**Client ID:** 1640  **Date Sampled:** 10/23/2017
**Lab ID:** 028A  **DateReceived:** 10/25/2017
**Matrix:** Wipe  **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 59 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

9 of 16

# ANALYTICAL RESULTS

**Date:** *01-Nov-17*

| | |
|---|---|
| **Client:** | **SAFE BRIDGE CONSULTANTS** |
| **Project:** | **170503-0625** |

**Work Order No: 17101899**

| | | | |
|---|---|---|---|
| **Client ID:** | 1641 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 029A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

| | | | |
|---|---|---|---|
| **Client ID:** | 1643 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 030A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 120 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

| | | | |
|---|---|---|---|
| **Client ID:** | 1644 BLANK | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 031A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

| | | | |
|---|---|---|---|
| **Client ID:** | 1645 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 032A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 6,200 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

# ANALYTICAL RESULTS

Date: *01-Nov-17*

| | |
|---|---|
| **Client:** | **SAFE BRIDGE CONSULTANTS** |
| **Project:** | **170503-0625** |

**Work Order No: 17101899**

| | | | |
|---|---|---|---|
| **Client ID:** | 1646 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 033A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 1,800 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

| | | | |
|---|---|---|---|
| **Client ID:** | 1647 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 034A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 3,100 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

| | | | |
|---|---|---|---|
| **Client ID:** | 1648 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 035A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 180 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

| | | | |
|---|---|---|---|
| **Client ID:** | 1649 | **Date Sampled:** | 10/23/2017 |
| **Lab ID:** | 036A | **DateReceived:** | 10/25/2017 |
| **Matrix:** | Wipe | **Air Vol.(L):** | NA |

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 7,500 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

11 of 16

# ANALYTICAL RESULTS

**Date:** *01-Nov-17*

**Client:** **SAFE BRIDGE CONSULTANTS**

**Project:** **170503-0625**                                    **Work Order No: 17101899**

---

**Client ID:** 1650                                    **Date Sampled:** 10/23/2017
**Lab ID:** 037A                                    **DateReceived:** 10/25/2017
**Matrix:** Wipe                                    **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|---|---|---|---|---|
| Cobalt | 420 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

**Client ID:** 1651                                    **Date Sampled:** 10/23/2017
**Lab ID:** 038A                                    **DateReceived:** 10/25/2017
**Matrix:** Wipe                                    **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|---|---|---|---|---|
| Cobalt | 200 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

**Client ID:** 1652                                    **Date Sampled:** 10/23/2017
**Lab ID:** 039A                                    **DateReceived:** 10/25/2017
**Matrix:** Wipe                                    **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|---|---|---|---|---|
| Cobalt | 9,300 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

**Client ID:** 1653                                    **Date Sampled:** 10/23/2017
**Lab ID:** 040A                                    **DateReceived:** 10/25/2017
**Matrix:** Wipe                                    **Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---------|---|---|---|---|---|
| Cobalt | 4,900 | -- | 10 | OSHA ID-125G | 10/30/2017   DH |

---

Maxxam Analytics is accredited by the AIHA-LAP, LLC ELLAP program as laboratory number 100967. ELLAP meets the requirements of the National Lead Laboratory Accreditation Program (NLLAP), established under Title X of the Residential Lead-Based Paint Hazard Reduction Act of 1992 and includes paint, soil ˍdust wipe analysis.

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

12 of 16

# REQUEST FOR LABORATORY ANALYTICAL SERVICES

**For Maxxam Analytics Use Only**
Maxxam Analytics Lab Project No.

171018?9

## Maxxam Analytics

**Detroit Lab**
22345 Roethel Drive
Novi, MI 48375
(800) 848-5887
(248) 344-0602
FAX (248) 344-2655

**Atlanta Lab**
3380 Chastain Meadows Pky., Suite 300
Kennesaw, GA 30144
(800) 262-9919
(770) 499-7500
FAX (770) 499-7611

**Chicago Lab**
95 Oakwood Road
Lake Zurich, IL 60047
(888) 576-7522
(847) 726-3320
FAX (847) 726-3323

**RUSH ANALYSIS**
CONTACT LAB IN ADVANCE

Need Results by: ___ / ___ / ___

RUSH Charges Authorized? ☐ Yes ☐ No
(If yes, initial here) _____

☐ Email
Results to

REPORT RESULTS TO

Name ED HAGGETT
Company SKEE BRIDGE
Mailing Address 1924 OLD MIDDLEFIELD WAY
City, State, Zip MOUNTAIN VIEW CA 94043-2803
Telephone No. 650-961-4820    FAX No.

Client Job No. 17503-0625
Dept.

BILLING / INVOICE INFORMATION
PO #
Name
Company
Address
City, State, Zip

☐ Call for Credit Card Information ☐ Direct Bill

**Special instructions and/or specific regulatory requirements:**
(method, limit of detection, etc.)

| CLIENT SAMPLE IDENTIFICATION | DATE SAMPLED | MINUTES SAMPLED | MATRIX/ MEDIA | AIR VOLUME (specify units) | ANALYSIS REQUESTED (Enter an "X" in the box below to indicate request. Enter a 'P' if Preservative added.*) | FOR LAB USE ONLY |
|---|---|---|---|---|---|---|
| 1613 | 10/24/17 | | Paint Chip & Dust Wipe ASTM E1792 | | | |
| 1614 | | | | | | |
| 1615 | | | | | | |
| 1616 | | | | | | |
| 1617 | | | | | | |
| 1618 | | | | | | |
| 1619 | | | | | | |
| 1620 | | | | | | |
| 1621 | | | | | | |
| 1622 | | | | | | |
| 1623 | | | | | | |
| 1624 | | | | | | |

EPA 6010A
ECP AES
10ng/wipe

## CHAIN OF CUSTODY

Collected by: _____ (print)
Relinquished by: _____    Date/Time 10/25/17
Relinquished by: _____    Date/Time
Method of Shipment: FedEx

Authorized by: _____    Date

Collector's Signature:
Received by: _____    Date/Time
Received by: _____    Date/Time
Received at Lab by: _____    Date/Time 10/25/17 11:15
Sample Condition Upon Receipt: ☒ Acceptable ☐ Other (explain)

Page 1 of 1

# REQUEST FOR LABORATORY ANALYTICAL SERVICES

**MaXXam** *a business group company*

For Maxxam Analytics Use Only
Maxxam Analytics Lab Project No.

## Maxxam Analytics

**Atlanta Lab**
3380 Chastain Meadows Pkwy., Suite 300
Kennesaw, GA 30144
(800) 252-9919
(770) 499-7500
FAX (770) 499-7511

**Detroit Lab**
22345 Roethel Drive
Novi, MI 48375
(800) 806-5887
(248) 344-2652
FAX (248) 344-2655

**Chicago Lab**
90 Oakwood Road
Lake Zurich, IL 60047
(888) 576-7522
(847) 726-3320
FAX (847) 726-3323

Client Job No. 17053-0625

**REPORT RESULTS TO:**
Name E. HAGERTY
Company 4th Bridge Consultants
Mailing Address 1524 Del Mont street Way
City, State, Zip Mountain View CA
Telephone No. 650-961-4620  FAX No.

**BILLING / INVOICE INFORMATION**
☐ PO #
Name
Company
Address
City, State, Zip

### RUSH ANALYSIS
CONTACT LAB IN ADVANCE

Need Results by: _____
RUSH Charges Authorized? ☐ Yes ☐ No
(if yes, initial here) _____
☐ Email
Results to _____

☐ Call for Credit Card Information ☐ Direct Bill

Special instructions and/or specific regulatory requirements:
(method, limit of detection, etc.)  × 222

12.24

**ANALYSIS REQUESTED**
(Enter an 'X' in the box below to indicate request. Enter a 'P' if Preservative added.*)

FOR LAB USE ONLY

| CLIENT SAMPLE IDENTIFICATION | DATE SAMPLED | MINUTES SAMPLED | MATRIX/ MEDIA | AIR VOLUME (specify units) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| √3  1625 | 10/23/17 | | Palintest® Dust Wipes ASTM std. IE 1792 | | | | | | | | | | | | |
| √14  1626 | | | | | | | | | | | | | | | |
| √15  1627 | | | | | | | | | | | | | | | |
| √16  1628 | | | | | | | | | | | | | | | |
| √17  1629 | | | | | | | | | | | | | | | |
| √18  1630 | | | | | | | | | | | | | | | |
| √19  1631 | | | | | | | | | | | | | | | |
| √20  1632 | | | | | | | | | | | | | | | |
| √21  1633 | | | | | | | | | | | | | | | |
| √22  1634 | | | | | | | | | | | | | | | |
| √23  1635 | | | | | | | | | | | | | | | |
| √24  1636 | ↓ | | | | | | | | | | | | | | |

**CHAIN OF CUSTODY**

Collected by: _____ Date/Time 10/23/17 (point)
Relinquished by: _____ Date/Time _____
Relinquished by: _____ Date/Time _____
Method of Shipment: Fed Ex

Authorized by: _____ Date 10/24/17
(Client Signature MUST accompany Request)

Collector's Signature: _____
Received by: _____ Date/Time
Received by: _____ Date/Time
Received at Lab by: _____ Date/Time
Sample Condition Upon Receipt: ☐ Acceptable ☐ Other (explain)

Page 2 of _____

14 of 16

# REQUEST FOR LABORATORY ANALYTICAL SERVICES

**Maxxam Analytics** — A Bureau Veritas Group Company

For Maxxam Analytics Use Only
Maxxam Analytics Lab Project No.

**Detroit Lab**
22345 Roethel Drive
Novi, MI 48375
(800) 805-5887
(248) 344-2652
FAX (248) 344-2655

**Atlanta Lab**
3390 Chastain Meadows Pkwy., Suite 300
Kennesaw, GA 30144
(800) 252-9919
(770) 499-7500
FAX (770) 499-7511

**Chicago Lab**
95 Oakwood Road
Lake Zurich, IL 60047
(888) 576-7522
(847) 726-3320
FAX (847) 726-3323

## RUSH ANALYSIS
### CONTACT LAB IN ADVANCE

Need Results by:
RUSH Charges Authorized? ☐ Yes ☐ No
(If yes, initial here)
☐ Email
☐ Results to
☐ Call for Credit Card Information ☐ Direct Bill

**REPORT RESULTS TO**

Name E. Hagerty
Company 1922 Old Middlefield
Mailing Address Mountain View Ca 94043-2503
City, State, Zip
Telephone No. 650-760-7920    FAX No.

Client Job No. 97043-0625
Dept.

**BILLING / INVOICE INFORMATION**

☐ PO #
Name
Company
Address
City, State, Zip

Special instructions and/or specific regulatory requirements:
(method, limit of detection, etc.)

Surface Samples for cobalt
222

#42 natural

3-J4

Palintest® Dust Wipes
ASTM Std. E1792

**ANALYSIS REQUESTED**
(Enter an 'X' in the box below to indicate request. Enter a 'P' if Preservative added.*)

FOR LAB USE ONLY

| CLIENT SAMPLE IDENTIFICATION | DATE SAMPLED | MINUTES SAMPLED | MATRIX/ MEDIA | AIR VOLUME (specify units) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| √25  1637 | 10/24/17 | | | | | | | | | | | | |
| √26  1638 | | | | | | | | | | | | | |
| √27  1639 | | | | | | | | | | | | | |
| √28  1640 | | | | | | | | | | | | | |
| √29  1641 | | | | | | | | | | | | | |
| √30  1643 | | | | | | | | | | | | | |
| √31  1645 | | | | | | | | | | | | | |
| √32  1646 | | | | | | | | | | | | | |
| √33  1646 | | | | | | | | | | | | | |
| √34  1647 | | | | | | | | | | | | | |
| √35  1648 | | | | | | | | | | | | | |
| √36  1649 | | | | | | | | | | | | | |

**CHAIN OF CUSTODY**

Collected by: (print)    Date 10/24/17
Relinquished by:    Date/Time 10/24/17
Relinquished by:    Date/Time

Method of Shipment: Fed Ex

Collector's Signature:
Received by:    Date/Time
Received by:    Date/Time
Received at Lab by:    Date/Time 10/25/17 11:00
Sample Condition Upon Receipt:    ☒ Acceptable  ☐ Other (explain)

Authorized by:

Chain of Custody MUST Accompany Request

Page 3 of 4

# REQUEST FOR LABORATORY ANALYTICAL SERVICES

**For Maxxam Analytics Use Only**
Maxxam Analytics Lab Project No.

**Maxxam**
A Bureau Veritas Group Company

## Maxxam Analytics

**Detroit Lab**
22345 Roethel Drive
Novi, MI 48375
(800) 806-5887
(248) 344-2652
FAX (248) 344-2659

**Atlanta Lab**
3380 Chastain Meadows Pkwy., Suite 300
Kennesaw, GA 30144
(800) 252-9919
(770) 499-7500
FAX (770) 499-7511

**Chicago Lab**
95 Oakwood Road
Lake Zurich, IL 60047
(888) 576-7522
(847) 726-3320
FAX (847) 726-3323

### RUSH ANALYSIS
CONTACT LAB IN ADVANCE

Need Results by:
RUSH Charges Authorized? ☐ Yes ☐ No
(If yes, Initial here) ____
☐ Email
Results to

☐ Call for Credit Card Information ☐ Direct Bill

**Client Job No.** H05-0625

**REPORT RESULTS TO**
Name: E. Hagerty
Company: Sutilinde Consult.
Mailing Address: 1324 Old Middlefield Way
City, State, Zip: Mountain View, CA 94043 2503
Telephone No. 650-961-4820 FAX No.

**BILLING / INVOICE INFORMATION**
PO #
Name
Company
Address
City, State, Zip

Special instructions and/or specific regulatory requirements:
(method, limit of detection, etc.)
≤ 222

| CLIENT SAMPLE IDENTIFICATION | DATE SAMPLED | MINUTES SAMPLED | MATRIX/ MEDIA | AIR VOLUME (specify units) | ANALYSIS REQUESTED (Enter an 'X' in the box below to indicate request. Enter a 'P' if Preservative added.") | FOR LAB USE ONLY |
|---|---|---|---|---|---|---|
| 1650 | 10/24/17 | | Arletta/Dan/Furries ASTM std. E1792 | | | |
| 1651 | | | | | | |
| 1652 | | | | | | |
| 1653 | | | | | | |

√32
L38
V39
√40

40µl

### CHAIN OF CUSTODY

| | | | |
|---|---|---|---|
| Collected by: | (print) | | |
| Relinquished by: | Date/Time 10/24/17 | Received by: | Date/Time |
| Relinquished by: | Date/Time | Received by: | Date/Time |
| Method of Shipment: Fed Ex | | Received at Lab by: Joanne Smith | Date/Time 10/25/17 11:55 |
| Authorized by: | Date 10/24/17 | Sample Condition Upon Receipt: ☒ Acceptable ☐ Other (explain) | |

(Client Signature/NIST A/Company Request)

Collector's Signature:

Page 4 of 4

# Work Order Sample Summary

**Date:** *02-Nov-17*

**CLIENT:** **SAFE BRIDGE CONSULTANTS**

**Project:** **170503-0625**

**Work Order:** **17101899**

**Date Received:** **10/25/2017**

| Lab Sample ID | Client Sample ID | Tag Number | Collection Date |
|---|---|---|---|
| 17101899-001A | 1613 | | 10/23/2017 |
| 17101899-002A | 1614 | | 10/23/2017 |
| 17101899-003A | 1615 | | 10/23/2017 |
| 17101899-004A | 1616 | | 10/23/2017 |
| 17101899-005A | 1617 | | 10/23/2017 |
| 17101899-006A | 1618 BLANK | | 10/23/2017 |
| 17101899-007A | 1619 | | 10/23/2017 |
| 17101899-008A | 1620 | | 10/23/2017 |
| 17101899-009A | 1621 | | 10/23/2017 |
| 17101899-010A | 1622 | | 10/23/2017 |
| 17101899-011A | 1623 | | 10/23/2017 |
| 17101899-012A | 1624 BLANK | | 10/23/2017 |
| 17101899-013A | 1625 | | 10/23/2017 |
| 17101899-014A | 1626 | | 10/23/2017 |
| 17101899-015A | 1627 | | 10/23/2017 |
| 17101899-016A | 1628 | | 10/23/2017 |
| 17101899-017A | 1629 | | 10/23/2017 |
| 17101899-018A | 1630 BLANK | | 10/23/2017 |
| 17101899-019A | 1631 | | 10/23/2017 |
| 17101899-020A | 1632 | | 10/23/2017 |
| 17101899-021A | 1633 | | 10/23/2017 |
| 17101899-022A | 1634 BLANK | | 10/23/2017 |
| 17101899-023A | 1635 | | 10/23/2017 |
| 17101899-024A | 1636 | | 10/23/2017 |
| 17101899-025A | 1637 | | 10/23/2017 |
| 17101899-026A | 1638 | | 10/23/2017 |
| 17101899-027A | 1639 | | 10/23/2017 |
| 17101899-028A | 1640 | | 10/23/2017 |
| 17101899-029A | 1641 | | 10/23/2017 |
| 17101899-030A | 1643 | | 10/23/2017 |
| 17101899-031A | 1644 BLANK | | 10/23/2017 |
| 17101899-032A | 1645 | | 10/23/2017 |
| 17101899-033A | 1646 | | 10/23/2017 |
| 17101899-034A | 1647 | | 10/23/2017 |

# Work Order Sample Summary

**Date:** *02-Nov-17*

**CLIENT:**     **SAFE BRIDGE CONSULTANTS**

**Project:**     **170503-0625**

**Work Order:**     **17101899**

**Date Received:**     **10/25/2017**

| Lab Sample ID | Client Sample ID | Tag Number | Collection Date |
|---|---|---|---|
| 17101899-035A | 1648 | | 10/23/2017 |
| 17101899-036A | 1649 | | 10/23/2017 |
| 17101899-037A | 1650 | | 10/23/2017 |
| 17101899-038A | 1651 | | 10/23/2017 |
| 17101899-039A | 1652 | | 10/23/2017 |
| 17101899-040A | 1653 | | 10/23/2017 |



November 01, 2017

Ed Haggerty
**SAFE BRIDGE CONSULTANTS**
1924 Old Middlefield Way
Mountain View, CA  94043

Maxxam Analytics Work Order  17101944

Reference:  170503-0625

Dear Ed Haggerty:

Maxxam Analytics received 4 samples on October 26, 2017 for the analyses presented in the following report.

Enclosed is a copy of the Chain-of-Custody record, acknowledging receipt of these samples.  Please note that any unused portion of the samples will be discarded 30 days after the date of this report, unless you have requested otherwise.

This material is confidential and is intended solely for the person to whom it is addressed.  If this is received in error, please contact the number provided below.

We appreciate the opportunity to assist you.  If you have any questions concerning this report, please contact a Client Services Representative at (800) 806-5887.

Sincerely,

Daniel Elliott
Client Services Representative
Electronic signature authorized through password protection

**Maxxam Analytics**
22345 Roethel Drive
Novi, MI 48375

Toll Free: 800.806.5887
Lab Main: 248.344.2652
Fax: 248.344.2655
www.maxxamlabs.com

# CASE NARRATIVE

**Date:** *01-Nov-17*

| | |
|---|---|
| **CLIENT:** | SAFE BRIDGE CONSULTANTS |
| **Project:** | 170503-0625 |
| **Work Order No** | 17101944 |

The results of this report relate only to the samples listed in the body of this report.

Unless otherwise noted below, the following statements apply:  1) all samples were received in acceptable condition, 2) all quality control results associated with this sample set were within acceptable limits and/or do not adversely affect the reported results, and 3) the industrial hygiene results have not been blank corrected.

# ANALYTICAL RESULTS

**Date:** *01-Nov-17*

| | |
|---|---|
| **Client:** | **SAFE BRIDGE CONSULTANTS** |
| **Project:** | **170503-0625** |

**Work Order No: 17101944**

---

**Client ID:** 1655 1x1FT

**Lab ID:** 001A

**Matrix:** Wipe

**Date Sampled:** 10/25/2017

**DateReceived:** 10/26/2017

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 3,300 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

**Client ID:** 1656 BLANK

**Lab ID:** 002A

**Matrix:** Wipe

**Date Sampled:** 10/25/2017

**DateReceived:** 10/26/2017

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | <10 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

**Client ID:** 1657 1X1 FT

**Lab ID:** 003A

**Matrix:** Wipe

**Date Sampled:** 10/25/2017

**DateReceived:** 10/26/2017

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 6,000 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

**Client ID:** 1666 CHAIR

**Lab ID:** 004A

**Matrix:** Wipe

**Date Sampled:** 10/25/2017

**DateReceived:** 10/26/2017

**Air Vol.(L):** NA

| Analyte | Concentration (µg) | (mg/m³) | Reporting Limit (µg) | Test Method | Date Analyzed / Analyst |
|---|---|---|---|---|---|
| Cobalt | 2,700 | -- | 10 | OSHA ID-125G | 10/30/2017 DH |

---

Maxxam Analytics is accredited by the AIHA-LAP, LLC ELLAP program as laboratory number 100967. ELLAP meets the requirements of the National Lead Laboratory Accreditation Program (NLLAP), established under Title X of the Residential Lead-Based Paint Hazard Reduction Act of 1992 and includes paint, soil dust wipe analysis.

General Notes:
<: Less than the indicated reporting limit (RL).
--: Information not available or not applicable.

3 of 4

# Work Order Sample Summary

**Date:** *02-Nov-17*

**CLIENT:** **SAFE BRIDGE CONSULTANTS**

**Project:** **170503-0625**

**Work Order:** **17101944**

**Date Received:** **10/26/2017**

| Lab Sample ID | Client Sample ID | Tag Number | Collection Date |
|---|---|---|---|
| 17101944-001A | 1655 1x1FT | | 10/25/2017 |
| 17101944-002A | 1656 BLANK | | 10/25/2017 |
| 17101944-003A | 1657 1X1 FT | | 10/25/2017 |
| 17101944-004A | 1666 CHAIR | | 10/25/2017 |

# REQUEST FOR LABORATORY ANALYTICAL SERVICES

**Maxxam Analytics** (A Bureau Veritas Group Company)

**Detroit Lab**
22345 Roethel Drive
Novi, MI 48375
(800) 806-5887
(248) 344-2652
FAX (248) 344-2655

**Atlanta Lab**
3390 Chastain Meadows Pky., Suite 300
Kennesaw, GA 30144
(800) 252-9919
(770) 499-7500
FAX (770) 499-7511

**Chicago Lab**
95 Oakwood Road
Lake Zurich, IL 60047
(888) 576-7522
(847) 726-3320
FAX (847) 726-3323

For Maxxam Analytics Use Only
Maxxam Analytics Lab Project No. **17101944**

Name **EMassey**
Company **2nd Bridge Consultants**
Mailing Address **1924 Old Middlefield Way**
City, State, Zip **Mtn View CA 94043-2503**
Telephone No. **650-961-4920**   FAX No.

Client Job No. **70503-0625**   Dept.

□ PO #
□ Name
□ Company
□ Address
□ City, State, Zip

**RUSH ANALYSIS**
CONTACT LAB IN ADVANCE

Need Results by: ___/___/___
RUSH Charges Authorized?  □ Yes  □ No
(if yes, Initial here) _____
□ Email
  Results to _____

□ Call for Credit Card Information  □ Direct Bill

**Special instructions and/or specific regulatory requirements:**
(method, limit of detection, etc.)

P = Palintest Dust Wipe
B = Bootie / Shoe cover
All samples except 1665 (bootie in bag) in vials

**ANALYSIS REQUESTED**
(Enter an "X" in the box below to indicate request. Enter a "P" if Preservative added.*)

Please combine with samples received on 10/24
at it makes sense to

| CLIENT SAMPLE IDENTIFICATION | DATE SAMPLED | MINUTES SAMPLED | MATRIX/ MEDIA | AIR VOLUME (specify units) | | | | | FOR LAB USE ONLY |
|---|---|---|---|---|---|---|---|---|---|
| 1/ 1655 1X1 FT | 10/25/17 | | P | N/K | | | | | |
| 2/ 1656 Blank | | | P | | | | | | |
| 3/ 1657 1X1 FT | | | P | | | | | | |
| 4/3 1658 Blank | | | B | | | | | | |
| 5/ 1659 Left | | | B | | | | | | |
| 6/ 1660 Right | | | B | | | | | | |
| 7/ 1661 left | | | B | 404 | | | | | |
| 8/ 1663 left | | | B | | | | | | |
| 9/ 1665 right | | | B | 30 | | | | | |
| 10/ 1666 chair | | | P | | | | | | |

| | (print) | Date/Time | |
|---|---|---|---|
| Collected by: SJMassey | | | Collector's Signature: |
| Relinquished by: SJMassey | | 10/25/17 | Received by: |
| Relinquished by: | | Date/Time | Received by: |
| Method of Shipment: FedEx | | | Received at Lab by: _____ Date/Time 10/26/2017 @ 10:10 |
| Authorized by: SJMassey | Date 10/25/17 | | Sample Condition Upon Receipt:  □ Acceptable  □ Other (explain) |

CHAIN OF CUSTODY

(Client Signature MUST accompany Request)



November 10, 2017

Mr. Ed Haggerty
Safe Bridge Consultants
1924 Old Middlefield Way
Mountain View, CA 94043

Subject:   Determination of Cobalt on Shoe Covers
           Bureau Veritas Work Order No. 17102287

Dear Mr. Haggerty:

We are pleased to present our report on the determination of cobalt on used shoe covers.  Six shoe covers were submitted to us on October 26, 2017.

The shoe covers were leached in a diluted solution of nitric acid for 24 hours.  The leachate was analyzed for cobalt using inductively coupled argon plasma (ICP).  Results are reported in the table below as mass of cobalt per shoe cover.

| Sample Identification | Cobalt Concentration (µg/shoe cover) |
|---|---|
| 1658 Blank | <10 |
| 1659 Left | 25,000 |
| 1660 Right | 33,000 |
| 1661 Left | 14,000 |
| 1663 Left | 23,000 |
| 1665 Right | 21,000 |

It was a pleasure to be of assistance to you on this project. If you have any questions, please contact me at 248.344.3092 or susan.ferris@us.bureauveritas.com.

Sincerely,

Susan Ferris
Investigative Analytical Services

**Maxxam Analytics**

22345 Roethel Drive

Novi, MI 48375

Toll Free:  800.806.5887

Main:  248.344.2652

Fax:  248.344.2655

www.maxxamlabs.com





# Appendix B

Surface Contamination Clearance Levels

QUANTUM LABS DECONTAMINATION PROJECT-SAMPLING AND ANALYTICAL PLAN

**WTC, BNL and SEMI S12 Surface Contamination Clearance Levels**

| Substance | WTC Values | | 2011 BNL Values | | 2017 BNL Values | | OTM "IH" method | | SEMI S12 Values | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Screening Value ($\mu g/ft^2$) | Screening Value ($\mu g/100\ cm^2$) | Housekeep ($\mu g/100\ cm^2$) | Free Release ($\mu g/100\ cm^2$) | Housekeep ($\mu g/100\ cm^2$) | Free Release ($\mu g/100\ cm^2$) | TLV ($ug/m^3$) | Value ($\mu g/100\ cm^2$) | Oral ($\mu g/100\ cm^2$) | Dermal ($\mu g/100\ cm^2$) |
| Aluminum | 145,714 | 15,679 | NA | NA | NA | NA | 1000 | 10000 | 1666.7 | 11075.9 |
| Antimony | 58 | 6 | NA | NA | NA | NA | 500 | 5000 | 0.7 | 4.4 |
| Arsenic | 36 | 4 | 15 | 1 | 100 | 6.7 | 10 | 100 | 0.5 | 3.3 |
| Barium | 10,200 | 1,098 | NA | NA | NA | NA | 500 | 5000 | 116.7 | 775.3 |
| Beryllium | 291 | 31 | 3 | 0.2 | 3 | 0.2 | 0.05 | 0.5 | 3.3 | 22.2 |
| Cadmium | 145 | 16 | 3 | 0.2 | 50 | 3.3 | 10 | 100 | 1.7 | 11.1 |
| Chromium | 437 | 47 | 750 (Cr3) 7.5 (Cr6) | 50 (Cr 3) 0.5 (Cr6) | 50 (Cr6) | 3.3 (Cr6) | 500 (Cr) 5 (CrVI PEL) | 5000 50 | 5.0 | 33.2 |
| Cobalt | 2,914 | 314 | 30 | 2 | NA | NA | 20 | 200 | 33.3 | 221.5 |
| Copper | 5,829 | 627 | NA | NA | NA | NA | 1000 | 10000 | 66.7 | 443.0 |
| Iron | 87,429 | 9,407 | NA | NA | NA | NA | 1000 (salt) | 10 | 1000.0 | 6645.6 |
| Lead | 25 | 3 | 26.9 | 4.3 | 500 | 4.3 | 50 | 500 | NA | NA |
| Manganese | 2,914 | 314 | 300 | 20 | NA | NA | 100 | 1000 | 33.3 | 221.5 |
| Mercury | 15 | 2 | NA | NA | NA | NA | 100 | 1000 | 0.2 | 1.1 |
| Nickel | 2,914 | 314 | 1500 | 100 | NA | NA | 1500 | 15000 | 33.3 | 221.5 |
| Selenium | 729 | 78 | NA | NA | NA | NA | 200 | 2000 | 8.3 | 55.4 |
| Silver | 729 | 78 | 15 | 1 | NA | NA | 100 | 1000 | 8.3 | 55.4 |
| Thallium | 10 | 1 | NA | NA | NA | NA | 20 | 200 | 0.1 | 0.8 |
| Vanadium | 1,020 | 110 | NA | NA | NA | NA | 50 (VnO5) | 500 | 11.7 | 77.5 |
| Zinc | 43,714 | 4,704 | NA | NA | NA | NA | 500 (R) | 5000 | 500.0 | 3322.8 |
| **Other** | | | NA | NA | NA | NA | | | 0.0 | 0.0 |
| PAHs (total) | 13.5 | 1.45 | NA | NA | NA | NA | | | NA | NA |
| PCBs (total) | 1.5 | 0.16 | NA | NA | NA | NA | | | NA | NA |
| Dioxins | 0.00016 | 0.000017 | NA | NA | NA | NA | | | NA | NA |

**WTC Indoor Environment Assessment: Selecting Contaminants of Potential Concern and Setting Health-Based Benchmarks (5/1/2003)**
Table A-3. Settled Dust Screening Values and Supporting Toxicity Criteria (pg A-9)
Refer to Appendix D of document for derivation of screening values
http://www.epa.gov/wtc/reports/contaminants_of_concern_benchmark_study.pdf

*Prepared by:*
James Kapin
jim.kapin@tetratech.com

**2011 BNL Data from BNL IH75190 Surface Wipe Sampling Procedures, Table 3, 05/10/11**
BNL surface formula (in ug/100 cm2) = 1.5 x TLV/PEL, based on ratio of DOE Be surface to Be PEL
http://www.bnl.gov/esh/shsd/sop/pdf/ih_sops/ih75190.pdf

**OSHA technical manual (OTM) "housekeeping" guideline** based on OEL (PEL/TLV)
(8-hr TWA) = 0.01 mg/m3 (Arsenic TLV)    Maximum "allowable" dose = 0.01 mg/m$^3$ x 10 m$^3$/day = is 0.1 mg/day
Surface "housekeeping" standard = 0.1 mg/100 cm$^2$
Section2, Chapter 2, II (C) – Risk Assessment and III (A) Wipe Sampling (https://www.osha.gov/dts/osta/otm/otm_ii/otm_ii_2.html)
Also adopted by Brookhaven National Lab 2017 IH75190 guidance

**HBCL Method  SEMI S12-0298 (1998) EH&S Guideline for Manufacturing Equipment Decontamination,  R2-1, Method 1 (non carcinogen toxicity)**

SEMI Health-Based Clean-up Level (oral)=(RfDXBW)/(SAoxMFxCExAFoXEF)

SEMI Health-Based Clean-up Level (dermal)=(RfDxBWxED)/(SAdxCExAFdxEF)

| | **Description** | **Notes** | **Units** | **Default** | |
|---|---|---|---|---|---|
| RFd | EPA reference dose | varies by substance | mg/kg-day | 0.0003 | Arsenic |
| BW | Body Weight | EPA Exposure Factors Handbook (1989) | kg | 70 | |
| SAo | Surface Area, expsoed hands | EPA Exposure Factors Handbook (1989) | m2 | 0.084 | |
| MF | Fraction expossed area contacted by mouth | Risk assess asumption - conservative | aount/day | 0.5 | |
| CE | Skin Contact Efficiency | Risk assess asumption | none | 0.5 | |
| AFo | G-I absorption Factor | Risk assess asumption - conservative | none | 1 | |
| EF | Exposure factor | 12/24 hrs, 250/365 days, 40/70 yrs | none | 0.2 | |
| ED | Exposure Duration | Risk assess asumption | none | 0.5 | |
| SAd | Surface area, exposed hand, forearm, head | EPA Exposure Factors Handbook (1989) | m2 | 0.316 | |
| AFd | Dermal Absorption factor | Risk assess asumption - conservative | none | 0.01 | |

**Health-Based Clean-up Level (oral)=**  **Arsenic**

    (RfDXBW)/(SAoxMFxCExAFoXEF)  **0.50** $\mu$g/100 cm$^2$

                10x Safety Factor  **0.05** $\mu$g/100 cm$^2$

**Health-Based Clean-up Level (dermal)=**

    (RfDxBWxED)/(SAdxCExAFdxEF)  **33.23** $\mu$g/100 cm$^2$

                10x Safety Factor  **3.32** $\mu$g/100 cm$^2$





## Appendix C

**Professional Certifications**

QUANTUM LABS DECONTAMINATION PROJECT-SAMPLING AND ANALYTICAL PLAN

State of California
Division of Occupational Safety and Health
**Certified Asbestos Consultant**

Jorge Ignacio Vizcaino
Name

Certification No. __04-3554__

Expires on ____04/15/22__

This certification was issued by the Division of
Occupational Safety and Health as authorized
by Sections 7180 et seq. of the Business and
Professions Code.

# The Board for Global EHS Credentialing (BGC)

through its vested authority, hereby confirms that

## Jorge I. Vizcaino

has met all requirements of education, experience, and examination, and on-going maintenance set forth through the BGC's American Board of Industrial Hygiene®'s (ABIH®) credentialing division for re-certification in the Comprehensive Practice of Industrial Hygiene and is thereby conferred the credential of

## Certified Industrial Hygienist® (CIH®)

The aforenamed individual is given all rights, privileges, and responsibilities as both a diplomate of the BGC and holder of the CIH credential, provided that the credential is not suspended or revoked, and it is renewed annually. Moreover, the holder must meet all recertification requirements, including the obligation to practice ethically as prescribed by the BGC.





Credential Number:    9814 CP

Award Date:    October 4, 2010

Expiration Date:    June 1, 2026

Cynthia Hanko, CIH
Chair of the Board of Directors

Ulric K. Chung, MCS, PhD
Chief Executive Officer and Secretary

**From:**     recertinfo@ihmm.org
**To:**       Jorge Vizcaino
**Subject:**  Congratulations on Recertifying Your CHMM!
**Date:**     Thursday, November 5, 2020 10:38:14 AM

Dear  Vizcaino,

**Congratulations on successfully recertifying your CHMM credential!** Thank you for your continued effort in safety when working with hazardous materials. You are one of the many reasons why this world is a safer place to live. The amount of time you have taken to recertify has not gone unnoticed by the IHMM staff.

Your recertification application has been processed for the cycle ending 10/31/2021. Your new credential expiration date is 10/31/2026.

Please use this electronic copy of your **CHMM Letter of Compliance** as proof of credential and for any third-party verification needs until your presentation copies of your CHMM Letter of Compliance (proof of credential) and Certificate (suitable for display) arrive.

IHMM certifications are the standard of excellence in the hazardous materials industry. As an IHMM credential holder, you can:

- Validate your expertise in many areas
- Distinguish yourself in a competitive marketplace
- Increase your employment options
- Demonstrate ongoing competence
- Expand your professional network
- Benefit from public sector outreach
- Receive global recognition

You are now authorized to continue using your credential designation through the expiration date listed in your *My*IHMM account online and on your certificate as long as you adhere to the CHMM Code of Ethics, remain in good standing, and maintain all required fees.

Remember to regularly access your *My*IHMM account to monitor your certification and fee due dates, to maintain your record's accuracy and to keep abreast of certification news. As a Certificant you agree to the proper use of the logo and acronym designation, and to surrender the certificate in the event of withdrawal of certification by IHMM.

We appreciate your continued support of IHMM and your commitment to the professional excellence embodied in your credential.

Sincerely,



*Gene Guilford*
*Executive Director*



*Institute of Hazardous Materials Management*
*9210 Corporate Blvd., Suite 470 | Rockville, MD 20850*
*(301) 984-8969 | (301) 984-1516 fax*



California Department of
**PublicHealth**

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH

# LEAD-RELATED CONSTRUCTION CERTIFICATE

**INDIVIDUAL:**



**Jorge Vizcaíno**

**CERTIFICATE TYPE:**

Lead Inspector/Assessor

**NUMBER:**

LRC-0000I930

**EXPIRATION DATE:**

11/3/2022

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.

THE GREAT SEAL OF THE STATE OF CALIFORNIA



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Evaluation of Cobalt 59 Dust Exposures, Surface Contamination and Cobalt Decontamination Work Practices during interior Cobalt cleanup operations at Quantum Labs, San Jose, California

| Date Inspection Conducted: | 12/01/2021, 12/02/2021, and 12/04/2021 |
|---|---|
| Date of Report: | 12/10/2021 |
| Assignment: | Decontamination Oversight, Air Monitoring, and Surface Contamination Evaluation during Cobalt Decontamination activities at Quantum Labs |
| Address of Evaluation | QUANTUM LABS- 2108 Bering Dr., Suite B, San Jose, CA |
| Work Performed By: | Jorge Vizcaino, CIH 9814 |
| Aero-Environmental Project Name: | QUANTUM LABS-Cobalt Decontamination  Monitoring |

**QUANTUM LABS**
**2108 BERING DR. UNIT B**
**SAN JOSE, CA 95131**

## Highlights of this Cobalt 59 Decontamination Oversight and Monitoring Evaluation

**Evaluation of Cobalt 59 Dust Exposures, Surface Contamination, and Cobalt Decontamination Work Practices at Quantum Labs, San Jose, California.**
On December 1st, 2nd, and 4th, 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted cobalt decontamination oversight and monitoring activities at Quantum Labs.

### What Aero-Environmental Did

- We evaluated employee work practices.
- We collected personal and area air samples on two employees each day and two area (perimeter) air samples.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

- We collected baseline wipe samples of selected surfaces in the work areas as well as adjacent office/lab areas.
- We collected clearance wipe samples of the Warehouse Clean Room areas following decontamination of this area.
- We communicated with the Belfor Environmental project manager any issues of concern.

## What We Found

- Analytical results for the baseline wipe samples indicated detectable cobalt surface concentrations in all of the samples collected, with two wipe samples exceeding the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.
- Results from the perimeter area samples were all below the analytical detection limit and therefore did not indicate exposures to cobalt dust in excess of occupational criteria.
- Results from the personal air samples were both below the California Permissible Exposure Limit (PEL) of 0.02 mg/m$^3$.
- The cobalt decontamination work practices were adequate for this project, with the proper containment, critical barriers, HEPA vacuuming, wet methods, and proper waste disposal methods.
- All clearance wipe sample results were at or below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces.  Therefore this area can be set up by Belfor Environmental as their "Clean" Area or Support zone for decontamination purposes.

# Abbreviations

| | |
|---|---|
| cm$^2$ | Square centimeter |
| µg/100 cm$^2$ | Micrograms per 100 square centimeters |
| mg/m$^3$ | Milligrams per cubic meter |
| ABIH® | American Board of Industrial Hygienists |
| ACGIH® | American Conference of Governmental Industrial Hygienists |
| BNL | Brookhaven National Lab |
| CAL-OSHA | California Occupational Safety and Health Administration |
| CIH | Certified Industrial Hygienist |
| CFR | Code of Federal Regulations |
| CCR | California Code of Regulations |
| HEPA | High Efficiency Particulate Air |
| NIOSH | National Institute of Occupational Safety and Health |

**AERO-ENVIRONMENTAL**

**CONSULTING**

831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

| | |
|---|---|
| PPE | Personal Protective Equipment |
| OEL | Occupational Exposure Level |
| PBZ | Personal Breathing Zone |
| ppb | Parts per billion |
| ppm | Parts per million |
| PEL | Permissible exposure limit |
| PPE | Personal Protective Equipment |
| TWA | Time-weighted average |

# Table of Contents

Summary ................................................................................................................................ 3

Introduction .......................................................................................................................... 4

Methods ................................................................................................................................ 5

Evaluation Criteria ................................................................................................................ 6

Results ................................................................................................................................... 7

Conclusions ........................................................................................................................... 8

Availability of Report/Disclaimer ......................................................................................... 9

FIGURE 1 AND 2-FLOOR PLANS WITH WIPE SAMPLING LOCATIONS ..................................... 10

APPENDIX A-FIELD DOCUMENTATION ................................................................................. 11

APPENDIX B-Analytical Results ............................................................................................ 12

APPENDIX C-PHOTOGRAPHIC DOCUMENTATION ................................................................ 13

APPENDIX D-Professional Certifications .............................................................................. 19

# Summary

On December 1st, 2nd, and 4th 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted cobalt decontamination oversight and monitoring activities at Quantum Labs. Aero-Environmental conducted cobalt decontamination oversight and monitoring activities at Quantum Labs. Following an opening safety meeting and

AERO-ENVIRONMENTAL
CONSULTING

831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

walkthrough of the decontamination areas, the industrial hygiene professionals evaluated the cobalt decontamination containment system and cobalt decontamination work practices that were going to be followed. During these two days of cobalt decontamination, air monitoring was conducted for personal and perimeter airborne cobalt dust. The cobalt decontamination containment and work practices were also evaluated and found to be satisfactory. In addition, cobalt decontamination activities and work practices were discussed with the project lead supervisor, Greg Henke.

Two perimeter (area) air samples for cobalt dust and two personal air samples were collected. The location of the perimeter samples included the negative air exhaust and the Clean Room Test Lab, adjacent to Simon Planck's office. Personal sampling was conducted on 2 employees each day for their entire work shift.

In addition, a total of six (6) surface wipe samples were collected during this initial assessment to determine a baseline level of cobalt dust concentrations inside and outside the work areas. Two of these wipe samples exceeded the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.

Air sampling results indicated that exposures to cobalt dust were all below the California Permissible Exposure Limit (PEL) of 0.02 mg/m$^3$.

All clearance wipe sample results for the warehouse/clean room were at or below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces.


# Introduction

In October, 2021, Aero-Environmental received request from Quantum Labs to conduct cobalt decontamination oversight and monitoring activities at Quantum Labs in San Jose, California. The request was made to ensure that the appropriate cobalt decontamination work practices were being followed, and therefore not potentially exposing workers and personnel in this industrial building or adjacent offices to Cobalt 59 dust.

On December 1st, 2nd, and 4th 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted cobalt decontamination oversight and monitoring activities at Quantum Labs. Following an opening safety meeting and walkthrough of the decontamination areas, the industrial hygiene professionals evaluated the cobalt



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

decontamination containment system and decontamination work practices that were going to be followed. During these two days of cobalt abatement, air monitoring was conducted for personal and perimeter airborne cobalt dust. In addition, surface wipe samples were also collected of selected surfaces inside and outside the work areas.

## Methods

Belfor Environmental Scope of Work consists of the following:

- Set up critical barriers and containments to isolate work areas.
- Lab pack of loose chemicals.
- Removal of Select Exhaust Systems
- Removal of specified tools owned by Maxim.
- Removal of specified pipe runs
- Decontamination of Quantum tools
- Clean Facility of Cobalt 59 contamination.

Aero-Environmental Consulting conducted the following activities:

1) Collection of personal and area air samples on two employees each day and two area (perimeter) air samples.
2) Evaluation of cobalt abatement work practices and issued comments and recommendations.
3) Collection of baseline surface wipe samples during the 1st day of decontamination activities.
4) Collection of clearance wipe samples in the Warehouse/Clean Room Area following decontamination.

| TABLE 1-AIR/SURFACE SAMPLING METHODS | | |
|---|---|---|
| Substance | Reason for Sampling | Sampling Methods |
| Airborne Cobalt Dust | Possible Exposure during cobalt decontamination activities | NIOSH Method 7300 |
| Surface Cobalt Dust | Possible Exposure during cobalt decontamination activities | NIOSH Method 9102 |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Evaluation Criteria

As a guide to the evaluation of the hazards posed by workplace exposures, Aero-Environmental field staff employs environmental evaluation criteria for the assessment of a number of chemical and physical agents. These criteria are intended to suggest levels of exposure to which most workers may be exposed up to 8 hours per day, 40 hours per week for a working lifetime without experiencing adverse health effects. It is, however, important to note that not all workers will be protected from adverse health effects even though their exposures are maintained below these levels. A small percentage may experience adverse health effects because of individual susceptibility, a pre-existing medical condition, and/or hypersensitivity (allergy). In addition, some hazardous substances may act in combination with other workplace exposures, the general environment, or with medications or personal habits of the worker to produce health effects even if the occupational exposures are controlled at the level set by the criterion. These combined effects are often not considered in the evaluation criteria. Also, some substances are absorbed by direct contact with the skin and mucous membranes, and thus potentially increase the overall exposure. Finally, evaluation criteria may change over the years as new information on the toxic effects of an agent become available.

The primary sources of environmental evaluation criteria for the workplace are: (1) NIOSH Recommended Exposure Limits (RELs), (2) the American Conference of Governmental Industrial Hygienists' (ACGIH®) Threshold Limit Values (TLVs®) and (3) the Division of Industrial Relations, California Occupational Safety and Health Administration (Cal/OSHA) Permissible Exposure Limits (PELs). Employers are encouraged to follow the NIOSH RELs, the ACGIH TLVs, or the Cal/OSHA PELs, whichever are the more protective criteria.

Cal/OSHA requires an employer to furnish employees a place of employment that is free from recognized hazards that are causing or are likely to cause death or serious physical harm. Thus, employers should understand that not all hazardous chemicals have specific Cal/OSHA exposure limits such as PELs and short-term exposure limits (STELs). An employer is still required by Cal/OSHA to protect their employees from hazards, even in the absence of a specific OSHA PEL.

A time-weighted average (TWA) exposure refers to the average airborne concentration of a substance during a normal 8- to 10-hour workday. Some substances have recommended STEL or ceiling values which are intended to supplement the TWA where there are recognized toxic effects from higher exposures over the short-term.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Results

Results from the perimeter area samples were all below the analytical detection limit and therefore did not indicate exposures to cobalt dust in excess of occupational criteria.

Results from the personal air samples were both below the California Permissible Exposure Limit (PEL) of 0.02 mg/m$^3$.

Analytical results for the baseline wipe samples indicated detectable cobalt surface concentrations in all of the samples collected, with two wipe samples exceeding the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.

All clearance wipe sample results for the warehouse/clean room were at or below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces.

The cobalt decontamination work practices were adequate for this project, with the proper containment, critical barriers, HEPA vacuuming, wet methods, and proper waste disposal methods.

| TABLE 2-Summary of full-shift air sample results for airborne Cobalt and Surface Wipe Sample Results | | |
|---|---|---|
| Sample #/Date | Personal/Area | Concentration |
| 12121W1-Dec 1 | Warehouse Floor | 0.77 µg/100cm$^2$ |
| 12121W2-Dec 1 | Warehouse Hood Bench | 2.8 µg/100cm$^2$ |
| 12121W3-Dec 1 | Warehouse Floor | 0.27 µg/100cm$^2$ |
| 12121W4-Dec 1 | Clean Room Test Lab Floor | 0.13 µg/100cm$^2$ |
| 12121W5-Dec 1 | Bookshelf-Simon's Office | 3.2 µg/100cm$^2$ |
| 12121W6-Dec 1 | Stock Room | 0.15 µg/100cm$^2$ |
| 365-04-Nov 22 | Personal-Francisco Torres | <5.2 µg/m$^3$ |
| 12121A1-Dec 1 | Personal-Aaron Davis | 0.0016 mg/m$^3$ |
| 12121A2-Dec 1 | Personal-Nestor Escobar | 0.00018 mg/m$^3$ |
| 12121A3-Dec 1 | Area-Negative Air | <0.00031 mg/m$^3$ |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

| | Exhaust | |
|---|---|---|
| 12121A4-Dec 1 | Area-Clean Room Test Lab | <0.000057 mg/m$^3$ |
| 1221-A1-Dec 2 | Perimeter-Negative Air Exhaust | <0.34 mg/m$^3$ |
| 1221-A2-Dec 2 | Perimeter-Office | <0.37 mg/m$^3$ |
| 12221 A3-Dec 2 | Personal-Mario Garza | <0.45 mg/m$^3$ |
| 12221 A4-Dec 2 | Personal-Kristen Davis | <0.48 mg/m$^3$ |
| 12121FB-Dec 1 | Field Blank | NA |
| 12-4-W1-Dec 4 | Warehouse Floor | 0.52 µg/100cm$^2$ |
| 12-4-W2-Dec 4 | Warehouse Floor | 0.25 µg/100cm$^2$ |
| 12-4-W3-Dec 4 | Warehouse Floor | <0.075 µg/100cm$^2$ |
| 12-4-W4-Dec 4 | Horizontal Equipment Surface | 0.94 µg/100cm$^2$ |
| 12-4-W5-Dec 4 | Horizontal Hood Bench Surface | 1.2 µg/100cm$^2$ |
| 12-4-W6-Dec 4 | Horizontal Equipment Surface | 0.10 µg/100cm$^2$ |
| 12-4-W7-Dec 4 | Equipment Storage Barrel Lid | 2.0 µg/100cm$^2$ |
| 12-4-W8-Dec 4 | Vertical Door Frame | 0.17 µg/100cm$^2$ |
| 12-4-W9-Dec 4 | Equipment Cabinet Roof | 0.42 µg/100cm$^2$ |
| 12-4-W10-Dec 4 | Equipment Cabinet Roof | 0.53 µg/100cm$^2$ |
| 12-4-FB-Dec 4 | Field Blank | NA |

# Conclusions and Recommendations

This cobalt dust evaluation indicated that all air sampling results for airborne cobalt dust were below applicable occupational exposure criteria and did not indicate an airborne



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

hazard to the decontamination workers. The California PEL is 0.02 mg/m3 for airborne cobalt dust.

However, this dust evaluation did indicate widespread cobalt dust contamination in different surfaces inside and outside the work area, with BNL elevated levels inside Simon Planck's office. Therefore the entire office area, including Simon's office, Engineering Room, Lobby, Break Room, Restrooms, Clean Room Test Lab, Stock Room and Conference Room should be isolated as a decontamination zone. All carpeted office areas should have the carpet removed and discarded as hazardous waste as this material is extremely porous and is a potential source of cobalt contamination.

All clearance wipe sample results for the warehouse/clean room were at or below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces. Therefore this area can be set up as the Clean "Support" Zone for Belfor Environmental

This report serves as a weekly monitoring assessment report for this decontamination project at Quantum Labs.

# Availability of Report/Disclaimer

The recommendations in this report are made on the basis of the findings at the workplace evaluated and may not be applicable to other workplaces. This report was prepared by Jorge Vizcaino, CIH/CHMM with Aero-Environmental Consulting, INC. Analytical support was provided by AIHA Accredited Laboratory ALS Environmental in Salt Lake City, Utah.

Sincerely,
Aero-Environmental Consulting, INC


Jorge Vizcaino
Certified Industrial Hygienist No. 9814
Certified Hazardous Material Manager 19631



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# FIGURE 1 AND 2-FLOOR PLANS WITH WIPE SAMPLING LOCATIONS







831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX A-FIELD DOCUMENTATION

# AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank) | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12/1/21 | 12/1/21 A4 | 0. Eum McF | Area | | |

Wind Speed (mph):          Wind Direction:          Relative Humidity (%):          Ambient Temperature:          F

| Employee Name: | Area - Simons Office | ID: |
|---|---|---|
| Employee Job Class | | |
| Work Location | COMPLEX/BUILDING: Cleanroom Test Lab / Simons office | DEPT: UNIT/AREA: |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process Decontamination     Associated Materials (solvents, etc.) Cobalt

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.): Full Face, M Level C

Exposure Task Frequency (circle):  Daily  Weekly  Monthly  Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model: | Flow Rate | Units | Sample Start Time: 0852 |
|---|---|---|---|
| Sampling Pump Serial No.: | *Start: 3 | L/min | Sample End Time: 1007 |
| Calibration Method (Rotameter, Calibrator): Rotameter | *End: 3 | L/min | Duration: 435 minutes |
| Calibration Date: 12/1/21 | Ave.: 3 | L/min | Volume: 1,305 liters |

*Must be within 10% for sample to be valid

| Calibrator Mfg. & Model: | Calibrator Serial No.: | Annual Calibration Date: |
|---|---|---|

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.00023 mg/m3 | Area |

Analytical Method & Source:          Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

## AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model#<br>Media Type | Sample Type<br>(pers, area, blank) : | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12/1/21 | 12/1/21 A3 | 0.8 um<br>MCE | Area | | |

| Wind Speed (mph): | Wind Direction: | Relative Humidity (%): | Ambient Temperature: | F |
|---|---|---|---|---|

| Employee Name: | Area | | EID: | |
|---|---|---|---|---|
| Employee Job Class | | | DEPT: | Negative Air |
| Work Location | COMPLEX/BUILDING: 2708 Bldg A #8 | | UNIT/AREA: | Exhaust |

### WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process: Restoration   Associated Materials (solvents, etc.): Cobalt / Simple Green

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.): PAPR, Level C

Exposure Task Frequency (circle):  Daily   Weekly   Monthly   Other (Specify):

### CALIBRATION DATA

| Sampling Pump Mfg & Model<br>5 | Flow Rate | Units | Sample Start Time: 1353 |
|---|---|---|---|
| Sampling Pump Serial No.: L408126 | *Start: 5 | L/min | Sample End Time: 1553 |
| Calibration Method (Rotameter, Gilibrator): Rotameter | *End: 5 | L/min | Duration:          minutes |
| Calibration Date: 12-1-21 | Ave.: 5 | L/min | Volume 240          liters |
| | *Must be within 10% for sample to be valid | | |

| Calibrator Mfg. & Model: | Calibrator Serial No.: | Annual Calibration Date: |
|---|---|---|

### ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.00003 mg/m³ | Area Sample |

Analytical Method & Source:                    Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

## AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank) | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12/1/21 | 1212 A2 | 0.8 um MCE | Pers | | |

Wind Speed (mph):        Wind Direction:        Relative Humidity (%):        Ambient Temperature:        F

| Employee Name: | Nestor Escobar | EID: | |
|---|---|---|---|
| Employee Job Class | Decon Tech | DEPT: | |
| Work Location | COMPLEX/BUILDING: 1100 Benny Dr #D | UNIT/AREA: Fab/Lab Area |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process Decon        Associated Materials (solvents, etc.) Cobalt, Simple Green

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.): PAPR, Tyvek, gloves, boots

Exposure Task Frequency (circle):  Daily  Weekly  Monthly  Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model: L | Flow Rate | Units | Sample Start Time: 0833 /320 |
|---|---|---|---|
| Sampling Pump Serial No.: | *Start: 3 | L/min | Sample End Time: 1130 /1546 |
| Calibration Method (Rotameter, Gilibrator): Rotameter | *End: 3 | L/min | Duration: 5hr     minutes 23 |
| Calibration Date: 12/1/21 | Ave.: 3 | L/min | Volume: 969 liters |

*Must be within 10% for sample to be valid

| Calibrator Mfg. & Model: | Calibrator Serial No.: | Annual Calibration Date: |
|---|---|---|

257
226
5-23

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | 0.0018 mg/m³ | PEL 0.02 mg/m³ |

Analytical Method & Source:        Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

# AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model#<br>Media Type | Sample Type<br>(pers, area, blank): | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12/1/21 | 12/21 A 1 | 0.8 MCE | Pers | | |

Wind Speed (mph):          Wind Direction:          Relative Humidity (%):          Ambient Temperature:          F

| Employee Name: | Aaron Davis | | EID: | |
|---|---|---|---|---|
| Employee Job Class | Decon technician | | DEPT: | |
| Work Location | COMPLEX/BUILDING: 2106 Bering Dr #D | | UNIT/AREA: | Fab Lab Area |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process Decon _____ Associated Materials (solvents, etc.) Cobalt Caple Green

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.): PAPR, Tyvek, gloves, bots

Exposure Task Frequency (circle):  Daily  Weekly  Monthly  Other (Specify)

## CALIBRATION DATA

| Sampling Pump Mfg & Model:<br>2 | | Flow Rate | Units | Sample Start Time:<br>0828 1318 | 3 hr 1 |
|---|---|---|---|---|---|
| Sampling Pump Serial No.: | | *Start: 3 L/min | | Sample End Time:<br>1129    1550 | 2hr 32 |
| Calibration Method (Rotameter, Gilibrator): | | *End: 3 L/min | | Duration: 5 hr    33 mn | minutes |
| Calibration Date: Gilibrator<br>12/1/21 | | Ave.: 3 L/min | | Volume: 999 L/min | liters |
| Calibrator Mfg. & Model: | | *Must be within 10% for sample to be valid | | | |
| | | Calibrator Serial No.: | | Annual Calibration Date: | |

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | 0.006 mg/m³ | PEL, cal/osha<br>20 ug/m³ |

Analytical Method & Source:                    Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|
| | | | | | |

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

## AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model#/Media Type | Sample Type (pers, area, blank): | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12-2-2021 | 12221-A1 | | PERIMETER AREA | | |

Wind Speed (mph):          Wind Direction:          Relative Humidity (%):          Ambient Temperature:          F

| Employee Name: | | |
|---|---|---|
| Employee Job Class | | EID: |
| Work Location | COMPLEX/BUILDING: 2108 BERING DR. SAN JOSE, CA. UNIT/AREA: | DEPT: AT NEG. AIR EXHAUST |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process_____ Associated Materials (solvents, etc.)_____

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood#_____

PPE Used (Respirator type, suit, gloves, boots, etc.):

Exposure Task Frequency (circle):   Daily   Weekly   Monthly   Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model: | | Flow Rate | Units | Sample Start Time: 8AM |
|---|---|---|---|---|
| Sampling Pump Serial No.: | | *Start: 3.06L | | Sample End Time: |
| Calibration Method (Rotameter, Gilibrator): Rotameter | | *End: 3.06L | | Duration: 483 minutes |
| Calibration Date: 12-2-21 | | Ave: 3.06L | | Volume: 1,477.98 liters |
| | | *Must be within 10% for sample to be valid | | |
| Calibrator Mfg & Model: | | Calibrator Serial No.: | | Annual Calibration Date: |

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.34 mg/m³ | |

Analytical Method & Source:                    Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|
| | | | | | |

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

# AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model#<br>Media Type | Sample Type<br>(pers, area, blank): | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12-2-21 | 12221 - A2 | | PERIMETER<br>AREA | | |

Wind Speed (mph): O     Wind Direction:     Relative Humidity (%):     Ambient Temperature:     F

| Employee Name: | | EID: |
|---|---|---|
| Employee Job Class | | DEPT: |
| Work Location | COMPLEX/BUILDING: 2108 BERING DR. SAN JOSE, CA.   UNIT/AREA: OFFICE | |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process_____ Associated Materials (solvents, etc.)_____

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood#_____

PPE Used (Respirator type, suit, gloves, boots, etc.):

Exposure Task Frequency (circle):   Daily   Weekly   Monthly   Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model: | | Flow Rate | Units | Sample Start Time:<br>8:10 AM |
|---|---|---|---|---|
| Sampling Pump Serial No.: | | *Start:<br>3.06L | | Sample End Time:<br>3:31 PM |
| Calibration Method (Rotameter, Gilibrator):<br>Rotameter | | *End:<br>3.06L | | Duration: 441 minutes |
| Calibration Date:<br>12-7-21 | | Ave.:<br>3.06L | | Volume: 1,349.46 liters |

*Must be within 10% for sample to be valid

| Calibrator Mfg. & Model: | Calibrator Serial No.: | Annual Calibration Date: |
|---|---|---|

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.037 mg/m3 | |

Analytical Method & Source:                     Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

# AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model#<br>Media Type | Sample Type<br>(pers, area, blank) : | Media ID: | Media Lot<br># |
|---|---|---|---|---|---|
| 12-2-21 | 12221-A3 | 37MM /0.8μM<br>MCE | PERSONAL | | |

Wind Speed (mph): OMPH CALM   Wind Direction:   Relative Humidity (%):   Ambient Temperature: ___ F

| Employee Name: | MARIO GARZA | | EID: |
|---|---|---|---|
| Employee Job Class | | | DEPT: |
| Work Location | COMPLEX/BUILDING: 2108 BERING DR. SANJOSE, CA | UNIT/AREA: QUANTUM LABS | |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process CLEANING LAB TOOLS Associated Materials (solvents, etc.) SIMPLE GREEN & WATER

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.):

PAPR, CHEM SUIT, RUBBER GLOVES & WORK BOOTS

Exposure Task Frequency (circle): (Daily) Weekly Monthly Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model:<br>GILIAN BDXII | Flow Rate | Units | Sample Start Time:<br>7:38AM |
|---|---|---|---|
| Sampling Pump Serial No.:<br>20150607047 | *Start:<br>3.06L | | Sample End Time:<br>4:05 PM |
| Calibration Method (Rotameter, Gilibrator):<br>Rotameter | *End:<br>3.06L | | Duration: 366 minutes |
| Calibration Date:<br>12-2-21 | Ave.:<br>3.06L | | Volume: 1,119.96L |
| | *Must be within 10% for sample to be valid | | |
| Calibrator Mfg. & Model: | Calibrator Serial No.: | | Annual Calibration Date: |

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.45 mg/m3 | PEL<br>0.02 mg/m3 |

Analytical Method & Source:                    Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|
| | | | | | |

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

# AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank) | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12-2-21 | 12221-A4 | 37mm/0.8µM MCE | PERSONAL | | |

Wind Speed (mph): 0MPH CALM     Wind Direction:     Relative Humidity (%):     Ambient Temperature:     F

| Employee Name: | KRISTEN DAVIS | | EID: |
|---|---|---|---|
| Employee Job Class | | | DEPT: |
| Work Location | COMPLEX/BUILDING: 2108 BERING DR. SAN JOSE, CA | UNIT/AREA: QUANTUM LABS |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process CLEANG LAB TOOLS     Associated Materials (solvents, etc.) SIMPLE GREEN & WATER

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.):

PAPR, CHEM. SUIT, RUBBER GLOVES & WORK BOOTS

Exposure Task Frequency (circle): Daily Weekly Monthly Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model: GILIAN BDX II | Flow Rate | Units | Sample Start Time: 8:03 AM |
|---|---|---|---|
| Sampling Pump Serial No.: 20120202024 | *Start: 3.06L | | Sample End Time: 4:07 PM |
| Calibration Method (Rotameter, Gilibrator): Rotameter | *End: 3.06L | | Duration: 340 minutes |
| Calibration Date: 12-2-1 | Ave.: 3.06L | | Volume: 1,040.4 liters |

*Must be within 10% for sample to be valid

| Calibrator Mfg. & Model: | Calibrator Serial No.: | Annual Calibration Date: |
|---|---|---|

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.48mg/m³ | PEL 0.02mg/m³ |

Analytical Method & Source:     Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

# AERO ENVIRONMENTAL CONSULTING, INC
# DAILY OBSERVATION LOG

| Client: | Project |
| Contractor: | Location: 2108 Bering Dr. in San Jose, Ca | Date: 12/2/21 |
| AEC Project: | |
| AEC Rep.: David Kummer | Work Area: | Page 1 of 2 |

## SCHEDULE

Estimated % complete _____ Plus _____ (days/weeks)  Minus _____ (days/weeks)

## NOTICES ISSUED (check each)

____ Pre-Abatement Visual ___pass ___fail          ____ Pre-Clearance Visual ___pass ___fail
____ Pre-Encapsulation Visual ___pass ___fail       ____ Pre-Clearance Monitoring ___pass ___fail

## TESTING

| TYPE LEGEND: | | TYPE | NO. | F/CC | % |
|---|---|---|---|---|---|
| 1) Survey | 2) 7) Clearance / outside | | | | |
| Outside /Ambient 3) | 8) Clearance retest / in 9) | | | | |
| Baseline / Bkgd. 4) | Clearance retest / out 10) | | | | |
| Work Area / inside 5) | Personal sample 11) | | | | |
| Work Area / outside 6) | Blank 12) | | | | |
| Clearance / inside | | | | | |

## OBSERVATION CHECKLIST

| WORK ITEMS | PASS | FAIL | N/A CORR | WORK ITEMS | PASS | FAIL | N/A CORR |
|---|---|---|---|---|---|---|---|
| If initialed-explain on pg 2 | | | | If initialed-explain on pg 2 | | | |
| Barriers/Isolation/Containment | | | | Emergency lights-Temp. power | | | |
| Decontamination system | | | | Worker Protection | | | |
| Power Shut Down-Locked out | | | | Proper Procedures | | | |
| HVAC shut down-sealed | | | | Waste-packaging/labeling/stor | | | |
| Adequate negative pressure | | | | Product equip. verification | | | |
| Proper sinage posted | | | | Product storage contitions | | | |
| Emergency exits clear | | | | Replacement materials installed | | | |
| Fire Extinguishers | | | | Air Monitoring | | | |
| Work Area Cleanliness | | | | Other | | | |
| Work practices | | | | | | | |

## OBSERVATION LOG NOTES

Thursday, December 2, 2021. Location 2108 Bering Dr. in San Jose, California. Start time 7 AM. Belfore has a crew of blank workers with Johnny Lubuw as lead man and Greg Henke as foreman. Belfore starts by having a safety meeting and go over the scope of the day. During cleaning AERO Environmental will set up personal air samples on two workers and also set up two perimeter air samples one is located at the exhaust of the negative air machines and the other one is in the big office in Suite B. The Belfore cleaning crew is using chemical resistant suit, PAPR's, work boots, and rubber gloves. First the crew will HEPA vacuum an area and then wet wipe it with simple green and water. Approximately 10:30 AM Belfore crew breaks for lunch. Approximately 12 PM crew returns from lunch and goes back to work. 12:15 PM crew removes some ducting from the building and loads it in 20 yard container. 2 PM Belfore crew comes out for a break. 2:30 PM crew is getting suited up to go back inside. Spoke with Jonny he said that they have finished cleaning the polisher and lapper equipment in the warehouse area. All day there has been no wind, weather

**DAILY OBSERVATION LOG**

| Client: | Project | |
|---|---|---|
| Contractor: | Location: | Date: |
| AEC Project: | | |
| AEC Rep.: | Work Area: | Page_____ of_____ |

**OBSERVATION LOG NOTES cont'd.**

conditions are calm. Approximately 4 PM the crew comes out of containment area and will secure job site before leaving. At this time AERO environmental will collect personal air samples and leave site at approximately 430 p.m.

| NAME (PRINT): David Kummer | SIGNATURE: *David Kummer* |
|---|---|
| TITLE: CSST | DATE: 11/22/2021 |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX B-Analytical Results



# ANALYTICAL REPORT
## Amended-20211207

Report Date: December 07, 2021

Jorge Vizcaino
Aero-Environmental Consulting
1426 Via Isola
Monterey, CA   93940

Phone: (831)  277-5831

E-mail: jorge@aero-enviro.com

Workorder: **34-2133803**
Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

Sample ID: **12121W1-Warehouse Floor**   Collected: 12/01/2021
Lab ID: 2133803001     Sampling Location: Warehouse Floor     Received: 12/02/2021

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/03/2021 (287995) **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | **0.77** | **0.77** | 0.075 |

Sample ID: **12121W2-Warehouse Elevated Horizontal Surface**   Collected: 12/01/2021
Lab ID: 2133803002     Received: 12/02/2021

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/03/2021 (287995) **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | **2.8** | **2.8** | 0.075 |

Sample ID: **12121W3-Warehouse Floor**   Collected: 12/01/2021
Lab ID: 2133803003     Sampling Location: 2108 Bering Dr #B     Received: 12/02/2021

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/03/2021 (287995) **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | **0.27** | **0.27** | 0.075 |

ADDRESS 960 West LeVoy Drive, Salt Lake City, Utah, 84123 USA | PHONE +1 801 266 7700 | FAX +1 801 268 9992 | WEB http://www.alsglobal.com/slt
ALS GROUP USA, CORP.   An ALS Limited Company

**Environmental**   **www.alsglobal.com**
RIGHT SOLUTIONS RIGHT PARTNER



# ANALYTICAL REPORT
## Amended-20211207

Workorder: **34-2133803**
Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

**Sample ID: 12121W4-Clean Room Test Lab Floor**    Collected: 12/01/2021

| Lab ID: 2133803004 | Sampling Location: 2108 Bering Dr #B | Received: 12/02/2021 |
|---|---|---|
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/03/2021 (287995) **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.13 | 0.13 | 0.075 |

**Sample ID: 12121W5-Book Shelf-Simon's Office**    Collected: 12/01/2021

| Lab ID: 2133803005 | Sampling Location: 2108 Bering Dr #B | Received: 12/02/2021 |
|---|---|---|
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/03/2021 (287995) **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 3.2 | 3.2 | 0.075 |

**Sample ID: 12121W6-Stock Room**    Collected: 12/01/2021

| Lab ID: 2133803006 | Sampling Location: 2108 Bering Dr #B | Received: 12/02/2021 |
|---|---|---|
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/03/2021 (287995) **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.15 | 0.15 | 0.075 |

**Sample ID: 12121A1**    Collected: 12/01/2021

| Lab ID: 2133803007 | Sampling Location: 2108 Bering Dr #B | Received: 12/02/2021 |
|---|---|---|
| **Method: NIOSH 7300 Mod., MCE** | **Media:** MCE Filter | **Instrument:** ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Air Volume 999 L | **Prepared:** 12/03/2021 (287996) **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 1.6 | 0.0016 | 0.075 |



# ANALYTICAL REPORT
## Amended-20211207

Workorder: **34-2133803**
Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12121A2** | | | | Collected: 12/01/2021 |
|---|---|---|---|---|
| Lab ID: 2133803008 | | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| Method: **NIOSH 7300 Mod., MCE** | Media: MCE Filter | Instrument: ICP12 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Air Volume 969 L | Prepared: 12/03/2021 (287996) |
| | | Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | **0.17** | **0.00018** | 0.075 |

| Sample ID: **12121A3** | | | | Collected: 12/01/2021 |
|---|---|---|---|---|
| Lab ID: 2133803009 | | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| Method: **NIOSH 7300 Mod., MCE** | Media: MCE Filter | Instrument: ICP12 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Air Volume 240 L | Prepared: 12/03/2021 (287996) |
| | | Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.00031 | 0.075 |

| Sample ID: **12121A4** | | | | Collected: 12/01/2021 |
|---|---|---|---|---|
| Lab ID: 2133803010 | | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| Method: **NIOSH 7300 Mod., MCE** | Media: MCE Filter | Instrument: ICP12 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Air Volume 1305 L | Prepared: 12/03/2021 (287996) |
| | | Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.000057 | 0.075 |

| Sample ID: **12121FB** | | | | Collected: 12/01/2021 |
|---|---|---|---|---|
| Lab ID: 2133803011 | | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| Method: **NIOSH 7300 Mod., MCE** | Media: MCE Filter | Instrument: ICP12 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Air Volume Not Applicable | Prepared: 12/03/2021 (287996) |
| | | Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | NA | 0.075 |

## Comments

| Workorder: 2133803 |
|---|

Amended(12/07/2021): Update Sample IDs with locations

## Report Authorization  (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
|---|---|---|
| **NIOSH 7300 Mod., MCE (288071)** | /S/ Rex Bagley | /S/ Kristie F. Bitner |
| | 12/06/2021 13:44 | 12/06/2021 14:49 |



# ANALYTICAL REPORT
## Amended-20211207

Workorder: **34-2133803**

Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Report Authorization  (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
|---|---|---|
| **NIOSH 9102 Mod, Ghost Wipe (288071)** | /S/ Rex Bagley<br>12/06/2021 13:44 | /S/ Kristie F. Bitner<br>12/06/2021 14:49 |

## Laboratory Contact Information

ALS Environmental
960 W Levoy Drive
Salt Lake City, Utah 84123

Phone: (801) 266-7700
Email: alslt.lab@ALSGlobal.com
Web: www.alsslc.com

## General Lab Comments

The results provided in this report relate only to the items tested.
Samples were received in acceptable condition unless otherwise noted.
The following was provided by the client: Sample ID, Collection Date, Sampling Location, Media Type, Sampling Parameter.
Collection Date, Media Type, and Sampling Parameter can potentially affect the validity of the results.
Samples have not been blank corrected unless otherwise noted.
This test report shall not be reproduced, except in full, without written approval of ALS.

ALS provides professional analytical services for all samples submitted. ALS is not in a position to interpret the data and assumes no responsibility for the quality of the samples submitted.

All quality control samples processed with the samples in this report yielded acceptable results unless otherwise noted.

ALS is accredited for specific fields of testing (scopes) in the following testing sectors. The quality system implemented at ALS conforms to accreditation requirements and is applied to all analytical testing performed by ALS. The following table lists testing sector, accreditation body, accreditation number and website. Please contact these accrediting bodies or your ALS project manager for the current scope of accreditation that applies to your analytical testing.

| Testing Sector | Accreditation Body (Standard) | Certificate Number | Website |
|---|---|---|---|
| Environmental | PJLA (DoD ELAP) | L20-57 | http://www.pjlabs.com |
| | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |
| Industrial Hygiene | AIHA (ISO 17025 & AIHA IHLAP) | 101574 | http://www.aihaaccreditedlabs.org |
| | DOECAP-AP | L20-59 | http://www.pjlabs.com |
| | Washington | C596 | https://ecology.wa.gov/Regulations-Permits/Permits-certifications/Laboratory-Accreditation |
| Dietary Supplements | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |

## Definitions

LOD = Limit of Detection = MDL = Method Detection Limit, A statistical estimate of method/media/instrument sensitivity.
LOQ = Limit of Quantitation = RL = Reporting Limit, A verified value of method/media/instrument sensitivity.
ND = Not Detected, Testing result not detected above the LOD or LOQ.
NA = Not Applicable.
** No result could be reported, see sample comments for details.
< Means this testing result is less than the numerical value.
( ) This testing result is between the LOD and LOQ and has higher analytical uncertainty than values at or above the LOQ.

# ANALYTICAL REPORT

Report Date: December 07, 2021

Jorge Vizcaino
Aero-Environmental Consulting
1426 Via Isola
Monterey, CA   93940

Phone: (831)  277-5831

E-mail: jorge@aero-enviro.com

Workorder: **34-2134131**
Client Project ID: 2108 Bering Dr Ste B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

**Sample ID: 12-4-W1**
Lab ID: 2134131001 — Sampling Location: 2108 Bering Dr Ste B — Collected: 12/04/2021 — Received: 12/07/2021
**Method: NIOSH 9102 Mod, Ghost Wipe** — Media: Ghost Wipe — Instrument: ICP13
**Dilution: 1** — Sampling Parameter: Area 100 cm² — Prepared: 12/07/2021 (288132) — Analyzed: 12/07/2021 (288145)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.52 | 0.52 | 0.075 |

**Sample ID: 12-4-W2**
Lab ID: 2134131002 — Sampling Location: 2108 Bering Dr Ste B — Collected: 12/04/2021 — Received: 12/07/2021
**Method: NIOSH 9102 Mod, Ghost Wipe** — Media: Ghost Wipe — Instrument: ICP13
**Dilution: 1** — Sampling Parameter: Area 100 cm² — Prepared: 12/07/2021 (288132) — Analyzed: 12/07/2021 (288145)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.25 | 0.25 | 0.075 |

**Sample ID: 12-4-W3**
Lab ID: 2134131003 — Sampling Location: 2108 Bering Dr Ste B — Collected: 12/04/2021 — Received: 12/07/2021
**Method: NIOSH 9102 Mod, Ghost Wipe** — Media: Ghost Wipe — Instrument: ICP13
**Dilution: 1** — Sampling Parameter: Area 100 cm² — Prepared: 12/07/2021 (288132) — Analyzed: 12/07/2021 (288145)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134131**

Client Project ID: 2108 Bering Dr Ste B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-4-W4** | | | Collected: 12/04/2021 |
|---|---|---|---|
| Lab ID: 2134131004 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/07/2021 (288132) Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.94 | 0.94 | 0.075 |

| Sample ID: **12-4-W5** | | | Collected: 12/04/2021 |
|---|---|---|---|
| Lab ID: 2134131005 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/07/2021 (288132) Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 1.2 | 1.2 | 0.075 |

| Sample ID: **12-4-W6** | | | Collected: 12/04/2021 |
|---|---|---|---|
| Lab ID: 2134131006 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/07/2021 (288132) Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.10 | 0.10 | 0.075 |

| Sample ID: **12-4-W7** | | | Collected: 12/04/2021 |
|---|---|---|---|
| Lab ID: 2134131007 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/07/2021 (288132) Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 2.0 | 2.0 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134131**

Client Project ID: 2108 Bering Dr Ste B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-4-W8** | | | Collected: 12/04/2021 |
| Lab ID: 2134131008 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| **Method:** NIOSH 9102 Mod, Ghost Wipe | **Media:** Ghost Wipe | | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | | **Prepared:** 12/07/2021 (288132) **Analyzed:** 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.17 | 0.17 | 0.075 |

| Sample ID: **12-4-W9** | | | Collected: 12/04/2021 |
| Lab ID: 2134131009 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| **Method:** NIOSH 9102 Mod, Ghost Wipe | **Media:** Ghost Wipe | | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | | **Prepared:** 12/07/2021 (288132) **Analyzed:** 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.42 | 0.42 | 0.075 |

| Sample ID: **12-4-W10** | | | Collected: 12/04/2021 |
| Lab ID: 2134131010 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| **Method:** NIOSH 9102 Mod, Ghost Wipe | **Media:** Ghost Wipe | | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | | **Prepared:** 12/07/2021 (288132) **Analyzed:** 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.53 | 0.53 | 0.075 |

| Sample ID: **12-4-FB** | | | Collected: 12/04/2021 |
| Lab ID: 2134131011 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| **Method:** NIOSH 9102 Mod, Ghost Wipe | **Media:** Ghost Wipe | | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area Not Applicable | | **Prepared:** 12/07/2021 (288132) **Analyzed:** 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | NA | 0.075 |

## Report Authorization  (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
|---|---|---|
| **NIOSH 9102 Mod, Ghost Wipe (288145)** | /S/ Peter P. Steen 12/07/2021 14:27 | /S/ Kristie F. Bitner 12/07/2021 15:08 |



# ANALYTICAL REPORT

Workorder: **34-2134131**
Client Project ID: 2108 Bering Dr Ste B
Purchase Order: NA
Project Manager: Stella Hanis

## Laboratory Contact Information

ALS Environmental                                  Phone: (801) 266-7700
960 W Levoy Drive                                  Email: alslt.lab@ALSGlobal.com
Salt Lake City, Utah 84123                         Web: www.alsslc.com

## General Lab Comments

The results provided in this report relate only to the items tested.
Samples were received in acceptable condition unless otherwise noted.
The following was provided by the client: Sample ID, Collection Date, Sampling Location, Media Type, Sampling Parameter.
Collection Date, Media Type, and Sampling Parameter can potentially affect the validity of the results.
Samples have not been blank corrected unless otherwise noted.
This test report shall not be reproduced, except in full, without written approval of ALS.

ALS provides professional analytical services for all samples submitted. ALS is not in a position to interpret the data and assumes no responsibility for the quality of the samples submitted.

All quality control samples processed with the samples in this report yielded acceptable results unless otherwise noted.

ALS is accredited for specific fields of testing (scopes) in the following testing sectors. The quality system implemented at ALS conforms to accreditation requirements and is applied to all analytical testing performed by ALS. The following table lists testing sector, accreditation body, accreditation number and website. Please contact these accrediting bodies or your ALS project manager for the current scope of accreditation that applies to your analytical testing.

| Testing Sector | Accreditation Body (Standard) | Certificate Number | Website |
|---|---|---|---|
| Environmental | PJLA (DoD ELAP) | L20-57 | http://www.pjlabs.com |
| | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |
| Industrial Hygiene | AIHA (ISO 17025 & AIHA IHLAP) | 101574 | http://www.aihaaccreditedlabs.org |
| | DOECAP-AP | L20-59 | http://www.pjlabs.com |
| | Washington | C596 | https://ecology.wa.gov/Regulations-Permits/Permits-certifications/Laboratory-Accreditation |
| Dietary Supplements | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |

## Definitions

LOD = Limit of Detection = MDL = Method Detection Limit, A statistical estimate of method/media/instrument sensitivity.
LOQ = Limit of Quantitation = RL = Reporting Limit, A verified value of method/media/instrument sensitivity.
ND = Not Detected, Testing result not detected above the LOD or LOQ.
NA = Not Applicable.
** No result could be reported, see sample comments for details.
< Means this testing result is less than the numerical value.
( ) This testing result is between the LOD and LOQ and has higher analytical uncertainty than values at or above the LOQ.

**LA Testing**
5431 Industrial Drive, Huntington Beach, CA 92649
Phone: (714) 828-4999    Fax: (714) 828-4944    Email: gardengrovelab@latesting.com

Attn: **Jorge Vizcaino**                                                                   12/8/2021
**Aero-Environmental Consulting, Inc.**
**1426 Via Isola**
**Monterey, CA 93940**

 Phone: (831) 394-1199
 Fax:

The following analytical report covers the analysis performed on samples submitted to LA Testing on 12/6/2021. The results are tabulated on the attached data pages for the following client designated project:

**Quantum Labs**

The reference number for these samples is EMSL Order #332129185.  Please use this reference when calling about these samples.  If you have any questions, please do not hesitate to contact me at (714) 828-4999.

Approved By:

*Michael Chapman*

Michael Chapman, Laboratory Manager

The samples associated with this report were received in good condition unless otherwise noted. This report relates only to those items tested as received by the laboratory. The QC data associated with the sample results meet the recovery and precision requirements unless specifically indicated. The final results are not blank corrected unless specifically indicated. The laboratory is not responsible for final results calculated using air volumes that have been provided by non-laboratory personnel. This report may not be reproduced except in full and without written approval by EMSL Analytical, Inc.

# LA Testing

**5431 Industrial Drive, Huntington Beach, CA 92649**
Phone/Fax: (714) 828-4999 / (714) 828-4944
http://www.LATesting.com          gardengrovelab@latesting.com

| | |
|---|---|
| LA Testing Order: | 332129185 |
| CustomerID: | 32AECO77 |
| CustomerPO: | |
| ProjectID: | |

Attn: **Jorge Vizcaino**
**Aero-Environmental Consulting, Inc.**
**1426 Via Isola**
**Monterey, CA 93940**

| | |
|---|---|
| Phone: | (831) 394-1199 |
| Fax: | |
| Received: | 12/6/2021 11:20 AM |
| Collected: | 12/2/2021 |

Project:  **Quantum Labs**

## Analytical Results

| Client Sample Description | 12221-A1 | | Collected: | 12/2/2021 | Lab ID: | 332129185-0001 |
|---|---|---|---|---|---|---|
| | at neg, air machine exhaust outside of bldg. | | | | | |

| Method | Parameter | Result | RL | Units | Prep Date & Analyst | | Analysis Date & Analyst | |
|---|---|---|---|---|---|---|---|---|
| **METALS** | | | | | | | | |
| 7300 Modified | Cobalt | <0.34 | 0.34 | µg/m³ | 12/7/2021 | TH | 12/7/2021 | TH |

| Client Sample Description | 12221-A2 | | Collected: | 12/2/2021 | Lab ID: | 332129185-0002 |
|---|---|---|---|---|---|---|
| | Perimeter air sample in office | | | | | |

| Method | Parameter | Result | RL | Units | Prep Date & Analyst | | Analysis Date & Analyst | |
|---|---|---|---|---|---|---|---|---|
| **METALS** | | | | | | | | |
| 7300 Modified | Cobalt | <0.37 | 0.37 | µg/m³ | 12/7/2021 | TH | 12/7/2021 | TH |

| Client Sample Description | 12221-A3 | | Collected: | 12/2/2021 | Lab ID: | 332129185-0003 |
|---|---|---|---|---|---|---|
| | Personal air sample on Mario Garza | | | | | |

| Method | Parameter | Result | RL | Units | Prep Date & Analyst | | Analysis Date & Analyst | |
|---|---|---|---|---|---|---|---|---|
| **METALS** | | | | | | | | |
| 7300 Modified | Cobalt | <0.45 | 0.45 | µg/m³ | 12/7/2021 | TH | 12/7/2021 | TH |

| Client Sample Description | 12221-A4 | | Collected: | 12/2/2021 | Lab ID: | 332129185-0004 |
|---|---|---|---|---|---|---|
| | Personal air Sample on Kristen Davis | | | | | |

| Method | Parameter | Result | RL | Units | Prep Date & Analyst | | Analysis Date & Analyst | |
|---|---|---|---|---|---|---|---|---|
| **METALS** | | | | | | | | |
| 7300 Modified | Cobalt | <0.48 | 0.48 | µg/m³ | 12/7/2021 | TH | 12/7/2021 | TH |

**Definitions:**
MDL - method detection limit
J - Result  was below the reporting limit, but at or above the MDL
ND - indicates that the analyte was not detected at the reporting limit
RL - Reporting Limit (Analytical)
D - Dilution Sample required a dilution which was used to calculate final results



# Chain of Custody

**EMSL Order Number** *(Lab Use Only):*

## # 3 3 2 1 2 9 1 8 5

5431 Industrial Drive

Huntington Beach, CA 92649

PHONE: (714) 828-4999
FAX: (714) 828-4944

| | |
|---|---|
| **Company :** Aero-Environmental Consulting, Inc. | **EMSL-Bill to:** ✓ **Same** ☐ **Different** — If Bill is Different note instructions in Comments** |
| **Street:** 1426 Via Isola | **Third Party Billing requires written authorization from third party** |

| | | | | |
|---|---|---|---|---|
| **City:** Monterey | **State/Province:** CA | **Zip/Postal Code:** 93940 | **Country:** US |
| **Report To (Name):** Jorge Vizcaino | | **Telephone #:** 831.394.1199 | |
| **Email Address:** Jorge@Aero-Enviro.com | | **Fax #:** | **Purchase Order:** |
| **Project Name/Number:** Quantum Labs | | **Please Provide Results:** FAX ☐ ✓ E-mail ☐ Mail ☐ |
| **U.S. State Samples Taken:** CA | | **Connecticut Samples:** Commercial ☐ Residential ☐ |

## Turnaround Time (TAT) Options* - Please Check

☐ 3 Hour   ☐ 6 Hour   ☐ 24 Hour   ■ 48 Hour   ☐ 72 Hour   ☐ 96 Hour   ☐ 1 Week   ☐ 2 Week

*For RUSH TAT's Please Call Ahead to Confirm Lab Availability. Not all TAT options are valid for every test.
Materials Science and IAQ TATs are in Business Days rather than Hours (i.e. 24 Hour = End of Next Business Day)

## Asbestos

**PCM - Air**
☐ NIOSH 7400
☐ w/ 8hr. TWA

**TEM– Air** ☐ 4-4.5hr TAT(AHERA ONLY)
☐ AHERA 40 CFR, Part 763
☐ NIOSH 7402
☐ EPA Level II
☐ ISO 10312

**TEM - Water**
Fibers ≥10µm   ☐ Waste ☐ Drinking
All Fiber Sizes   ☐ Waste ☐ Drinking

**PLM - Bulk**
☐ PLM EPA 600/R-93/116
☐ PLM EPA NOB (<1%)
☐ NYS 198.1 (friable-NY)
☐ NYS 198.6 (non-friable-NY)
Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%)
Point Count w/ Gravimetric
    ☐ 400 (<0.25%) ☐ 1000 (<0.1%)

**TEM - Dust**
☐ Microvac – ASTM D 5755
☐ Wipe-ASTM D6480

**TEM - Bulk**
☐ TEM EPA NOB
☐ NYS NOB 198.4 (non-friable-NY)
☐ Chatfield SOP

**Soil/Rock/Vermiculite**
☐ PLM CARB 435 – A (0.25% sensitivity)
☐ PLM CARB 435 – B (0.1% sensitivity)
☐ TEM CARB 435 – B (0.1% sensitivity)
☐ EPA Reg. 1 Screening Protocol (Qualitative)
**Other:**

## Lead (Pb)

**Flame Atomic Absorption**
☐ Chips SW846-7000B or AOAC 974.02
☐ Soil SW846-7000B/7420
☐ Air NIOSH 7082
☐ Wastewater SM3111B or SW846-7000B/7420
☐ ASTM Wipe SW846-7000B/7420
☐ non ASTM Wipe SW846-7000B/7420
☐ TCLP SW846-1311/7420/SM 3111B

**Graphite Furnace Atomic Absorption**
☐ Soil SW846-7421   ☐ Wastewater EPA 200.9
☐ Air NIOSH 7105   ☐ Drinking Water EPA 200.9

**ICP**
■ Air NIOSH 7300 Modified COBALT
☐ non ASTM Wipe SW846-6010B or C
☐ ASTM Wipe SW846-6010B or C
☐ Soil SW846-6010 B or C
☐ Waste Water SW846-6010B or C
☐ TCLP SW846-6010B or C

**Other:** ☐

### Materials Science
☐ Common Particle ID (large particles)
☐ Full Particle ID (environmental dust)
☐ Basic Material ID (solids)
☐ Advanced Material ID
☐ Physical Testing (Tensile, Compression)
☐ Combustion-by-products (soot, char, etc.)
☐ X-Ray Fluorescence (elem. analysis)
☐ X-Ray Diffraction (Crystalline Part.)
☐ MMVF's (Fibrous glass, RCF's)
☐ Particle Size (sieve/microscopy/laser)
☐ Combustible Dust
☐ Petrographic Examination
**Other:** ☐

## Microbiology

**Wipe and Bulk Samples**
☐ Mold & Fungi – Direct Examination
☐ Mold & Fungi Culture (Genus Only)
☐ Mold & Fungi Culture (Genus & Species)
☐ Bacterial Count & ID (Up to Three Types)
☐ Bacterial Count & ID (Up to Five Types)
☐ MRSA
☐ Pseudomonas aeruginosa

**Water Samples**
☐ Total Coliform & E.coli (P/A)
☐ Fecal Coliform (SM 9222D)
☐ Sewage Screen
☐ Heterotrophic Plate Count (SM 9215)

**Air Samples**
☐ Mold & Fungi (Spore Trap)
☐ Mold & Fungi Culture (Genus Only)
☐ Mold & Fungi (Genus & Species)
☐ Bacterial Culture & ID (Up to Three Types)
☐ Bacterial Culture & ID (Up to Five Types)
☐ Endotoxin Testing
**Real Time Q-PCR** (See Analytical Guide for Code)
Code:

**Legionella**
☐ Level 1 ☐ Level 2 ☐ Level 3 ☐ Level 4
**Other:** ☐

### IAQ
Nuisance Dust NIOSH ☐ 0500 ☐ 0600
Airborne Dust ☐ PM10 ☐ TSP
Silica Analysis: ☐ All Species
Silica Analysis – Single Species
   ☐ Alpha Quartz ☐ Cristobalite ☐ Tridymite
☐ HVAC Efficiency
☐ Carbon Black
☐ Airborne Oil Mist
Radon Testing: Call for Kit and COC
**Other:** ☐

**Comments/Special Instructions:**
*ANALYZE FOR COBALT*

| | | | |
|---|---|---|---|
| **Client Sample #'s** | - | | **Total # of Samples:** 4 |
| **Relinquished (Client):** David Kummer | **Date:** 12-2-2021 | | **Time:** |
| **Received (Lab):** EM (Ex) | **Date:** 12/6/21 | | **Time:** 11:20AM |

Analysis Completed in Accordance with EMSL's Terms and Conditions located in the Analytical Price Guide



**Chain of Custody**

**EMSL Order Number** *(Lab Use Only)*:

# 332129185

5431 Industrial Drive

Huntington Beach, CA 92649

PHONE: (714) 828-4999
FAX: (714) 828-4944

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 12221A1 | AT NEG. AIR MACHINE EXHAUST OUTSIDE OF BLDG. | 1,477.98L | 12-2-2021 8AM TO 4PM |
| 12221A2 | PERIMETER AIR SAMPLE IN OFFICE | 1,349.46L | '' ' ' |
| 12221A3 | PERSONAL AIR SAMPLE ON MARIO GARZA | 1,119.96L | '' '' |
| 12221A4 | PERSONAL AIR SAMPLE ON KRISTEN DAVIS | 1,040.40L | '' '' |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Comments/Special Instructions: ANALYZE FOR COBALT

Analysis Completed in Accordance with EMSL's Terms and Conditions located in the Analytical Price Guide



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX C-PHOTOGRAPHIC DOCUMENTATION



**Photo 1-Interior of Facility with Negative HEPA Air Machines**



**Photo 2-Interior Corridor**



**Photo 3-Critical barriers on ventilation duct exhausts**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 4-Interior of Lab M**



**Photo 5-Perimeter Air Sample by Negative Air Pressure Exhaust**



**Photo 6-Simon Planck's Office**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 7-Air sample collection in Clean Room Test Lab**



**Photo 8-Baseline wipe sample in warehouse floor**



**Photo 9-Baseline wipe sample on horizontal hood bench of Warehouse**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 10-Baseline wipe sample in Clean Room Test Lab



Photo 11-Baseline wipe sample with elevated cobalt levels in Simon's Office



Photo 12-Warehouse Area with Clearance Wipe Samples



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 13-Clearance Wipe Sample on Warehouse Floor



Photo 14-Clearance Wipe Sample on horizontal equipment surface of Warehouse Area



Photo 15-Clearance Wipe Sample on horizontal bench of Warehouse area



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 16-Clearance Wipe Sample on Plastic Storage Drum**



**Photo 17-Clearance Wipe Sample of Dividing Door**



**Photo 18-Clearance Wipe Sample above Equipment in Warehouse Area**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX D-Professional Certifications

State of California
Division of Occupational Safety and Health
**Certified Asbestos Consultant**

Jorge Ignacio Vizcaino
Name

Certification No. ___04-3554___

Expires on ____04/15/22____

This certification was issued by the Division of
Occupational Safety and Health as authorized
by Sections 7180 et seq. of the Business and
Professions Code.

# The Board for Global EHS Credentialing (BGC)

through its vested authority, hereby confirms that

## Jorge I. Vizcaino

has met all requirements of education, experience, and examination, and on-going maintenance set forth through the BGC's American Board of Industrial Hygiene®'s (ABIH®) credentialing division for re-certification in the Comprehensive Practice of Industrial Hygiene and is thereby conferred the credential of

## Certified Industrial Hygienist® (CIH®)

The aforenamed individual is given all rights, privileges, and responsibilities as both a diplomate of the BGC and holder of the CIH credential, provided that the credential is not suspended or revoked, and it is renewed annually. Moreover, the holder must meet all recertification requirements, including the obligation to practice ethically as prescribed by the BGC.





| | |
|---|---|
| Credential Number: | 9814 CP |
| Award Date: | October 4, 2010 |
| Expiration Date: | June 1, 2026 |

Cynthia Hanko, CIH
Chair of the Board of Directors

Ulric K. Chung, MCS, PhD
Chief Executive Officer and Secretary

| | |
|---|---|
| **From:** | recertinfo@ihmm.org |
| **To:** | Jorge Vizcaino |
| **Subject:** | Congratulations on Recertifying Your CHMM! |
| **Date:** | Thursday, November 5, 2020 10:38:14 AM |

Dear  Vizcaino,

**Congratulations on successfully recertifying your CHMM credential!** Thank you for your continued effort in safety when working with hazardous materials. You are one of the many reasons why this world is a safer place to live. The amount of time you have taken to recertify has not gone unnoticed by the IHMM staff.

Your recertification application has been processed for the cycle ending 10/31/2021. Your new credential expiration date is 10/31/2026.

Please use this electronic copy of your **CHMM Letter of Compliance** as proof of credential and for any third-party verification needs until your presentation copies of your CHMM Letter of Compliance (proof of credential) and Certificate (suitable for display) arrive.

IHMM certifications are the standard of excellence in the hazardous materials industry. As an IHMM credential holder, you can:

- Validate your expertise in many areas
- Distinguish yourself in a competitive marketplace
- Increase your employment options
- Demonstrate ongoing competence
- Expand your professional network
- Benefit from public sector outreach
- Receive global recognition

You are now authorized to continue using your credential designation through the expiration date listed in your *My*IHMM account online and on your certificate as long as you adhere to the CHMM Code of Ethics, remain in good standing, and maintain all required fees.

Remember to regularly access your *My*IHMM account to monitor your certification and fee due dates, to maintain your record's accuracy and to keep abreast of certification news. As a Certificant you agree to the proper use of the logo and acronym designation, and to surrender the certificate in the event of withdrawal of certification by IHMM.

We appreciate your continued support of IHMM and your commitment to the professional excellence embodied in your credential.

Sincerely,



*Gene Guilford*
*Executive Director*



*Institute of Hazardous Materials Management*
*9210 Corporate Blvd., Suite 470 | Rockville, MD 20850*
*(301) 984-8969 | (301) 984-1516 fax*

California Department of
**PublicHealth**

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH

# LEAD-RELATED CONSTRUCTION CERTIFICATE



**Jorge Vizcaíno**

**INDIVIDUAL:**

**CERTIFICATE TYPE:**

Lead Inspector/Assessor

**NUMBER:**

LRC-0001930

**EXPIRATION DATE:**

11/3/2022

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.



State of California
Division of Occupational Safety and Health
**Certified Site Surveillance Technician**



**David  E Kummer**
Name

Certification No. **08-4363**

Expires on **06/19/22**

This certification was issued by the Division of
Occupational Safety and Health as authorized by
Sections 7180 et seq. of the Business and
Professions Code.



**STATE OF CALIFORNIA**
**DEPARTMENT OF PUBLIC HEALTH**



# LEAD-RELATED CONSTRUCTION CERTIFICATE

**INDIVIDUAL:**  **CERTIFICATE TYPE:**  **NUMBER:**  **EXPIRATION DATE:**

Lead Sampling Technician  LRC-00007343  10/27/2022

**David Kummer**

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.

# ANALYTICAL REPORT

Report Date: December 06, 2021

Jorge Vizcaino
Aero-Environmental Consulting
1426 Via Isola
Monterey, CA   93940

Phone: (831)  277-5831

E-mail: jorge@aero-enviro.com

Workorder: **34-2133803**
Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12121W1** | | | Collected: 12/01/2021 |
|---|---|---|---|
| Lab ID: 2133803001 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP12 |
|---|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/03/2021 (287995) Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.77 | 0.77 | 0.075 |

| Sample ID: **12121W2** | | | Collected: 12/01/2021 |
|---|---|---|---|
| Lab ID: 2133803002 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP12 |
|---|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/03/2021 (287995) Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 2.8 | 2.8 | 0.075 |

| Sample ID: **12121W3** | | | Collected: 12/01/2021 |
|---|---|---|---|
| Lab ID: 2133803003 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP12 |
|---|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/03/2021 (287995) Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.27 | 0.27 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2133803**

Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| | | | |
|---|---|---|---|
| Sample ID: **12121W4** | | | Collected: 12/01/2021 |
| Lab ID: 2133803004 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/03/2021 (287995) Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.13 | 0.13 | 0.075 |

| | | | |
|---|---|---|---|
| Sample ID: **12121W5** | | | Collected: 12/01/2021 |
| Lab ID: 2133803005 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/03/2021 (287995) Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 3.2 | 3.2 | 0.075 |

| | | | |
|---|---|---|---|
| Sample ID: **12121W6** | | | Collected: 12/01/2021 |
| Lab ID: 2133803006 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/03/2021 (287995) Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.15 | 0.15 | 0.075 |

| | | | |
|---|---|---|---|
| Sample ID: **12121A1** | | | Collected: 12/01/2021 |
| Lab ID: 2133803007 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |
| Method: **NIOSH 7300 Mod., MCE** | Media: MCE Filter | | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Air Volume 999 L | | Prepared: 12/03/2021 (287996) Analyzed: 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 1.6 | 0.0016 | 0.075 |



# ANALYTICAL REPORT

Workorder: 34-2133803

Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12121A2** | | | | Collected: 12/01/2021 |
|---|---|---|---|---|
| Lab ID: 2133803008 | | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |
| **Method:** NIOSH 7300 Mod., MCE | | **Media:** MCE Filter | | **Instrument:** ICP12 |
| **Dilution:** 1 | | **Sampling Parameter:** Air Volume 969 L | | **Prepared:** 12/03/2021 (287996) |
| | | | | **Analyzed:** 12/06/2021 (288071) |
| **Analyte** | **Result (ug/sample)** | **Result (mg/m³)** | **RL (ug/sample)** | |
| Cobalt | **0.17** | **0.00018** | 0.075 | |

| Sample ID: **12121A3** | | | | Collected: 12/01/2021 |
|---|---|---|---|---|
| Lab ID: 2133803009 | | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |
| **Method:** NIOSH 7300 Mod., MCE | | **Media:** MCE Filter | | **Instrument:** ICP12 |
| **Dilution:** 1 | | **Sampling Parameter:** Air Volume 240 L | | **Prepared:** 12/03/2021 (287996) |
| | | | | **Analyzed:** 12/06/2021 (288071) |
| **Analyte** | **Result (ug/sample)** | **Result (mg/m³)** | **RL (ug/sample)** | |
| Cobalt | <0.075 | <0.00031 | 0.075 | |

| Sample ID: **12121A4** | | | | Collected: 12/01/2021 |
|---|---|---|---|---|
| Lab ID: 2133803010 | | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |
| **Method:** NIOSH 7300 Mod., MCE | | **Media:** MCE Filter | | **Instrument:** ICP12 |
| **Dilution:** 1 | | **Sampling Parameter:** Air Volume 1305 L | | **Prepared:** 12/03/2021 (287996) |
| | | | | **Analyzed:** 12/06/2021 (288071) |
| **Analyte** | **Result (ug/sample)** | **Result (mg/m³)** | **RL (ug/sample)** | |
| Cobalt | <0.075 | <0.000057 | 0.075 | |

| Sample ID: **12121FB** | | | | Collected: 12/01/2021 |
|---|---|---|---|---|
| Lab ID: 2133803011 | | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |
| **Method:** NIOSH 7300 Mod., MCE | | **Media:** MCE Filter | | **Instrument:** ICP12 |
| **Dilution:** 1 | | **Sampling Parameter:** Air Volume Not Applicable | | **Prepared:** 12/03/2021 (287996) |
| | | | | **Analyzed:** 12/06/2021 (288071) |
| **Analyte** | **Result (ug/sample)** | **Result (mg/m³)** | **RL (ug/sample)** | |
| Cobalt | <0.075 | NA | 0.075 | |

## Report Authorization  (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
|---|---|---|
| **NIOSH 7300 Mod., MCE (288071)** | /S/ Rex Bagley 12/06/2021 13:44 | /S/ Kristie F. Bitner 12/06/2021 14:49 |
| **NIOSH 9102 Mod, Ghost Wipe (288071)** | /S/ Rex Bagley 12/06/2021 13:44 | /S/ Kristie F. Bitner 12/06/2021 14:49 |



# ANALYTICAL REPORT

Workorder: **34-2133803**
Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Laboratory Contact Information

ALS Environmental
960 W Levoy Drive
Salt Lake City, Utah 84123

Phone: (801) 266-7700
Email: alslt.lab@ALSGlobal.com
Web: www.alsslc.com

## General Lab Comments

The results provided in this report relate only to the items tested.
Samples were received in acceptable condition unless otherwise noted.
The following was provided by the client: Sample ID, Collection Date, Sampling Location, Media Type, Sampling Parameter.
Collection Date, Media Type, and Sampling Parameter can potentially affect the validity of the results.
Samples have not been blank corrected unless otherwise noted.
This test report shall not be reproduced, except in full, without written approval of ALS.

ALS provides professional analytical services for all samples submitted. ALS is not in a position to interpret the data and assumes no responsibility for the quality of the samples submitted.

All quality control samples processed with the samples in this report yielded acceptable results unless otherwise noted.

ALS is accredited for specific fields of testing (scopes) in the following testing sectors. The quality system implemented at ALS conforms to accreditation requirements and is applied to all analytical testing performed by ALS. The following table lists testing sector, accreditation body, accreditation number and website. Please contact these accrediting bodies or your ALS project manager for the current scope of accreditation that applies to your analytical testing.

| Testing Sector | Accreditation Body (Standard) | Certificate Number | Website |
|---|---|---|---|
| Environmental | PJLA (DoD ELAP) | L20-57 | http://www.pjlabs.com |
| | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |
| Industrial Hygiene | AIHA (ISO 17025 & AIHA IHLAP) | 101574 | http://www.aihaaccreditedlabs.org |
| | DOECAP-AP | L20-59 | http://www.pjlabs.com |
| | Washington | C596 | https://ecology.wa.gov/Regulations-Permits/Permits-certifications/Laboratory-Accreditation |
| Dietary Supplements | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |

## Definitions

LOD = Limit of Detection = MDL = Method Detection Limit, A statistical estimate of method/media/instrument sensitivity.
LOQ = Limit of Quantitation = RL = Reporting Limit, A verified value of method/media/instrument sensitivity.
ND = Not Detected, Testing result not detected above the LOD or LOQ.
NA = Not Applicable.
** No result could be reported, see sample comments for details.
< Means this testing result is less than the numerical value.
( ) This testing result is between the LOD and LOQ and has higher analytical uncertainty than values at or above the LOQ.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Evaluation of Cobalt 59 Dust Exposures, Surface Contamination and Cobalt Decontamination Work Practices during interior Cobalt cleanup operations at Quantum Labs, San Jose, California

| Date Inspection Conducted: | 12/01/2021, 12/02/2021, and 12/04/2021 |
|---|---|
| Date of Report: | 12/10/2021 |
| Assignment: | Decontamination Oversight, Air Monitoring, and Surface Contamination Evaluation during Cobalt Decontamination activities at Quantum Labs |
| Address of Evaluation | QUANTUM LABS- 2108 Bering Dr., Suite B, San Jose, CA |
| Work Performed By: | Jorge Vizcaino, CIH 9814 |
| Aero-Environmental Project Name: | QUANTUM LABS-Cobalt Decontamination  Monitoring |

QUANTUM LABS
 2108 BERING DR. UNIT B
SAN JOSE, CA 95131

## Highlights of this Cobalt 59 Decontamination Oversight and Monitoring Evaluation

**Evaluation of Cobalt 59 Dust Exposures, Surface Contamination, and Cobalt Decontamination Work Practices at Quantum Labs, San Jose, California.**
On December 1st, 2nd, and 4th, 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted cobalt decontamination oversight and monitoring activities at Quantum Labs.

### What Aero-Environmental Did

- We evaluated employee work practices.
- We collected personal and area air samples on two employees each day and two area (perimeter) air samples.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

- We collected baseline wipe samples of selected surfaces in the work areas as well as adjacent office/lab areas.
- We collected clearance wipe samples of the Warehouse Clean Room areas following decontamination of this area.
- We communicated with the Belfor Environmental project manager any issues of concern.

## What We Found

- Analytical results for the baseline wipe samples indicated detectable cobalt surface concentrations in all of the samples collected, with two wipe samples exceeding the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.
- Results from the perimeter area samples were all below the analytical detection limit and therefore did not indicate exposures to cobalt dust in excess of occupational criteria.
- Results from the personal air samples were both below the California Permissible Exposure Limit (PEL) of 0.02 mg/m$^3$.
- The cobalt decontamination work practices were adequate for this project, with the proper containment, critical barriers, HEPA vacuuming, wet methods, and proper waste disposal methods.
- All clearance wipe sample results were at or below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces. Therefore this area can be set up by Belfor Environmental as their "Clean" Area or Support zone for decontamination purposes.

# Abbreviations

| | |
|---|---|
| cm$^2$ | Square centimeter |
| µg/100 cm$^2$ | Micrograms per 100 square centimeters |
| mg/m$^3$ | Milligrams per cubic meter |
| ABIH® | American Board of Industrial Hygienists |
| ACGIH® | American Conference of Governmental Industrial Hygienists |
| BNL | Brookhaven National Lab |
| CAL-OSHA | California Occupational Safety and Health Administration |
| CIH | Certified Industrial Hygienist |
| CFR | Code of Federal Regulations |
| CCR | California Code of Regulations |
| HEPA | High Efficiency Particulate Air |
| NIOSH | National Institute of Occupational Safety and Health |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

PPE                Personal Protective Equipment
OEL                Occupational Exposure Level
PBZ                Personal Breathing Zone
ppb                Parts per billion
ppm                Parts per million
PEL                Permissible exposure limit
PPE                Personal Protective Equipment
TWA                Time-weighted average

# Table of Contents

Summary ........................................................................................................................... 3

Introduction ..................................................................................................................... 4

Methods ........................................................................................................................... 5

Evaluation Criteria .......................................................................................................... 6

Results .............................................................................................................................. 7

Conclusions ...................................................................................................................... 8

Availability of Report/Disclaimer ................................................................................. 9

FIGURE 1 AND 2-FLOOR PLANS WITH WIPE SAMPLING LOCATIONS ......................... 10

APPENDIX A-FIELD DOCUMENTATION ........................................................................ 11

APPENDIX B-Analytical Results .................................................................................... 12

APPENDIX C-PHOTOGRAPHIC DOCUMENTATION ..................................................... 13

APPENDIX D-Professional Certifications ...................................................................... 19

# Summary

On December 1st, 2nd, and 4th 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted cobalt decontamination oversight and monitoring activities at Quantum Labs. Aero-Environmental conducted cobalt decontamination oversight and monitoring activities at Quantum Labs. Following an opening safety meeting and



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

walkthrough of the decontamination areas, the industrial hygiene professionals evaluated the cobalt decontamination containment system and cobalt decontamination work practices that were going to be followed. During these two days of cobalt decontamination, air monitoring was conducted for personal and perimeter airborne cobalt dust. The cobalt decontamination containment and work practices were also evaluated and found to be satisfactory. In addition, cobalt decontamination activities and work practices were discussed with the project lead supervisor, Greg Henke.

Two perimeter (area) air samples for cobalt dust and two personal air samples were collected. The location of the perimeter samples included the negative air exhaust and the Clean Room Test Lab, adjacent to Simon Planck's office. Personal sampling was conducted on 2 employees each day for their entire work shift.

In addition, a total of six (6) surface wipe samples were collected during this initial assessment to determine a baseline level of cobalt dust concentrations inside and outside the work areas. Two of these wipe samples exceeded the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.

Air sampling results indicated that exposures to cobalt dust were all below the California Permissible Exposure Limit (PEL) of 0.02 mg/m$^3$.

All clearance wipe sample results for the warehouse/clean room were at or below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces.

# Introduction

In October, 2021, Aero-Environmental received request from Quantum Labs to conduct cobalt decontamination oversight and monitoring activities at Quantum Labs in San Jose, California. The request was made to ensure that the appropriate cobalt decontamination work practices were being followed, and therefore not potentially exposing workers and personnel in this industrial building or adjacent offices to Cobalt 59 dust.

On December 1st, 2nd, and 4th 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted cobalt decontamination oversight and monitoring activities at Quantum Labs. Following an opening safety meeting and walkthrough of the decontamination areas, the industrial hygiene professionals evaluated the cobalt



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

decontamination containment system and decontamination work practices that were going to be followed. During these two days of cobalt abatement, air monitoring was conducted for personal and perimeter airborne cobalt dust. In addition, surface wipe samples were also collected of selected surfaces inside and outside the work areas.

# Methods

Belfor Environmental Scope of Work consists of the following:

- Set up critical barriers and containments to isolate work areas.
- Lab pack of loose chemicals.
- Removal of Select Exhaust Systems
- Removal of specified tools owned by Maxim.
- Removal of specified pipe runs
- Decontamination of Quantum tools
- Clean Facility of Cobalt 59 contamination.

Aero-Environmental Consulting conducted the following activities:

1) Collection of personal and area air samples on two employees each day and two area (perimeter) air samples.
2) Evaluation of cobalt abatement work practices and issued comments and recommendations.
3) Collection of baseline surface wipe samples during the 1st day of decontamination activities.
4) Collection of clearance wipe samples in the Warehouse/Clean Room Area following decontamination.

| TABLE 1-AIR/SURFACE SAMPLING METHODS | | |
|---|---|---|
| Substance | Reason for Sampling | Sampling Methods |
| Airborne Cobalt Dust | Possible Exposure during cobalt decontamination activities | NIOSH Method 7300 |
| Surface Cobalt Dust | Possible Exposure during cobalt decontamination activities | NIOSH Method 9102 |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Evaluation Criteria

As a guide to the evaluation of the hazards posed by workplace exposures, Aero-Environmental field staff employs environmental evaluation criteria for the assessment of a number of chemical and physical agents. These criteria are intended to suggest levels of exposure to which most workers may be exposed up to 8 hours per day, 40 hours per week for a working lifetime without experiencing adverse health effects. It is, however, important to note that not all workers will be protected from adverse health effects even though their exposures are maintained below these levels. A small percentage may experience adverse health effects because of individual susceptibility, a pre-existing medical condition, and/or hypersensitivity (allergy). In addition, some hazardous substances may act in combination with other workplace exposures, the general environment, or with medications or personal habits of the worker to produce health effects even if the occupational exposures are controlled at the level set by the criterion. These combined effects are often not considered in the evaluation criteria. Also, some substances are absorbed by direct contact with the skin and mucous membranes, and thus potentially increase the overall exposure. Finally, evaluation criteria may change over the years as new information on the toxic effects of an agent become available.

The primary sources of environmental evaluation criteria for the workplace are: (1) NIOSH Recommended Exposure Limits (RELs), (2) the American Conference of Governmental Industrial Hygienists' (ACGIH®) Threshold Limit Values (TLVs®) and (3) the Division of Industrial Relations, California Occupational Safety and Health Administration (Cal/OSHA) Permissible Exposure Limits (PELs). Employers are encouraged to follow the NIOSH RELs, the ACGIH TLVs, or the Cal/OSHA PELs, whichever are the more protective criteria.

Cal/OSHA requires an employer to furnish employees a place of employment that is free from recognized hazards that are causing or are likely to cause death or serious physical harm. Thus, employers should understand that not all hazardous chemicals have specific Cal/OSHA exposure limits such as PELs and short-term exposure limits (STELs). An employer is still required by Cal/OSHA to protect their employees from hazards, even in the absence of a specific OSHA PEL.

A time-weighted average (TWA) exposure refers to the average airborne concentration of a substance during a normal 8- to 10-hour workday. Some substances have recommended STEL or ceiling values which are intended to supplement the TWA where there are recognized toxic effects from higher exposures over the short-term.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Results

Results from the perimeter area samples were all below the analytical detection limit and therefore did not indicate exposures to cobalt dust in excess of occupational criteria.

Results from the personal air samples were both below the California Permissible Exposure Limit (PEL) of 0.02 mg/m$^3$.

Analytical results for the baseline wipe samples indicated detectable cobalt surface concentrations in all of the samples collected, with two wipe samples exceeding the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.

All clearance wipe sample results for the warehouse/clean room were at or below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces.

The cobalt decontamination work practices were adequate for this project, with the proper containment, critical barriers, HEPA vacuuming, wet methods, and proper waste disposal methods.

| TABLE 2-Summary of full-shift air sample results for airborne Cobalt and Surface Wipe Sample Results | | |
|---|---|---|
| Sample #/Date | Personal/Area | Concentration |
| 12121W1-Dec 1 | Warehouse Floor | 0.77 µg/100cm$^2$ |
| 12121W2-Dec 1 | Warehouse Hood Bench | 2.8 µg/100cm$^2$ |
| 12121W3-Dec 1 | Warehouse Floor | 0.27 µg/100cm$^2$ |
| 12121W4-Dec 1 | Clean Room Test Lab Floor | 0.13 µg/100cm$^2$ |
| 12121W5-Dec 1 | Bookshelf-Simon's Office | 3.2 µg/100cm$^2$ |
| 12121W6-Dec 1 | Stock Room | 0.15 µg/100cm$^2$ |
| | | |
| 12121A1-Dec 1 | Personal-Aaron Davis | 0.0016 mg/m$^3$ |
| 12121A2-Dec 1 | Personal-Nestor Escobar | 0.00018 mg/m$^3$ |
| 12121A3-Dec 1 | Area-Negative Air | <0.00031 mg/m$^3$ |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

| | Exhaust | |
|---|---|---|
| 12121A4-Dec 1 | Area-Clean Room Test Lab | <0.000057 mg/m$^3$ |
| 1221-A1-Dec 2 | Perimeter-Negative Air Exhaust | <0.34 mg/m$^3$ |
| 1221-A2-Dec 2 | Perimeter-Office | <0.37 mg/m$^3$ |
| 12221 A3-Dec 2 | Personal-Mario Garza | <0.45 mg/m$^3$ |
| 12221 A4-Dec 2 | Personal-Kristen Davis | <0.48 mg/m$^3$ |
| 12121FB-Dec 1 | Field Blank | NA |
| 12-4-W1-Dec 4 | Warehouse Floor | 0.52 µg/100cm$^2$ |
| 12-4-W2-Dec 4 | Warehouse Floor | 0.25 µg/100cm$^2$ |
| 12-4-W3-Dec 4 | Warehouse Floor | <0.075 µg/100cm$^2$ |
| 12-4-W4-Dec 4 | Horizontal Equipment Surface | 0.94 µg/100cm$^2$ |
| 12-4-W5-Dec 4 | Horizontal Hood Bench Surface | 1.2 µg/100cm$^2$ |
| 12-4-W6-Dec 4 | Horizontal Equipment Surface | 0.10 µg/100cm$^2$ |
| 12-4-W7-Dec 4 | Equipment Storage Barrel Lid | 2.0 µg/100cm$^2$ |
| 12-4-W8-Dec 4 | Vertical Door Frame | 0.17 µg/100cm$^2$ |
| 12-4-W9-Dec 4 | Equipment Cabinet Roof | 0.42 µg/100cm$^2$ |
| 12-4-W10-Dec 4 | Equipment Cabinet Roof | 0.53 µg/100cm$^2$ |
| 12-4-FB-Dec 4 | Field Blank | NA |

# Conclusions and Recommendations

This cobalt dust evaluation indicated that all air sampling results for airborne cobalt dust were below applicable occupational exposure criteria and did not indicate an airborne



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

hazard to the decontamination workers. The California PEL is 0.02 mg/m3 for airborne cobalt dust.

However, this dust evaluation did indicate widespread cobalt dust contamination in different surfaces inside and outside the work area, with BNL elevated levels inside Simon Planck's office. Therefore the entire office area, including Simon's office, Engineering Room, Lobby, Break Room, Restrooms, Clean Room Test Lab, Stock Room and Conference Room should be isolated as a decontamination zone. All carpeted office areas should have the carpet removed and discarded as hazardous waste as this material is extremely porous and is a potential source of cobalt contamination.

All clearance wipe sample results for the warehouse/clean room were at or below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces. Therefore this area can be set up as the Clean "Support" Zone for Belfor Environmental

This report serves as a weekly monitoring assessment report for this decontamination project at Quantum Labs.

# Availability of Report/Disclaimer

The recommendations in this report are made on the basis of the findings at the workplace evaluated and may not be applicable to other workplaces. This report was prepared by Jorge Vizcaino, CIH/CHMM with Aero-Environmental Consulting, INC. Analytical support was provided by AIHA Accredited Laboratory ALS Environmental in Salt Lake City, Utah.

Sincerely,
Aero-Environmental Consulting, INC

Jorge Vizcaino
Certified Industrial Hygienist No. 9814
Certified Hazardous Material Manager 19631



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# FIGURE 1 AND 2-FLOOR PLANS WITH WIPE SAMPLING LOCATIONS





831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX A-FIELD DOCUMENTATION

## AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank) | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12/1/21 | 12/1/21 A4 | 0.8 um MCE | Area | | |

Wind Speed (mph):          Wind Direction:          Relative Humidity (%):          Ambient Temperature:          F

| Employee Name: | Area - Simon's Office | ID: |
|---|---|---|
| Employee Job Class | | |
| Work Location | COMPLEX/BUILDING: Cleanroom/Test Lab Simon's Office | DEPT: UNIT/AREA: |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process: Decontamination          Associated Materials (solvents, etc.): Cobalt

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.): Full Face, M Level C

Exposure Task Frequency (circle):  Daily  Weekly  Monthly  Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model: | | Flow Rate | Units | Sample Start Time: 0852 |
|---|---|---|---|---|
| Sampling Pump Serial No.: | *Start: | 3 | L/min | Sample End Time: 1607 |
| Calibration Method (Rotameter, Calibrator): Rotameter | *End: | 3 | L/min | Duration: 435 minutes |
| Calibration Date: 12/1/21 | Ave.: | 3 | L/min | Volume: 1,305 liters |

*Must be within 10% for sample to be valid

| Calibrator Mfg. & Model: | Calibrator Serial No.: | Annual Calibration Date: |
|---|---|---|

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.00069 7ug/m3 | Area |

Analytical Method & Source:          Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

# AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model#<br>Media Type | Sample Type<br>(pers, area, blank) : | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12/1/21 | 12/1/21 A3 | 0.8 um<br>MCE | Area | | |

Wind Speed (mph):          Wind Direction:          Relative Humidity (%):          Ambient Temperature:          F

| Employee Name: | Area | | EID: | |
|---|---|---|---|---|
| Employee Job Class | | | DEPT: | Negative Air |
| Work Location | COMPLEX/BUILDING: 2700 Berg A. #0 | | UNIT/AREA: | Exhaust |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process: Restoration          Associated Materials (solvents, etc.): Cobalt / Simple Green

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.): PAPR, Level C

Exposure Task Frequency (circle):   Daily   Weekly   Monthly   Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model 5 | | Flow Rate | Units | Sample Start Time: 1553 |
|---|---|---|---|---|
| Sampling Pump Serial No.: L400126 | *Start: 5 | | L/min | Sample End Time: 1553 |
| Calibration Method (Rotameter, Gilibrator): Rotameter | *End: 5 | | L/min | Duration:          minutes |
| Calibration Date: 12-1-21 | Ave.: 5 | | L/min | Volume 240          liters |

*Must be within 10% for sample to be valid

| Calibrator Mfg. & Model: | Calibrator Serial No.: | Annual Calibration Date: |
|---|---|---|

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.00035 (mg/m³ | Area Sample |

Analytical Method & Source:          Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

# AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank) | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12/1/21 | 1212/ A2 | 0.8 u MCE | Pers | | |

| Wind Speed (mph): | Wind Direction: | Relative Humidity (%): | Ambient Temperature: | | F |
|---|---|---|---|---|---|

| Employee Name: | Nestor Escobar | | EID: | |
|---|---|---|---|---|
| Employee Job Class | Decon Tech | | DEPT: | |
| Work Location | COMPLEX/BUILDING: 1100 Deming Dr #D | | UNIT/AREA: Fab/Lab Area | |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process: Decon        Associated Materials (solvents, etc.): Cobalt, Simple Green

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood#: _____

PPE Used (Respirator type, suit, gloves, boots, etc.): PAPR, Tyveh, gloves, boots

Exposure Task Frequency (circle): Daily  Weekly  Monthly  Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model: | G | Flow Rate | Units | Sample Start Time: 0833 /320 | 257 226 5-23 |
|---|---|---|---|---|---|
| Sampling Pump Serial No.: | | *Start: 3 | L/min | Sample End Time: 1130 /1546 | |
| Calibration Method (Rotameter, Gilibrator): Rotameter | | *End: 3 | L/min | Duration: 5hr    minutes 23 | |
| Calibration Date: 12/1/21 | | Ave: 3 | L/min | Volume: 969 liters | |
| Calibrator Mfg. & Model: | | *Must be within 10% for sample to be valid | Calibrator Serial No.: | Annual Calibration Date: | |

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | 0.00018 mg/m³ | PEL 0.02 mg/m³ |

Analytical Method & Source:                    Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

# AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank) | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12/1/21 | 1212IAI | 0.8 MCE | Pers | | |

| Wind Speed (mph): | Wind Direction: | Relative Humidity (%): | Ambient Temperature: | F |
|---|---|---|---|---|

| Employee Name: | Aaron Davis | EID: | |
|---|---|---|---|
| Employee Job Class | Decon technician | DEPT: | |
| Work Location | COMPLEX/BUILDING: 2100 Faring Dr #D | UNIT/AREA: Fab Ltd |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process Decon _____ Associated Materials (solvents, etc.) Cobalt, Caple Green

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.) PAPR, Tyvek, gloves, boots

Exposure Task Frequency (circle): Daily  Weekly  Monthly  Other (Specify)

## CALIBRATION DATA

| Sampling Pump Mfg & Model: 2 | Flow Rate | Units | Sample Start Time: 0828 1318 | |
|---|---|---|---|---|
| Sampling Pump Serial No.: | *Start: 3L/min | | Sample End Time: 1129 1550 | |
| Calibration Method (Rotameter, Gilibrator): | *End: 3L/min | | Duration: 5 hr 33 min | |
| Calibration Date: 12/1/21 | Ave.: 3L/min | | Volume: 999 L/min liters | |
| Calibrator Mfg. & Model: | *Must be within 10% for sample to be valid | Calibrator Serial No.: | Annual Calibration Date: | |

3 hr 1
2 hr 32

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | 0.0016 mg/m³ | PEL, cardigas 20 µg/m³ |

Analytical Method & Source: _____ Analytical Laboratory: _____

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

## AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank) : | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12-3-2021 | 12221-A1 | | PERIMETER AREA | | |

Wind Speed (mph):          Wind Direction:          Relative Humidity (%):          Ambient Temperature:          F

| Employee Name: | F.ID: |
|---|---|
| Employee Job Class | DEPT: |
| Work Location | COMPLEX/BUILDING: 2108 BERING DR, SAN JOSE, CA, UNIT/AREA: EXHAUST AT NEG. AIR |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process_____ Associated Materials (solvents, etc.)_____

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood#_____

PPE Used (Respirator type, suit, gloves, boots, etc.):

Exposure Task Frequency (circle):   Daily   Weekly   Monthly   Other (Specify):

## CALIBRATION DATA

| Sampling Pump Mfg & Model: | Flow Rate | Units | Sample Start Time: 8AM |
|---|---|---|---|
| Sampling Pump Serial No.: | *Start: 3.06L | | Sample End Time: |
| Calibration Method (Rotameter, Gilibrator): Rotameter | *End: 3.06L | | Duration: 483 minutes |
| Calibration Date: 12-2-21 | Ave.: 3.06L | | Volume: 1,477.98 liters |
| | *Must be within 10% for sample to be valid | | |
| Calibrator Mfg & Model: | Calibrator Serial No.: | | Annual Calibration Date: |

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.37 mg/m³ | |

Analytical Method & Source:                    Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|
| | | | | | |

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

## AIR SAMPLING DATA SHEET

| Sample Date | Sample Number | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank) | Media ID | Media Lot # |
|---|---|---|---|---|---|
| 12-2-21 | 12221 - A2 | | PERIMETER AREA | | |

Wind Speed (mph): O     Wind Direction:     Relative Humidity (%):     Ambient Temperature:     F

| Employee Name: | | |
|---|---|---|
| Employee Job Class | EID: | |
| Work Location | COMPLEX/BUILDING: 2108 BERING DR. SAN JOSE, CA.  UNIT/AREA: OFFICE | DEPT: |

## WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process_____ Associated Materials (solvents, etc.)_____

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood#_____

PPE Used (Respirator type, suit, gloves, boots, etc.):

Exposure Task Frequency (circle):  Daily  Weekly  Monthly  Other (Specify)

## CALIBRATION DATA

| Sampling Pump Mfg & Model: | | Flow Rate | Units | Sample Start Time: 8:10 AM |
|---|---|---|---|---|
| Sampling Pump Serial No.: | | *Start: 3.06L | | Sample End Time: 3:31 PM |
| Calibration Method (Rotameter, Gilibrator): Rotameter | | *End: 3.06L | | Duration: 441 minutes |
| Calibration Date: 12-7-21 | | Ave.: 3.06L | | Volume: 1349.46 liters |
| | | *Must be within 10% for sample to be valid | | |
| Calibrator Mfg. & Model: | | Calibrator Serial No.: | | Annual Calibration Date: |

## ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.037 mg/m³ | |

Analytical Method & Source:                    Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|
| | | | | | |

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

## AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank): | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12-2-21 | 12221-A3 | 37MM/0.8μM MCE | PERSONAL | | |

Wind Speed (mph): OMPH CALM    Wind Direction:    Relative Humidity (%):    Ambient Temperature: ___ F

| Employee Name: | MARIO GARZA | | EID: |
|---|---|---|---|
| Employee Job Class | | | DEPT: |
| Work Location | COMPLEX/BUILDING: 2108 BERING DR. SAN JOSE, CA UNIT/AREA: QUANTUM LABS | | |

### WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process CLEANING LAB TOOLS Associated Materials (solvents, etc.) SIMPLE GREEN & WATER

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.):

PAPR, CHEM SUIT, RUBBER GLOVES & WORK BOOTS

Exposure Task Frequency (circle): (Daily) Weekly Monthly Other (Specify):

### CALIBRATION DATA

| Sampling Pump Mfg & Model: GILIAN BDXII | Flow Rate | Units | Sample Start Time: 7:38AM |
|---|---|---|---|
| Sampling Pump Serial No.: 20150607047 | *Start: 3.06L | | Sample End Time: 4:05 PM |
| Calibration Method (Rotameter, Glibrator): Rotameter | *End: 3.06L | | Duration: 366 minutes |
| Calibration Date: 12-2-21 | Ave.: 3.06L | | Volume: 1,119.96L |
| | *Must be within 10% for sample to be valid | | |
| Calibrator Mfg. & Model: | | Calibrator Serial No.: | Annual Calibration Date: |

### ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.45 mg/m³ | PEL 0.02 mg/m³ |

Analytical Method & Source:    Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|
| | | | | | |

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

## AIR SAMPLING DATA SHEET

| Sample Date: | Sample Number: | Sample Mfg/Model# Media Type | Sample Type (pers, area, blank) | Media ID: | Media Lot # |
|---|---|---|---|---|---|
| 12-2-21 | 12221-A4 | 37mm/0.8µM MCE | PERSONAL | | |

Wind Speed (mph): 0 MPH CALM    Wind Direction:    Relative Humidity (%):    Ambient Temperature:    F

| Employee Name: | KRISTEN DAVIS | | EID: |
|---|---|---|---|
| Employee Job Class | | | DEPT: |
| Work Location | COMPLEX/BUILDING: 2108 BERING DR, SAN JOSE, CA | UNIT/AREA: QUANTUM LABS | |

### WORK CONDITIONS

Activity Monitored (Work descriptions, tasks, and task times):

Process CLEANING LAB TOOLS    Associated Materials (solvents, etc.) SIMPLE GREEN & WATER

Ventilation Conditions/Special Conditions (hood use, local exhaust, etc.):

Hood# _____

PPE Used (Respirator type, suit, gloves, boots, etc.):

PAPR, CHEM. SUIT, RUBBER GLOVES & WORK BOOTS

Exposure Task Frequency (circle): Daily  Weekly  Monthly  Other (Specify):

### CALIBRATION DATA

| Sampling Pump Mfg & Model: GILIAN BDX II | Flow Rate | Units | Sample Start Time: 8:03 AM |
|---|---|---|---|
| Sampling Pump Serial No.: 20120202024 | *Start: 3.06L | | Sample End Time: 4:07 PM |
| Calibration Method (Rotameter, Gilibrator): Rotameter | *End: 3.06L | | Duration: 340 minutes |
| Calibration Date: 12-2-1 | Ave.: 3.06L | | Volume: 1,040.4 liters |

*Must be within 10% for sample to be valid

| Calibrator Mfg. & Model: | Calibrator Serial No.: | Annual Calibration Date: |
|---|---|---|
| | | |

### ANALYSIS RESULTS

| Substance | Concentration & Units | Exposure Limit & Originator |
|---|---|---|
| Cobalt | <0.48mg/m³ | PEL 0.02mg/m³ |

Analytical Method & Source:    Analytical Laboratory:

| Collected by: | Date: | Calculated by: | Date: | Checked by: | Date: |
|---|---|---|---|---|---|
| | | | | | |

INCLUDE ADDITIONAL COMMENTS AND ON BACKSIDE OF FORM
ATTACH CALIBRATION RECORDS AND ANALYSIS REPORT FROM LABORATORY

# AERO ENVIRONMENTAL CONSULTING, INC
# DAILY OBSERVATION LOG

| | | |
|---|---|---|
| Client:_____ | Project | |
| Contractor:_____ | Location: 2108 Bering Dr. in San Jose, Ca | Date: 12/2/21 |
| AEC Project:_____ | | |
| AEC Rep.: David Kummer | Work Area:_____ | Page 1 of 2 |

## SCHEDULE

| Estimated % complete _____ | Plus _____ (days/weeks) | Minus _____ (days/weeks) |
|---|---|---|

## NOTICES ISSUED (check each)

| | |
|---|---|
| ___ Pre-Abatement Visual ___pass ___fail | ___ Pre-Clearance Visual ___pass ___fail |
| ___ Pre-Encapsulation Visual ___pass ___fail | ___ Pre-Clearance Monitoring ___pass ___fail |

## TESTING

| TYPE LEGEND: | | TYPE | NO. | F/CC | % |
|---|---|---|---|---|---|
| 1) Survey                    2) | 7) Clearance / outside | | | | |
| Outside /Ambient        3) | 8) Clearance retest / in              9) | | | | |
| Baseline / Bkgd.          4) | Clearance retest / out              10) | | | | |
| Work Area / inside        5) | Personal sample                      11) | | | | |
| Work Area / outside      6) | Blank                                      12) | | | | |
| Clearance / inside | | | | | |

## OBSERVATION CHECKLIST

| WORK ITEMS | PASS | FAIL | N/A CORR | WORK ITEMS | PASS | FAIL | N/A CORR |
|---|---|---|---|---|---|---|---|
| If initialed-explain on pg 2 | | | | If initialed-explain on pg 2 | | | |
| Barriers/Isolation/Containment | | | | Emergency lights-Temp. power | | | |
| Decontamination system | | | | Worker Protection | | | |
| Power Shut Down-Locked out | | | | Proper Procedures | | | |
| HVAC shut down-sealed | | | | Waste-packaging/labeling/stor | | | |
| Adequate negative pressure | | | | Product equip. verification | | | |
| Proper sinage posted | | | | Product storage contitions | | | |
| Emergency exits clear | | | | Replacement materials installed | | | |
| Fire Extinguishers | | | | Air Monitoring | | | |
| Work Area Cleanliness | | | | Other | | | |
| Work practices | | | | | | | |

## OBSERVATION LOG NOTES

Thursday, December 2, 2021. Location 2108 Bering Dr. in San Jose, California. Start time 7 AM. Belfore has a crew of blank workers with Johnny Lubuw as lead man and Greg Henke as foreman. Belfore starts by having a safety meeting and go over the scope of the day. During cleaning AERO Environmental will set up personal air samples on two workers and also set up two perimeter air samples one is located at the exhaust of the negative air machines and the other one is in the big office in Suite B. The Belfore cleaning crew is using chemical resistant suit, PAPR's, work boots, and rubber gloves. First the crew will HEPA vacuum an area and then wet wipe it with simple green and water. Approximately 10:30 AM Belfore crew breaks for lunch. Approximately 12 PM crew returns from lunch and goes back to work. 12:15 PM crew removes some ducting from the building and loads it in 20 yard container. 2 PM Belfore crew comes out for a break. 2:30 PM crew is getting suited up to go back inside. Spoke with Jonny he said that they have finished cleaning the polisher and lapper equipment in the warehouse area. All day there has been no wind, weather

**DAILY OBSERVATION LOG**

| Client:_____ | Project | |
|---|---|---|
| Contractor:_____ | Location:_____ | Date:_____ |
| AEC Project:_____ | | |
| AEC Rep.:_____ | Work Area:_____ | Page____ of____ |

| **OBSERVATION LOG NOTES cont'd.** |
|---|
| conditions are calm. Approximately 4 PM the crew comes out of containment area and will secure job |
| site before leaving. At this time AERO environmental will collect personal air samples and leave site at |
| approximately 430 p.m. |

| NAME (PRINT):  David Kummer | SIGNATURE:  *David Kummer* |
|---|---|
| TITLE:          CSST | DATE:          11/22/2021 |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX B-Analytical Results



# ANALYTICAL REPORT
## Amended-20211207

Report Date: December 07, 2021

Jorge Vizcaino
Aero-Environmental Consulting
1426 Via Isola
Monterey, CA  93940

Phone: (831)  277-5831

E-mail: jorge@aero-enviro.com

Workorder: **34-2133803**
Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

---

Sample ID: **12121W1-Warehouse Floor**                       Collected: 12/01/2021
Lab ID: 2133803001              Sampling Location: Warehouse Floor        Received: 12/02/2021

Method: **NIOSH 9102 Mod, Ghost Wipe**   Media: Ghost Wipe    Instrument: ICP12
Dilution: 1         Sampling Parameter: Area 100 cm²        Prepared: 12/03/2021 (287995)
                                                             Analyzed: 12/06/2021 (288071)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---------|--------------------|--------------------|----------------|
| Cobalt  | 0.77               | 0.77               | 0.075          |

---

Sample ID: **12121W2-Warehouse Elevated Horizontal Surface**          Collected: 12/01/2021
Lab ID: 2133803002                                            Received: 12/02/2021

Method: **NIOSH 9102 Mod, Ghost Wipe**   Media: Ghost Wipe    Instrument: ICP12
Dilution: 1         Sampling Parameter: Area 100 cm²        Prepared: 12/03/2021 (287995)
                                                             Analyzed: 12/06/2021 (288071)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---------|--------------------|--------------------|----------------|
| Cobalt  | 2.8                | 2.8                | 0.075          |

---

Sample ID: **12121W3-Warehouse Floor**                       Collected: 12/01/2021
Lab ID: 2133803003              Sampling Location: 2108 Bering Dr #B     Received: 12/02/2021

Method: **NIOSH 9102 Mod, Ghost Wipe**   Media: Ghost Wipe    Instrument: ICP12
Dilution: 1         Sampling Parameter: Area 100 cm²        Prepared: 12/03/2021 (287995)
                                                             Analyzed: 12/06/2021 (288071)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---------|--------------------|--------------------|----------------|
| Cobalt  | 0.27               | 0.27               | 0.075          |

---



## ANALYTICAL REPORT
### Amended-20211207

Workorder: **34-2133803**
Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

**Sample ID: 12121W4-Clean Room Test Lab Floor**                    Collected: 12/01/2021

| Lab ID: 2133803004 | Sampling Location: 2108 Bering Dr #B | Received: 12/02/2021 |
|---|---|---|

Method: **NIOSH 9102 Mod, Ghost Wipe**    Media: Ghost Wipe    Instrument: ICP12
Dilution: 1    Sampling Parameter: Area 100 cm²    Prepared: 12/03/2021 (287995)    Analyzed: 12/06/2021 (288071)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.13 | 0.13 | 0.075 |

**Sample ID: 12121W5-Book Shelf-Simon's Office**                    Collected: 12/01/2021

| Lab ID: 2133803005 | Sampling Location: 2108 Bering Dr #B | Received: 12/02/2021 |
|---|---|---|

Method: **NIOSH 9102 Mod, Ghost Wipe**    Media: Ghost Wipe    Instrument: ICP12
Dilution: 1    Sampling Parameter: Area 100 cm²    Prepared: 12/03/2021 (287995)    Analyzed: 12/06/2021 (288071)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 3.2 | 3.2 | 0.075 |

**Sample ID: 12121W6-Stock Room**                    Collected: 12/01/2021

| Lab ID: 2133803006 | Sampling Location: 2108 Bering Dr #B | Received: 12/02/2021 |
|---|---|---|

Method: **NIOSH 9102 Mod, Ghost Wipe**    Media: Ghost Wipe    Instrument: ICP12
Dilution: 1    Sampling Parameter: Area 100 cm²    Prepared: 12/03/2021 (287995)    Analyzed: 12/06/2021 (288071)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.15 | 0.15 | 0.075 |

**Sample ID: 12121A1**                    Collected: 12/01/2021

| Lab ID: 2133803007 | Sampling Location: 2108 Bering Dr #B | Received: 12/02/2021 |
|---|---|---|

Method: **NIOSH 7300 Mod., MCE**    Media: MCE Filter    Instrument: ICP12
Dilution: 1    Sampling Parameter: Air Volume 999 L    Prepared: 12/03/2021 (287996)    Analyzed: 12/06/2021 (288071)

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 1.6 | 0.0016 | 0.075 |



# ANALYTICAL REPORT
## Amended-20211207

Workorder: **34-2133803**

Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12121A2** | | | Collected: 12/01/2021 |
|---|---|---|---|
| Lab ID: 2133803008 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| **Method:** NIOSH 7300 Mod., MCE | **Media:** MCE Filter | **Instrument:** ICP12 |
|---|---|---|
| **Dilution:** 1 | **Sampling Parameter:** Air Volume 969 L | **Prepared:** 12/03/2021 (287996) |
| | | **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | **0.17** | **0.00018** | 0.075 |

| Sample ID: **12121A3** | | | Collected: 12/01/2021 |
|---|---|---|---|
| Lab ID: 2133803009 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| **Method:** NIOSH 7300 Mod., MCE | **Media:** MCE Filter | **Instrument:** ICP12 |
|---|---|---|
| **Dilution:** 1 | **Sampling Parameter:** Air Volume 240 L | **Prepared:** 12/03/2021 (287996) |
| | | **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.00031 | 0.075 |

| Sample ID: **12121A4** | | | Collected: 12/01/2021 |
|---|---|---|---|
| Lab ID: 2133803010 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| **Method:** NIOSH 7300 Mod., MCE | **Media:** MCE Filter | **Instrument:** ICP12 |
|---|---|---|
| **Dilution:** 1 | **Sampling Parameter:** Air Volume 1305 L | **Prepared:** 12/03/2021 (287996) |
| | | **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.000057 | 0.075 |

| Sample ID: **12121FB** | | | Collected: 12/01/2021 |
|---|---|---|---|
| Lab ID: 2133803011 | Sampling Location: 2108 Bering Dr #B | | Received: 12/02/2021 |

| **Method:** NIOSH 7300 Mod., MCE | **Media:** MCE Filter | **Instrument:** ICP12 |
|---|---|---|
| **Dilution:** 1 | **Sampling Parameter:** Air Volume Not Applicable | **Prepared:** 12/03/2021 (287996) |
| | | **Analyzed:** 12/06/2021 (288071) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | NA | 0.075 |

## Comments

| Workorder: 2133803 |
|---|

Amended(12/07/2021): Update Sample IDs with locations

## Report Authorization  (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
|---|---|---|
| **NIOSH 7300 Mod., MCE (288071)** | /S/ Rex Bagley | /S/ Kristie F. Bitner |
| | 12/06/2021 13:44 | 12/06/2021 14:49 |



# ANALYTICAL REPORT
## Amended-20211207

Workorder: **34-2133803**
Client Project ID: 2108 Bering Dr #B
Purchase Order: NA
Project Manager: Stella Hanis

## Report Authorization  (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
|---|---|---|
| **NIOSH 9102 Mod, Ghost Wipe (288071)** | /S/ Rex Bagley<br>12/06/2021 13:44 | /S/ Kristie F. Bitner<br>12/06/2021 14:49 |

## Laboratory Contact Information

ALS Environmental
960 W Levoy Drive
Salt Lake City, Utah 84123

Phone: (801) 266-7700
Email: alslt.lab@ALSGlobal.com
Web: www.alsslc.com

## General Lab Comments

The results provided in this report relate only to the items tested.
Samples were received in acceptable condition unless otherwise noted.
The following was provided by the client: Sample ID, Collection Date, Sampling Location, Media Type, Sampling Parameter.
Collection Date, Media Type, and Sampling Parameter can potentially affect the validity of the results.
Samples have not been blank corrected unless otherwise noted.
This test report shall not be reproduced, except in full, without written approval of ALS.

ALS provides professional analytical services for all samples submitted. ALS is not in a position to interpret the data and assumes no responsibility for the quality of the samples submitted.

All quality control samples processed with the samples in this report yielded acceptable results unless otherwise noted.

ALS is accredited for specific fields of testing (scopes) in the following testing sectors. The quality system implemented at ALS conforms to accreditation requirements and is applied to all analytical testing performed by ALS. The following table lists testing sector, accreditation body, accreditation number and website. Please contact these accrediting bodies or your ALS project manager for the current scope of accreditation that applies to your analytical testing.

| Testing Sector | Accreditation Body (Standard) | Certificate Number | Website |
|---|---|---|---|
| Environmental | PJLA (DoD ELAP) | L20-57 | http://www.pjlabs.com |
| | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |
| Industrial Hygiene | AIHA (ISO 17025 & AIHA IHLAP) | 101574 | http://www.aihaaccreditedlabs.org |
| | DOECAP-AP | L20-59 | http://www.pjlabs.com |
| | Washington | C596 | https://ecology.wa.gov/Regulations-Permits/Permits-certifications/Laboratory-Accreditation |
| Dietary Supplements | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |

## Definitions

LOD = Limit of Detection = MDL = Method Detection Limit, A statistical estimate of method/media/instrument sensitivity.
LOQ = Limit of Quantitation = RL = Reporting Limit, A verified value of method/media/instrument sensitivity.
ND = Not Detected, Testing result not detected above the LOD or LOQ.
NA = Not Applicable.
** No result could be reported, see sample comments for details.
< Means this testing result is less than the numerical value.
( ) This testing result is between the LOD and LOQ and has higher analytical uncertainty than values at or above the LOQ.

# ANALYTICAL REPORT

Report Date: December 07, 2021

Jorge Vizcaino
Aero-Environmental Consulting
1426 Via Isola
Monterey, CA   93940

Phone: (831)  277-5831

E-mail: jorge@aero-enviro.com

Workorder: **34-2134131**
Client Project ID: 2108 Bering Dr Ste B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| | | |
|---|---|---|
| Sample ID: **12-4-W1** | | Collected: 12/04/2021 |
| Lab ID: 2134131001 | Sampling Location: 2108 Bering Dr Ste B | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/07/2021 (288132) |
| | | Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.52 | 0.52 | 0.075 |

| | | |
|---|---|---|
| Sample ID: **12-4-W2** | | Collected: 12/04/2021 |
| Lab ID: 2134131002 | Sampling Location: 2108 Bering Dr Ste B | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/07/2021 (288132) |
| | | Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.25 | 0.25 | 0.075 |

| | | |
|---|---|---|
| Sample ID: **12-4-W3** | | Collected: 12/04/2021 |
| Lab ID: 2134131003 | Sampling Location: 2108 Bering Dr Ste B | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/07/2021 (288132) |
| | | Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |

ADDRESS 960 West LeVoy Drive, Salt Lake City, Utah, 84123 USA | PHONE +1 801 266 7700 | FAX +1 801 268 9992 | WEB http://www.alsglobal.com/slt
ALS GROUP USA, CORP.   An ALS Limited Company

Environmental
www.alsglobal.com
RIGHT SOLUTIONS RIGHT PARTNER

Page 1 of 4     Tue, 12/07/21 3:11 pm     IHREP-V12.7



# ANALYTICAL REPORT

Workorder: **34-2134131**
Client Project ID: 2108 Bering Dr Ste B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

### Sample ID: **12-4-W4**

| Lab ID: 2134131004 | Sampling Location: 2108 Bering Dr Ste B | Collected: 12/04/2021 |
| | | Received: 12/07/2021 |

**Method:** NIOSH 9102 Mod, Ghost Wipe
**Media:** Ghost Wipe
**Instrument:** ICP13
**Dilution:** 1
**Sampling Parameter:** Area 100 cm²
**Prepared:** 12/07/2021 (288132)
**Analyzed:** 12/07/2021 (288145)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.94 | 0.94 | 0.075 |

### Sample ID: **12-4-W5**

| Lab ID: 2134131005 | Sampling Location: 2108 Bering Dr Ste B | Collected: 12/04/2021 |
| | | Received: 12/07/2021 |

**Method:** NIOSH 9102 Mod, Ghost Wipe
**Media:** Ghost Wipe
**Instrument:** ICP13
**Dilution:** 1
**Sampling Parameter:** Area 100 cm²
**Prepared:** 12/07/2021 (288132)
**Analyzed:** 12/07/2021 (288145)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 1.2 | 1.2 | 0.075 |

### Sample ID: **12-4-W6**

| Lab ID: 2134131006 | Sampling Location: 2108 Bering Dr Ste B | Collected: 12/04/2021 |
| | | Received: 12/07/2021 |

**Method:** NIOSH 9102 Mod, Ghost Wipe
**Media:** Ghost Wipe
**Instrument:** ICP13
**Dilution:** 1
**Sampling Parameter:** Area 100 cm²
**Prepared:** 12/07/2021 (288132)
**Analyzed:** 12/07/2021 (288145)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.10 | 0.10 | 0.075 |

### Sample ID: **12-4-W7**

| Lab ID: 2134131007 | Sampling Location: 2108 Bering Dr Ste B | Collected: 12/04/2021 |
| | | Received: 12/07/2021 |

**Method:** NIOSH 9102 Mod, Ghost Wipe
**Media:** Ghost Wipe
**Instrument:** ICP13
**Dilution:** 1
**Sampling Parameter:** Area 100 cm²
**Prepared:** 12/07/2021 (288132)
**Analyzed:** 12/07/2021 (288145)

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 2.0 | 2.0 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134131**

Client Project ID: 2108 Bering Dr Ste B
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-4-W8** | | | Collected: 12/04/2021 |
|---|---|---|---|
| Lab ID: 2134131008 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/07/2021 (288132) Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.17 | 0.17 | 0.075 |

| Sample ID: **12-4-W9** | | | Collected: 12/04/2021 |
|---|---|---|---|
| Lab ID: 2134131009 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/07/2021 (288132) Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.42 | 0.42 | 0.075 |

| Sample ID: **12-4-W10** | | | Collected: 12/04/2021 |
|---|---|---|---|
| Lab ID: 2134131010 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/07/2021 (288132) Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.53 | 0.53 | 0.075 |

| Sample ID: **12-4-FB** | | | Collected: 12/04/2021 |
|---|---|---|---|
| Lab ID: 2134131011 | Sampling Location: 2108 Bering Dr Ste B | | Received: 12/07/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area Not Applicable | | Prepared: 12/07/2021 (288132) Analyzed: 12/07/2021 (288145) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | NA | 0.075 |

## Report Authorization  (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
|---|---|---|
| **NIOSH 9102 Mod, Ghost Wipe (288145)** | /S/ Peter P. Steen 12/07/2021 14:27 | /S/ Kristie F. Bitner 12/07/2021 15:08 |



# ANALYTICAL REPORT

Workorder: **34-2134131**
Client Project ID: 2108 Bering Dr Ste B
Purchase Order: NA
Project Manager: Stella Hanis

## Laboratory Contact Information

ALS Environmental
960 W Levoy Drive
Salt Lake City, Utah 84123

Phone: (801) 266-7700
Email: alslt.lab@ALSGlobal.com
Web: www.alsslc.com

## General Lab Comments

The results provided in this report relate only to the items tested.
Samples were received in acceptable condition unless otherwise noted.
The following was provided by the client: Sample ID, Collection Date, Sampling Location, Media Type, Sampling Parameter.
Collection Date, Media Type, and Sampling Parameter can potentially affect the validity of the results.
Samples have not been blank corrected unless otherwise noted.
This test report shall not be reproduced, except in full, without written approval of ALS.

ALS provides professional analytical services for all samples submitted. ALS is not in a position to interpret the data and assumes no responsibility for the quality of the samples submitted.

All quality control samples processed with the samples in this report yielded acceptable results unless otherwise noted.

ALS is accredited for specific fields of testing (scopes) in the following testing sectors. The quality system implemented at ALS conforms to accreditation requirements and is applied to all analytical testing performed by ALS. The following table lists testing sector, accreditation body, accreditation number and website. Please contact these accrediting bodies or your ALS project manager for the current scope of accreditation that applies to your analytical testing.

| Testing Sector | Accreditation Body (Standard) | Certificate Number | Website |
|---|---|---|---|
| Environmental | PJLA (DoD ELAP) | L20-57 | http://www.pjlabs.com |
| | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |
| Industrial Hygiene | AIHA (ISO 17025 & AIHA IHLAP) | 101574 | http://www.aihaaccreditedlabs.org |
| | DOECAP-AP | L20-59 | http://www.pjlabs.com |
| | Washington | C596 | https://ecology.wa.gov/Regulations-Permits/Permits-certifications/Laboratory-Accreditation |
| Dietary Supplements | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |

## Definitions

LOD = Limit of Detection = MDL = Method Detection Limit, A statistical estimate of method/media/instrument sensitivity.
LOQ = Limit of Quantitation = RL = Reporting Limit, A verified value of method/media/instrument sensitivity.
ND = Not Detected, Testing result not detected above the LOD or LOQ.
NA = Not Applicable.
** No result could be reported, see sample comments for details.
< Means this testing result is less than the numerical value.
( ) This testing result is between the LOD and LOQ and has higher analytical uncertainty than values at or above the LOQ.

**LA Testing**

5431 Industrial Drive, Huntington Beach, CA 92649

Phone: (714) 828-4999    Fax: (714) 828-4944    Email: gardengrovelab@latesting.com

Attn: **Jorge Vizcaino**                                                    12/8/2021
**Aero-Environmental Consulting, Inc.**
**1426 Via Isola**
**Monterey, CA 93940**

Phone: (831) 394-1199
Fax:

The following analytical report covers the analysis performed on samples submitted to LA Testing on 12/6/2021. The results are tabulated on the attached data pages for the following client designated project:

**Quantum Labs**

The reference number for these samples is EMSL Order #332129185. Please use this reference when calling about these samples. If you have any questions, please do not hesitate to contact me at (714) 828-4999.

Approved By:

*Michael Chapman*

Michael Chapman, Laboratory Manager

The samples associated with this report were received in good condition unless otherwise noted. This report relates only to those items tested as received by the laboratory. The QC data associated with the sample results meet the recovery and precision requirements unless specifically indicated. The final results are not blank corrected unless specifically indicated. The laboratory is not responsible for final results calculated using air volumes that have been provided by non-laboratory personnel. This report may not be reproduced except in full and without written approval by EMSL Analytical, Inc.

# LA Testing

**5431 Industrial Drive, Huntington Beach, CA 92649**
Phone/Fax: (714) 828-4999 / (714) 828-4944
http://www.LATesting.com        gardengrovelab@latesting.com

LA Testing Order: 332129185
CustomerID: 32AECO77
CustomerPO:
ProjectID:

Attn: **Jorge Vizcaino**
**Aero-Environmental Consulting, Inc.**
**1426 Via Isola**
**Monterey, CA 93940**

Phone: (831) 394-1199
Fax:
Received: 12/6/2021 11:20 AM
Collected: 12/2/2021

Project: **Quantum Labs**

## Analytical Results

| *Client Sample Description* | 12221-A1 | | *Collected:* | 12/2/2021 | *Lab ID:* | 332129185-0001 |
|---|---|---|---|---|---|---|
| | at neg, air machine exhaust outside of bldg. | | | | | |

| *Method* | *Parameter* | *Result* | *RL* | *Units* | Prep Date & Analyst | Analysis Date & Analyst |
|---|---|---|---|---|---|---|
| **METALS** | | | | | | |
| 7300 Modified | Cobalt | <0.34 | 0.34 | µg/m³ | 12/7/2021   TH | 12/7/2021   TH |

| *Client Sample Description* | 12221-A2 | | *Collected:* | 12/2/2021 | *Lab ID:* | 332129185-0002 |
|---|---|---|---|---|---|---|
| | Perimeter air sample in office | | | | | |

| *Method* | *Parameter* | *Result* | *RL* | *Units* | Prep Date & Analyst | Analysis Date & Analyst |
|---|---|---|---|---|---|---|
| **METALS** | | | | | | |
| 7300 Modified | Cobalt | <0.37 | 0.37 | µg/m³ | 12/7/2021   TH | 12/7/2021   TH |

| *Client Sample Description* | 12221-A3 | | *Collected:* | 12/2/2021 | *Lab ID:* | 332129185-0003 |
|---|---|---|---|---|---|---|
| | Personal air sample on Mario Garza | | | | | |

| *Method* | *Parameter* | *Result* | *RL* | *Units* | Prep Date & Analyst | Analysis Date & Analyst |
|---|---|---|---|---|---|---|
| **METALS** | | | | | | |
| 7300 Modified | Cobalt | <0.45 | 0.45 | µg/m³ | 12/7/2021   TH | 12/7/2021   TH |

| *Client Sample Description* | 12221-A4 | | *Collected:* | 12/2/2021 | *Lab ID:* | 332129185-0004 |
|---|---|---|---|---|---|---|
| | Personal air Sample on Kristen Davis | | | | | |

| *Method* | *Parameter* | *Result* | *RL* | *Units* | Prep Date & Analyst | Analysis Date & Analyst |
|---|---|---|---|---|---|---|
| **METALS** | | | | | | |
| 7300 Modified | Cobalt | <0.48 | 0.48 | µg/m³ | 12/7/2021   TH | 12/7/2021   TH |

**Definitions:**
MDL - method detection limit
J - Result was below the reporting limit, but at or above the MDL
ND - indicates that the analyte was not detected at the reporting limit
RL - Reporting Limit (Analytical)
D - Dilution Sample required a dilution which was used to calculate final results



**Chain of Custody**

5431 Industrial Drive

**EMSL Order Number** (Lab Use Only):

# #332129185

Huntington Beach, CA 92649

PHONE: (714) 828-4999
FAX: (714) 828-4944

| | | | |
|---|---|---|---|
| **Company :** Aero-Environmental Consulting, Inc. | | **EMSL-Bill to:** ✓ Same ☐ Different | |
| | | If Bill to is Different note instructions in Comments** | |
| **Street:** 1426 Via Isola | | **Third Party Billing requires written authorization from third party** | |
| **City:** Monterey | **State/Province:** CA | **Zip/Postal Code:** 93940 | **Country:** US |
| **Report To (Name):** Jorge Vizcaino | | **Telephone #:** 831.394.1199 | |
| **Email Address:** Jorge@Aero-Enviro.com | | **Fax #:** | **Purchase Order:** |
| **Project Name/Number:** Quantum Labs | | **Please Provide Results:** FAX ✓ E-mail ☐ Mail | |
| **U.S. State Samples Taken:** CA | | **Connecticut Samples:** ☐ Commercial ☐ Residential | |

## Turnaround Time (TAT) Options* - Please Check

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ■ 48 Hour | ☐ 72 Hour | ☐ 96 Hour | ☐ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

*For RUSH TAT's Please Call Ahead to Confirm Lab Availability and Availability. Not all TAT options are valid for every test.
Materials Science and IAQ TATs are in Business Days rather than Hours (i.e. 24 Hour = End of Next Business Day)

## Asbestos

**PCM - Air**
☐ NIOSH 7400
☐ w/ 8hr. TWA

**TEM– Air** ☐ 4-4.5hr TAT(AHERA ONLY)
☐ AHERA 40 CFR, Part 763
☐ NIOSH 7402
☐ EPA Level II
☐ ISO 10312

**TEM - Water**
Fibers ≥10µm    ☐ Waste ☐ Drinking
All Fiber Sizes   ☐ Waste ☐ Drinking

**PLM - Bulk**
☐ PLM EPA 600/R-93/116
☐ PLM EPA NOB (<1%)
☐ NYS 198.1 (friable-NY)
☐ NYS 198.6 (non-friable-NY)
Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%)
Point Count w/ Gravimetric
          ☐ 400 (<0.25%) ☐ 1000 (<0.1%)

**TEM - Dust**
☐ Microvac – ASTM D 5755
☐ Wipe-ASTM D6480

**TEM - Bulk**
☐ TEM EPA NOB
☐ NYS NOB 198.4 (non-friable-NY)
☐ Chatfield SOP

**Soil/Rock/Vermiculite**
☐ PLM CARB 435 – A (0.25% sensitivity)
☐ PLM CARB 435 – B (0.1% sensitivity)
☐ TEM CARB 435 – B (0.1% sensitivity)
☐ EPA Reg. 1 Screening Protocol (Qualitative)
**Other:**

## Lead (Pb)

**Flame Atomic Absorption**
☐ Chips SW846-7000B or AOAC 974.02
☐ Soil SW846-7000B/7420
☐ Air NIOSH 7082
☐ Wastewater SM3111B or SW846-7000B/7420
☐ ASTM Wipe SW846-7000B/7420
☐ non ASTM Wipe SW846-7000B/7420
☐ TCLP SW846-1311/7420/SM 3111B

**Graphite Furnace Atomic Absorption**
☐ Soil SW846-7421    ☐ Wastewater EPA 200.9
☐ Air NIOSH 7105    ☐ Drinking Water EPA 200.9

**ICP**
■ Air NIOSH 7300 Modified COBALT
☐ non ASTM Wipe SW846-6010B or C
☐ ASTM Wipe SW846-6010B or C
☐ Soil SW846-6010 B or C
☐ Waste Water SW846-6010B or C
☐ TCLP SW846-6010B or C

**Other:** ☐

### Materials Science

☐ Common Particle ID (large particles)
☐ Full Particle ID (environmental dust)
☐ Basic Material ID (solids)
☐ Advanced Material ID
☐ Physical Testing (Tensile, Compression)
☐ Combustion-by-products (soot, char, etc.)
☐ X-Ray Fluorescence (elem. analysis)
☐ X-Ray Diffraction (Crystalline Part.)
☐ MMVF's (Fibrous glass, RCF's)
☐ Particle Size (sieve/microscopy/laser)
☐ Combustible Dust
☐ Petrographic Examination
**Other:** ☐

## Microbiology

**Wipe and Bulk Samples**
☐ Mold & Fungi – Direct Examination
☐ Mold & Fungi Culture (Genus Only)
☐ Mold & Fungi Culture (Genus & Species)
☐ Bacterial Count & ID (Up to Three Types)
☐ Bacterial Count & ID (Up to Five Types)
☐ MRSA
☐ Pseudomonas aeruginosa

**Water Samples**
☐ Total Coliform & E.coli (P/A)
☐ Fecal Coliform (SM 9222D)
☐ Sewage Screen
☐ Heterotrophic Plate Count (SM 9215)

**Air Samples**
☐ Mold & Fungi (Spore Trap)
☐ Mold & Fungi Culture (Genus Only)
☐ Mold & Fungi (Genus & Species)
☐ Bacterial Culture & ID (Up to Three Types)
☐ Bacterial Culture & ID (Up to Five Types)
☐ Endotoxin Testing
**Real Time Q-PCR** (See Analytical Guide for Code)
Code:

**Legionella**
☐ Level 1 ☐ Level 2 ☐ Level 3 ☐ Level 4
**Other:** ☐

### IAQ

Nuisance Dust NIOSH ☐ 0500 ☐ 0600
Airborne Dust ☐ PM10 ☐ TSP
Silica Analysis: ☐ All Species
Silica Analysis – Single Species
    ☐ Alpha Quartz ☐ Cristobalite ☐ Tridymite
☐ HVAC Efficiency
☐ Carbon Black
☐ Airborne Oil Mist
Radon Testing: Call for Kit and COC
**Other:** ☐

**\*\*Comments/Special Instructions:**
*ANALYZE FOR COBALT*

| **Client Sample #'s** | - | | **Total # of Samples:** 4 |
|---|---|---|---|
| **Relinquished (Client):** David Kummer | | **Date:** 12-2-2021 | **Time:** |
| **Received (Lab):** EM(FX) | | **Date:** 12/6/21 | **Time:** 11:20AM |

Analysis Completed in Accordance with EMSL's Terms and Conditions located in the Analytical Price Guide



**Chain of Custody**
**EMSL Order Number** *(Lab Use Only):*

#332129185

5431 Industrial Drive

Huntington Beach, CA 92649
PHONE: (714) 828-4999
FAX: (714) 828-4944

| Sample # | Sample Description | Volume/Area (Air) HA # (Bulk) | Date/Time Sampled |
|---|---|---|---|
| 12221A1 | AT NEG. AIR MACHINE EXHAUST OUTSIDE OF BLDG. | 1,477.98L | 12-2-2021 8AM TO 4PM |
| 12221A2 | PERIMETER AIR SAMPLE IN OFFICE | 1,349.46L | '' '' |
| 12221A3 | PERSONAL AIR SAMPLE ON MARIO GARZA | 1,119.96L | '' '' |
| 12221A4 | PERSONAL AIR SAMPLE ON KRISTEN DAVIS | 1,040.40L | '' '' |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Comments/Special Instructions: ANALYZE FOR COBALT

Analysis Completed in Accordance with EMSL's Terms and Conditions located in the Analytical Price Guide



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX C-PHOTOGRAPHIC DOCUMENTATION



Photo 1-Interior of Facility with Negative HEPA Air Machines



Photo 2-Interior Corridor



Photo 3-Critical barriers on ventilation duct exhausts



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 4-Interior of Lab M**



**Photo 5-Perimeter Air Sample by Negative Air Pressure Exhaust**



**Photo 6-Simon Planck's Office**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 7-Air sample collection in Clean Room Test Lab



Photo 8-Baseline wipe sample in warehouse floor



Photo 9-Baseline wipe sample on horizontal hood bench of Warehouse



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 10-Baseline wipe sample in Clean Room Test Lab



Photo 11-Baseline wipe sample with elevated cobalt levels in Simon's Office



Photo 12-Warehouse Area with Clearance Wipe Samples



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 13-Clearance Wipe Sample on Warehouse Floor**



**Photo 14-Clearance Wipe Sample on horizontal equipment surface of Warehouse Area**



**Photo 15-Clearance Wipe Sample on horizontal bench of Warehouse area**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 16-Clearance Wipe Sample on Plastic Storage Drum**



**Photo 17-Clearance Wipe Sample of Dividing Door**



**Photo 18-Clearance Wipe Sample above Equipment in Warehouse Area**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX D-Professional Certifications

State of California
Division of Occupational Safety and Health
**Certified Asbestos Consultant**

Jorge Ignacio Vizcaino
Name

Certification No. __04-3554__

Expires on __04/15/22__

This certification was issued by the Division of
Occupational Safety and Health as authorized
by Sections 7180 et seq. of the Business and
Professions Code.

# The Board for Global EHS Credentialing (BGC)

through its vested authority, hereby confirms that

## Jorge I. Vizcaino

has met all requirements of education, experience, and examination, and on-going maintenance set forth through the BGC's American Board of Industrial Hygiene®'s (ABIH®) credentialing division for re-certification in the Comprehensive Practice of Industrial Hygiene and is thereby conferred the credential of

## Certified Industrial Hygienist® (CIH®)

The aforenamed individual is given all rights, privileges, and responsibilities as both a diplomate of the BGC and holder of the CIH credential, provided that the credential is not suspended or revoked, and it is renewed annually. Moreover, the holder must meet all recertification requirements, including the obligation to practice ethically as prescribed by the BGC.





Credential Number:    9814 CP

Award Date:    October 4, 2010

Expiration Date:    June 1, 2026

Cynthia Hanko, CIH
Chair of the Board of Directors

Ulric K. Chung, MCS, PhD
Chief Executive Officer and Secretary

| | |
|---|---|
| **From:** | recertinfo@ihmm.org |
| **To:** | Jorge Vizcaino |
| **Subject:** | Congratulations on Recertifying Your CHMM! |
| **Date:** | Thursday, November 5, 2020 10:38:14 AM |

Dear  Vizcaino,

**Congratulations on successfully recertifying your CHMM credential!** Thank you for your continued effort in safety when working with hazardous materials. You are one of the many reasons why this world is a safer place to live. The amount of time you have taken to recertify has not gone unnoticed by the IHMM staff.

Your recertification application has been processed for the cycle ending 10/31/2021. Your new credential expiration date is 10/31/2026.

Please use this electronic copy of your **CHMM Letter of Compliance** as proof of credential and for any third-party verification needs until your presentation copies of your CHMM Letter of Compliance (proof of credential) and Certificate (suitable for display) arrive.

IHMM certifications are the standard of excellence in the hazardous materials industry. As an IHMM credential holder, you can:

- Validate your expertise in many areas
- Distinguish yourself in a competitive marketplace
- Increase your employment options
- Demonstrate ongoing competence
- Expand your professional network
- Benefit from public sector outreach
- Receive global recognition

You are now authorized to continue using your credential designation through the expiration date listed in your *My*IHMM account online and on your certificate as long as you adhere to the CHMM Code of Ethics, remain in good standing, and maintain all required fees.

Remember to regularly access your *My*IHMM account to monitor your certification and fee due dates, to maintain your record's accuracy and to keep abreast of certification news. As a Certificant you agree to the proper use of the logo and acronym designation, and to surrender the certificate in the event of withdrawal of certification by IHMM.

We appreciate your continued support of IHMM and your commitment to the professional excellence embodied in your credential.

Sincerely,



*Gene Guilford*
*Executive Director*



*Institute of Hazardous Materials Management*
*9210 Corporate Blvd.,  Suite 470 | Rockville, MD 20850*
*(301) 984-8969 | (301) 984-1516 fax*

California Department of **PublicHealth**

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH

# LEAD-RELATED CONSTRUCTION CERTIFICATE



**Jorge Vizcaíno**

**INDIVIDUAL:**

**CERTIFICATE TYPE:**

Lead Inspector/Assessor

**NUMBER:**

LRC-0001930

**EXPIRATION DATE:**

11/3/2022

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.



State of California
Division of Occupational Safety and Health
**Certified Site Surveillance Technician**



**David  E Kummer**
Name

Certification No. ___08-4363___

Expires on ___06/19/22___

This certification was issued by the Division of
Occupational Safety and Health as authorized by
Sections 7180 et seq. of the Business and
Professions Code.



**STATE OF CALIFORNIA**
**DEPARTMENT OF PUBLIC HEALTH**



# LEAD-RELATED CONSTRUCTION CERTIFICATE

**INDIVIDUAL:**          **CERTIFICATE TYPE:**                    **NUMBER:**                    **EXPIRATION DATE:**

Lead Sampling Technician                    LRC-00007343                    10/27/2022

**David Kummer**

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at  or calling (800) 597-LEAD.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Surface Wipe Sample Evaluation of Cobalt 59 Dust following interior Cobalt cleanup operations inside Lab Q at Quantum Labs, San Jose, California

| Date Inspection Conducted: | 12/09/2021 |
|---|---|
| Date of Report: | 12/15/2021 |
| Assignment: | Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab Q, Quantum Labs |
| Address of Evaluation | QUANTUM LABS- 2108 Bering Dr., Suite B, San Jose, CA |
| Work Performed By: | Jorge Vizcaino, CIH 9814 |
| Aero-Environmental Project Name: | QUANTUM LABS-Cobalt Decontamination  Monitoring |

**QUANTUM LABS**
**2108 BERING DR. UNIT B**
**SAN JOSE, CA 95131**

## Highlights of this Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab Q

On December 9th, 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted a Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab Q at Quantum Labs.

### What Aero-Environmental Did

- We collected 24 clearance wipe samples (and two field blanks) of the Lab Q area following decontamination of this area.
- We communicated with the Belfor Environmental project manager any issues of concern.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

## What We Found

- Analytical results for the clearance wipe samples indicated detectable cobalt surface concentrations in all but four (4) of the samples collected, with one (1) wipe sample exceeding the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.
- All clearance wipe sample results for Lab Q area (see attached site plan) were below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces.
- The surface wipe sample (12-9-W24) concentration for the Temescal Exhaust Fan located on the roof was extremely high at 420 ug/100 cm$^2$.

## What Aero-Environmental recommends

- Based on the extremely elevated cobalt 59 concentration in the Temescal Exhaust Fan, the following HVAC components are considered potentially contaminated and should be decontaminated by Belfor Environmental:

- Motionless air areas where dust accumulates
- Area at the top of air ducts
- Access flanges
- Mechanical areas associated with motors and blowers
- Filters
- Damper
- Control Valves
- Interior of Ducts

# Abbreviations

| | |
|---|---|
| cm$^2$ | Square centimeter |
| µg/100 cm$^2$ | Micrograms per 100 square centimeters |
| mg/m$^3$ | Milligrams per cubic meter |
| ABIH® | American Board of Industrial Hygienists |
| ACGIH® | American Conference of Governmental Industrial Hygienists |
| BNL | Brookhaven National Lab |
| CAL-OSHA | California Occupational Safety and Health Administration |
| CIH | Certified Industrial Hygienist |
| CFR | Code of Federal Regulations |
| CCR | California Code of Regulations |
| HEPA | High Efficiency Particulate Air |

831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

NIOSH           National Institute of Occupational Safety and Health
PPE             Personal Protective Equipment
OEL             Occupational Exposure Level
PBZ             Personal Breathing Zone
ppb             Parts per billion
ppm             Parts per million
PEL             Permissible exposure limit
PPE             Personal Protective Equipment
TWA             Time-weighted average

# Table of Contents

Summary ..................................................................................................................................... 3

Introduction .............................................................................................................................. 4

Methods .................................................................................................................................... 5

Evaluation Criteria .................................................................................................................... 5

Results ...................................................................................................................................... 6

Conclusions and Recommendations ......................................................................................... 7

Availability of Report/Disclaimer ............................................................................................. 8

FIGURE 1 -FLOOR PLAN WITH WIPE SAMPLING LOCATIONS ..................................................... 9

APPENDIX A-ANALYTICAL RESULTS ......................................................................................... 10

APPENDIX B-PHOTOGRAPHIC DOCUMENTATION ................................................................... 11

APPENDIX C-PROFESSIONAL CERTIFICATIONS ........................................................................ 23

# Summary

On December 9th, 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted a Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab Q at Quantum Labs. Following an opening safety meeting and walkthrough of the decontamination areas, the industrial hygiene professionals evaluated the cobalt decontamination containment system for Lab Q that Belfor



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

Environmental indicated was ready for surface wipe sample clearance testing. Surface wipe sampling of this area was conducted by selecting specific floor and elevated horizontal surfaces, where cobalt dust could have potentially accumulated. The cobalt decontamination containment was also evaluated and found to be satisfactory. In addition, cobalt decontamination activities and work practices were discussed with the project lead supervisor, Greg Henke.

Twenty-four (24) clearance wipe samples (and two field blanks) were collected of the Lab Q area following decontamination of this area.. The location of these surface wipe samples included the entire flooring, hood covers, cabinet shelving, Implanter ceiling (roof), covers of hanging fluorescent lights, fume hood benches, flooring in the cross hatch area, and the Temescal exhaust fan in the roof of the building.

All clearance wipe sample results for Lab Q area (see attached site plan) were below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces.

The surface wipe sample (12-9-W24) concentration for the Temescal Exhaust Fan located on the roof was extremely high at 420 ug/100 cm$^2$.

# Introduction

On December 9th, 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted a Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab Q at Quantum Labs. Following an opening safety meeting and walkthrough of the decontamination areas, the industrial hygiene professionals evaluated the cobalt decontamination containment system for Lab Q that Belfor Environmental indicated was ready for surface wipe sample clearance testing. Surface wipe sampling of this area was conducted by selecting specific floor and elevated horizontal surfaces, where cobalt dust could have potentially accumulated. The cobalt decontamination containment was also evaluated and found to be satisfactory. In addition, cobalt decontamination activities and work practices were discussed with the project lead supervisor, Greg Henke.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Methods

Belfor Environmental Scope of Work consists of the following:

- Set up critical barriers and containments to isolate work areas.
- Lab pack of loose chemicals.
- Removal of Select Exhaust Systems
- Removal of specified tools owned by Maxim.
- Removal of specified pipe runs
- Decontamination of Quantum tools
- Clean Facility of Cobalt 59 contamination.

Aero-Environmental Consulting conducted the following activities:

1) Collection of clearance wipe samples in Lab Q and of the Temescal Exhaust Fan on the roof following decontamination.

| TABLE 1-AIR/SURFACE SAMPLING METHODS | | |
|---|---|---|
| Substance | Reason for Sampling | Sampling Methods |
| Surface Cobalt Dust | Possible Exposure during cobalt decontamination activities | NIOSH Method 9102 |

# Evaluation Criteria

The primary source and industry-wide reference for surface wipe sampling and "clearance" criteria for surface contamination is the Brookhaven Nation Lab document IH 75190-Surface Wipe Sampling for Metals. This document describes a field procedure for taking wipe samples for metals on surfaces. It is based on methodology described in NIOSH 9100 "Lead in Surface Wipe Samples" of the NIOSH Manual of Analytical Methods. The goal of the procedure is to provide a uniform methodology to collect representative samples. Using this method will ensure repeatability between various sampling personnel and between surface configurations. It is used for characterizing surface levels for the following reasons:

- Decommissioning operational areas
- Evaluating the effectiveness of clean-up of a spill



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

- Evaluating compliance with housekeeping or "free" public release levels in operational areas
- Characterizing a piece of equipment for release.

# Results

Analytical results for the clearance wipe samples indicated detectable cobalt surface concentrations in all but four (4) of the samples collected, with one (1) wipe sample exceeding the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.

All clearance wipe sample results for Lab Q area (see attached site plan) were below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces.

The surface wipe sample (12-9-W24) concentration for the Temescal Exhaust Fan located on the roof was extremely high at 420 ug/100 cm$^2$.

| TABLE 2- Surface Wipe Sample Results-Lab Q and Temescal Exhaust Fan | | |
|---|---|---|
| Sample #/Date | Personal/Area | Concentration |
| 12-9-W1-Dec 9 | Floor | 0.42 µg/100cm$^2$ |
| 12-9-W2-Dec 9 | Floor | 0.37 µg/100cm$^2$ |
| 12-9-W3-Dec 9 | Floor | 0.21 µg/100cm$^2$ |
| 12-9-W4-Dec 9 | Hood Roof (top cover) | 1.0 µg/100cm$^2$ |
| 12-9-W5-Dec 9 | MDA2.4-Cabinet | < 0.075 µg/100cm$^2$ |
| 12-9-W6-Dec 9 | Hood Ceiling (top cover) | 0.74 µg/100cm$^2$ |
| 12-9-W7-Dec 9 | Cabinet Shelf | <0.075 µg/100cm$^2$ |
| 12-9-W8-Dec 9 | Floor | 0.13 µg/100cm$^2$ |
| 12-9-W9-Dec 9 | Floor | 0.21 µg/100cm$^2$ |
| 12-9-W10-Dec 9 | Floor | 0.099 µg/100cm$^2$ |
| 12-10-W11-Dec 9 | Implanter Roof (top | 0.41 µg/100cm$^2$ |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

| | | cover) |
|---|---|---|
| 12-9-W12-Dec 9 | Implanter Roof (top cover) | 1.1 µg/100cm$^2$ |
| 12-9-W13-Dec 9 | Implanter Roof (top cover) | 0.39 µg/100cm$^2$ |
| 12-9-W14-Dec 9 | Floor | 0.077 µg/100cm$^2$ |
| 12-9-W15-Dec 9 | Floor | <0.075 µg/100cm$^2$ |
| 12-9-W16-Dec 9 | Floor | 0.27 µg/100cm$^2$ |
| 12-9-W17-Dec 9 | Hanging Flourescent Light Hood | 0.24 µg/100cm$^2$ |
| 12-9-W18-Dec 9 | Fume Hood | 0.28 µg/100cm$^2$ |
| 12-9-W19-Dec 9 | Acid Bench Light Hood | 0.86 µg/100cm$^2$ |
| 12-9-W20-Dec 9 | Acid Station Bench | <0.075 µg/100cm$^2$ |
| 12-9-W21-Dec 9 | Floor-Cross Hatch Area | 0.27 µg/100cm$^2$ |
| 12-9-W22-Dec 9 | Floor-Cross Hatch Area | 0.089 µg/100cm$^2$ |
| 12-9-W23-Dec 9 | Cabinet Roof-Cross Hatch Area | 0.68 µg/100cm$^2$ |
| 12-9-W24-Dec 9 | Temescal Exhaust Fan | 420 µg/100cm$^2$ |
| 12-9-FB1-Dec 9 | Field Blank | NA |
| 12-9-FB2-Dec 9 | Field Blank | NA |

# Conclusions and Recommendations

- This dust evaluation did indicate cobalt dust contamination inside the Temescal Exhaust Fan located on the roof of this building, with surface contamination levels extremely elevated for this sample. Therefore, based on the extremely elevated cobalt 59 concentration in the Temescal Exhaust Fan, the following HVAC components are considered potentially contaminated and should be decontaminated by Belfor Environmental:

- Motionless air areas where dust accumulates
- Area at the top of air ducts
- Access flanges



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

- Mechanical areas associated with motors and blowers
- Filters
- Damper
- Control Valves
- Interior of Ducts

All clearance wipe sample results for Lab Q were at or below the BNL "Free Release" level of 2 ug/100 cm2 which is the maximum level allowed on accessible surfaces.

This report serves as a surface wipe sampling assessment report for this decontamination project at Quantum Labs.


## Availability of Report/Disclaimer

The recommendations in this report are made on the basis of the findings at the workplace evaluated and may not be applicable to other workplaces. This report was prepared by Jorge Vizcaino, CIH/CHMM with Aero-Environmental Consulting, INC. Analytical support was provided by AIHA Accredited Laboratory ALS Environmental in Salt Lake City, Utah.

Sincerely,
Aero-Environmental Consulting, INC




Jorge Vizcaino
Certified Industrial Hygienist No. 9814
Certified Hazardous Material Manager 19631



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# FIGURE 1 -FLOOR PLAN WITH WIPE SAMPLING LOCATIONS





831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX A-ANALYTICAL RESULTS

# ANALYTICAL REPORT

Report Date: December 14, 2021

Jorge Vizcaino
Aero-Environmental Consulting
1426 Via Isola
Monterey, CA   93940

Phone: (831)  277-5831

E-mail: jorge@aero-enviro.com

Workorder: **34-2134424**
Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-9-W1-Floor** | | Collected: 12/09/2021 |
| --- | --- | --- |
| Lab ID: 2134424001 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/13/2021 (288331) **Analyzed:** 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
| --- | --- | --- |
| Cobalt | 0.42 | 0.075 |

| Sample ID: **12-9-W2-Floor** | | Collected: 12/09/2021 |
| --- | --- | --- |
| Lab ID: 2134424002 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/13/2021 (288331) **Analyzed:** 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
| --- | --- | --- |
| Cobalt | 0.37 | 0.075 |

| Sample ID: **12-9-W3-Floor** | | Collected: 12/09/2021 |
| --- | --- | --- |
| Lab ID: 2134424003 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP12 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/13/2021 (288331) **Analyzed:** 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
| --- | --- | --- |
| Cobalt | 0.21 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134424**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

**Sample ID: 12-9-W4-Hood Roof**

| | | |
|---|---|---|
| Lab ID: 2134424004 | Sampling Location: Quantum Labs | Collected: 12/09/2021 |
| | | Received: 12/10/2021 |

| Method: NIOSH 9102 Mod, Ghost Wipe | Media: Ghost Wipe | Instrument: ICP12 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **1.0** | 0.075 |

**Sample ID: 12-9-W5-MDA2-4 Cabinet**

| | | |
|---|---|---|
| Lab ID: 2134424005 | Sampling Location: Quantum Labs | Collected: 12/09/2021 |
| | | Received: 12/10/2021 |

| Method: NIOSH 9102 Mod, Ghost Wipe | Media: Ghost Wipe | Instrument: ICP12 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | <0.075 | 0.075 |

**Sample ID: 12-9-W6-Hood Ceiling**

| | | |
|---|---|---|
| Lab ID: 2134424006 | Sampling Location: Quantum Labs | Collected: 12/09/2021 |
| | | Received: 12/10/2021 |

| Method: NIOSH 9102 Mod, Ghost Wipe | Media: Ghost Wipe | Instrument: ICP12 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.74** | 0.075 |

**Sample ID: 12-9-W7-Cabinet Shelf**

| | | |
|---|---|---|
| Lab ID: 2134424007 | Sampling Location: Quantum Labs | Collected: 12/09/2021 |
| | | Received: 12/10/2021 |

| Method: NIOSH 9102 Mod, Ghost Wipe | Media: Ghost Wipe | Instrument: ICP12 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | <0.075 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134424**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-9-W8-Floor** | | |
|---|---|---|
| Lab ID: 2134424008 | Sampling Location: Quantum Labs | Collected: 12/09/2021 |
| | | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.13** | 0.075 |

| Sample ID: **12-9-W9-Floor** | | |
|---|---|---|
| Lab ID: 2134424009 | Sampling Location: Quantum Labs | Collected: 12/09/2021 |
| | | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.21** | 0.075 |

| Sample ID: **12-9-W10-Floor** | | |
|---|---|---|
| Lab ID: 2134424010 | Sampling Location: Quantum Labs | Collected: 12/09/2021 |
| | | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.099** | 0.075 |

| Sample ID: **12-9-W11-Implanter Roof** | | |
|---|---|---|
| Lab ID: 2134424011 | Sampling Location: Quantum Labs | Collected: 12/09/2021 |
| | | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.41** | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134424**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-9-W12-Implanter Roof** | | Collected: 12/09/2021 |
|---|---|---|
| Lab ID: 2134424012 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **1.1** | 0.075 |

| Sample ID: **12-9-W13-Implanter Roof** | | Collected: 12/09/2021 |
|---|---|---|
| Lab ID: 2134424013 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.39** | 0.075 |

| Sample ID: **12-9-W14-Floor** | | Collected: 12/09/2021 |
|---|---|---|
| Lab ID: 2134424014 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.077** | 0.075 |

| Sample ID: **12-9-W15-Floor** | | Collected: 12/09/2021 |
|---|---|---|
| Lab ID: 2134424015 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | <0.075 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134424**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-9-W16-Floor** | | Collected: 12/09/2021 |
|---|---|---|
| Lab ID: 2134424016 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | 0.27 | 0.075 |

| Sample ID: **12-9-W17-Hanging Lights** | | Collected: 12/09/2021 |
|---|---|---|
| Lab ID: 2134424017 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | 0.24 | 0.075 |

| Sample ID: **12-9-W18-Fume Hood** | | Collected: 12/09/2021 |
|---|---|---|
| Lab ID: 2134424018 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | 0.28 | 0.075 |

| Sample ID: **12-9-W19-Acid Bench Lights** | | Collected: 12/09/2021 |
|---|---|---|
| Lab ID: 2134424019 | Sampling Location: Quantum Labs | Received: 12/10/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | 0.86 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134424**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

---

**Sample ID: 12-9-W20-Acid Station Bench**

Lab ID: 2134424020 — Sampling Location: Quantum Labs — Collected: 12/09/2021 — Received: 12/10/2021

**Method:** NIOSH 9102 Mod, Ghost Wipe — **Media:** Ghost Wipe — **Instrument:** ICP12

**Dilution:** 1 — **Sampling Parameter:** Area 100 cm² — **Prepared:** 12/13/2021 (288331) — **Analyzed:** 12/14/2021 (288406)

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | <0.075 | 0.075 |

---

**Sample ID: 12-9-W21-Floor-Cross Hatch**

Lab ID: 2134424021 — Sampling Location: Quantum Labs — Collected: 12/09/2021 — Received: 12/10/2021

**Method:** NIOSH 9102 Mod, Ghost Wipe — **Media:** Ghost Wipe — **Instrument:** ICP12

**Dilution:** 1 — **Sampling Parameter:** Area 100 cm² — **Prepared:** 12/13/2021 (288331) — **Analyzed:** 12/14/2021 (288406)

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | 0.27 | 0.075 |

---

**Sample ID: 12-9-W22-Floor-Cross Hatch**

Lab ID: 2134424022 — Sampling Location: Quantum Labs — Collected: 12/09/2021 — Received: 12/10/2021

**Method:** NIOSH 9102 Mod, Ghost Wipe — **Media:** Ghost Wipe — **Instrument:** ICP12

**Dilution:** 1 — **Sampling Parameter:** Area 100 cm² — **Prepared:** 12/13/2021 (288331) — **Analyzed:** 12/14/2021 (288406)

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | 0.089 | 0.075 |

---

**Sample ID: 12-9-W23-Cabinet Roof**

Lab ID: 2134424023 — Sampling Location: Quantum Labs — Collected: 12/09/2021 — Received: 12/10/2021

**Method:** NIOSH 9102 Mod, Ghost Wipe — **Media:** Ghost Wipe — **Instrument:** ICP12

**Dilution:** 1 — **Sampling Parameter:** Area 100 cm² — **Prepared:** 12/13/2021 (288331) — **Analyzed:** 12/14/2021 (288406)

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | 0.68 | 0.075 |

---



# ANALYTICAL REPORT

Workorder: **34-2134424**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-9-FB1-Field Blank** | | Collected: 12/09/2021 |
| --- | --- | --- |
| Lab ID: 2134424024 | Sampling Location: Quantum Labs | Received: 12/10/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| --- | --- | --- |
| Dilution: 1 | Sampling Parameter: Area Not Applicable | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
| --- | --- | --- |
| Cobalt | <0.075 | 0.075 |

| Sample ID: **12-9-FB2-Field Blank** | | Collected: 12/09/2021 |
| --- | --- | --- |
| Lab ID: 2134424025 | Sampling Location: Quantum Labs | Received: 12/10/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| --- | --- | --- |
| Dilution: 1 | Sampling Parameter: Area Not Applicable | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
| --- | --- | --- |
| Cobalt | <0.075 | 0.075 |

| Sample ID: **12-9-W24-Temescal Exhaust Fan** | | Collected: 12/09/2021 |
| --- | --- | --- |
| Lab ID: 2134424026 | Sampling Location: Quantum Labs | Received: 12/10/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP12 |
| --- | --- | --- |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/13/2021 (288331) |
| | | Analyzed: 12/14/2021 (288406) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
| --- | --- | --- |
| Cobalt | **420** | 0.075 |

## Report Authorization (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
| --- | --- | --- |
| **NIOSH 9102 Mod, Ghost Wipe (288406)** | /S/ Rex Bagley | /S/ Kristie F. Bitner |
| | 12/14/2021 14:09 | 12/14/2021 15:32 |

## Laboratory Contact Information

ALS Environmental　　　　　　　　　　　Phone: (801) 266-7700
960 W Levoy Drive　　　　　　　　　　　Email: alslt.lab@ALSGlobal.com
Salt Lake City, Utah 84123　　　　　　　Web: www.alsslc.com

# ANALYTICAL REPORT

Workorder: **34-2134424**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## General Lab Comments

The results provided in this report relate only to the items tested.
Samples were received in acceptable condition unless otherwise noted.
The following was provided by the client: Sample ID, Collection Date, Sampling Location, Media Type, Sampling Parameter.
Collection Date, Media Type, and Sampling Parameter can potentially affect the validity of the results.
Samples have not been blank corrected unless otherwise noted.
This test report shall not be reproduced, except in full, without written approval of ALS.

ALS provides professional analytical services for all samples submitted. ALS is not in a position to interpret the data and assumes no responsibility for the quality of the samples submitted.

All quality control samples processed with the samples in this report yielded acceptable results unless otherwise noted.

ALS is accredited for specific fields of testing (scopes) in the following testing sectors. The quality system implemented at ALS conforms to accreditation requirements and is applied to all analytical testing performed by ALS. The following table lists testing sector, accreditation body, accreditation number and website. Please contact these accrediting bodies or your ALS project manager for the current scope of accreditation that applies to your analytical testing.

| Testing Sector | Accreditation Body (Standard) | Certificate Number | Website |
|---|---|---|---|
| Environmental | PJLA (DoD ELAP) | L20-57 | http://www.pjlabs.com |
| | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |
| Industrial Hygiene | AIHA (ISO 17025 & AIHA IHLAP) | 101574 | http://www.aihaaccreditedlabs.org |
| | DOECAP-AP | L20-59 | http://www.pjlabs.com |
| | Washington | C596 | https://ecology.wa.gov/Regulations-Permits/Permits-certifications/Laboratory-Accreditation |
| Dietary Supplements | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |

## Definitions

LOD = Limit of Detection = MDL = Method Detection Limit, A statistical estimate of method/media/instrument sensitivity.
LOQ = Limit of Quantitation = RL = Reporting Limit, A verified value of method/media/instrument sensitivity.
ND = Not Detected, Testing result not detected above the LOD or LOQ.
NA = Not Applicable.
** No result could be reported, see sample comments for details.
< Means this testing result is less than the numerical value.
( ) This testing result is between the LOD and LOQ and has higher analytical uncertainty than values at or above the LOQ.



# ANALYTICAL REQUEST FORM

2134424

2134424

1. ☐ **REGULAR Status**



☑ **RUSH Status Requested - ADDITIONAL CHARGE**
RESULTS REQUIRED BY  12-15-21
DATE
CONTACT ALS SALT LAKE PRIOR TO SENDING SAMPLES

2. Date 12/9/21    Purchase Order No. _____

3. Company Name : AERO-ENVIRONMENTAL CONSULTING

   Address: 1426 VIA ISOLA

   MONTEREY, CA 93940

   Person to Contact: JORGE VIZCAINO

   Telephone ( 831 )  277-5831

   Fax Telephone (    ) _____

   E-mail Address: jorge@aero-enviro.com

   Billing Address (if different from above)

   _____

   _____

   _____

4. Quote No. _____

   ALS Project Manager:  Stella Hanis

5. **Sample Collection**

   Sampling Site: QUANTUM LABS, SAN JOSE, CA

   Industrial Process:  COBALTDECONTAMINATION

   Date of Collection: 12/9/2021

   Time Collected _____

   Date of Shipment: 12/9/2021

   Chain of Custody No.: _____

6. How did you first learn about ALS?

7. **REQUEST FOR ANALYSES**

| Client Sample Number | Matrix* | Sample/Area Volume | ANALYSES REQUESTED - Use method number if known | | | Units** | Lab Comments |
|---|---|---|---|---|---|---|---|
| 12-9-W1 | Wipe | 100cm² | Cobalt NIOSH 9102 | | | 1/cm² | 2-Floor |
| 12-9-W2 | " | " | " | | | " | -Floor |
| 12-9-W3 | " | " | " | " | , | " | -Floor |
| 12-9-W4 | " | " | " | " | , | " | -Hood bar |
| 12-9-W5 | " | " | " | " | , | " | -MDA-Tcabinet |
| 12-9-W6 | " | " | " | " | , | " | -Hood Ceiling |
| 12-9-W7 | " | " | " | " | , | " | -Cabinet shelf |
| 12-9-W8 | " | " | " | " | , | " | -Floor |
| 12-9-W9 | " | " | " | " | , | " | -Floor |
| 12-9-W10 | " | " | " | " | , | " | -Imp/ves |
| 12-9-W11 | " | " | " | " | , | " | - |
| 12-9-W12 | " | " | " | " | ' | " | - |
| 12-9-W13 | " | " | " | " | ' | " | - |
| 12-9-W14 | " | " | " | " | ' | " | -Floor |

* Specify: Solid sorbent tube, e.g. Charcoal; Filter type; Impinger solution; Bulk sample; Blood; Urine; Tissue; Soil; Water; Other

** 1. µg/sample   2. mg/m³   3. ppm   4. %   5. µg/m³   6. _____ (other)   Please indicate one or more units in the column entitled Units**

Comments _____

Possible Contamination and/or Chemical Hazards _____

7. Chain of Custody (Optional)

| | | |
|---|---|---|
| Relinquished by _____ | Date/Time | 12-9-21 |
| Received by _____ | Date/Time | 12.10.21  1005 |
| Relinquished by _____ | Date/Time | |
| Received by _____ | Date/Time | |



For lab use only

**△ ALS**

# ANALYTICAL REQUEST FORM

1. ☐ **REGULAR Status**

☑ **RUSH Status Requested - ADDITIONAL CHARGE**
RESULTS REQUIRED BY _12-15-21_
DATE
CONTACT ALS SALT LAKE PRIOR TO SENDING SAMPLES

2. Date 12/9/21    Purchase Order No. _____

4. Quote No. _____

3. Company Name : AERO-ENVIRONMENTAL CONSULTING

ALS Project Manager: Stella Hanis

Address: 1426 VIA ISOLA

MONTEREY, CA 93940

5. **Sample Collection**

Sampling Site: QUANTUM LABS, SAN JOSE, CA

Person to Contact: JORGE VIZCAINO

Industrial Process: COBALTDECONTAMINATION

Telephone ( 831 ) 277-5831

Date of Collection: 12/9/2021

Fax Telephone ( )  _____

Time Collected _____

E-mail Address: jorge@aero-enviro.com

Date of Shipment: 12/9/2021

Billing Address (if different from above)

Chain of Custody No.: _____

_____

6. How did you first learn about ALS?

7. **REQUEST FOR ANALYSES**

| Client Sample Number | Matrix* | Sample/Area Volume | ANALYSES REQUESTED - Use method number if known | | | Units** | Lab Comments |
|---|---|---|---|---|---|---|---|
| 12-9-W15 | Wipe | 100 cm² | Cobalt - NIOSH 9102 | | | µg/100cm² | Floor |
| 12-9-W16 | " | " | " | | | " | Floor |
| 12-9-W17 | " | " | " | " | | " | Hanging Light |
| 12-9-W18 | " | " | " | " | | " | Pump Base |
| 12-9-W19 | " | " | " | " | | " | Acid Station |
| 12-9-W20 | " | " | " | " | | " | Acid Station Back |
| 12-9-W21 | " | " | " | " | | " | Floor-Cross Hatch |
| 12-9-W22 | " | " | " | " | | " | Floor- " |
| 12-9-W23 | " | " | " | " | | " | Cobalt Roof J.M |
| 12-9-F01 | " | NA | | | | " | Field Blank |
| 12-9-F02 | " | NA | | | | " | |
| 12-9-W24 | " | 100 cm² | | | | " | Temescal Exhaust Fan |

\* Specify: Solid sorbent tube, e.g. Charcoal; Filter type; Impinger solution; Bulk sample; Blood; Urine; Tissue; Soil; Water; Other

\*\* 1. µg/sample  2. mg/m³  3. ppm  4. %  5. µg/m³  6. _____ (other)  Please indicate one or more units in the column entitled Units\*\*

Comments _____

Possible Contamination and/or Chemical Hazards _____

7. **Chain of Custody** (Optional)

| | | | |
|---|---|---|---|
| Relinquished by | | Date/Time | 12-9-21 |
| Received by | | Date/Time | 12.10.21  1005 |
| Relinquished by | | Date/Time | |
| Received by | | Date/Time | |

**960 West LeVoy Drive / Salt Lake City, UT 84123**    800-356-9135 or 801-266-7700 / FAX: 801-268-9992

ALS Environmental



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX B-PHOTOGRAPHIC DOCUMENTATION



**Photo 1-Floor wipe sample**



**Photo 2-Floor Wipe Sample**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 3-Floor Wipe Sample**



**Photo 4-Sample collection above fume hood**



**Photo 5-Wipe sample above hood**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 6-Sample collection above equipment cabinet**



**Photo 7-Wipe sample on elevated surface**



**Photo 8-Wipe[e sample on elevated surface**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 9-Wipe sample on cabinet shelf



Photo 10-Lab Q Area



Photo 11-Floor wipe sample



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 12-Floor wipe sample



Photo 13-Floor Wipe Sample



Photo 14-Containment barrier



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 15-Wipe sample on implanter roof



Photo 16-Floor sample



Photo 17-Floor Sample

831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 18-Wipe sample above implanter**



**Photo 19-Wipe sample above implanter**



**Photo 20-Floor sample near hood area**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 21-Floor sample near hood area**



**Photo 22-Floor Sample near Hood area**



**Photo 23-Wipe sample above hanging lights**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 24-Acid Bench area**



**Photo 25-Wipe sample above hood**



**Photo 26-Wipe sample above acid bench lights**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 27-Wipe sample on acid station bench**



**Photo 28-Wipe sample on cabinet roof of cross-hatch area**



**Photo 29-Floor sample of cross-hatch area**

**AERO-ENVIRONMENTAL**
*CONSULTING*

831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 30-Wipe sample of cross-hatch area



Photo 31-Temescal Exhaust Fan sampling area



Photo 32-Wipe sample of Temescal exhaust fan



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 33-Temescal exhaust fan**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX C-PROFESSIONAL CERTIFICATIONS

State of California
Division of Occupational Safety and Health
**Certified Asbestos Consultant**

Jorge Ignacio Vizcaino
Name

Certification No. __04-3554__

Expires on ____04/15/22____

This certification was issued by the Division of
Occupational Safety and Health as authorized
by Sections 7180 et seq. of the Business and
Professions Code.

# The Board for Global EHS Credentialing (BGC)

through its vested authority, hereby confirms that

# Jorge I. Vizcaino

has met all requirements of education, experience, and examination, and on-going maintenance set forth through the BGC's American Board of Industrial Hygiene®'s (ABIH®) credentialing division for re-certification in the Comprehensive Practice of Industrial Hygiene and is thereby conferred the credential of

# Certified Industrial Hygienist® (CIH®)

The aforenamed individual is given all rights, privileges, and responsibilities as both a diplomate of the BGC and holder of the CIH credential, provided that the credential is not suspended or revoked, and it is renewed annually.  Moreover, the holder must meet all recertification requirements, including the obligation to practice ethically as prescribed by the BGC.





Credential Number:    9814 CP

Award Date:    October 4, 2010

Expiration Date:    June 1, 2026

Cynthia Hanko, CIH
Chair of the Board of Directors

Ulric K. Chung, MCS, PhD
Chief Executive Officer and Secretary

| | |
|---|---|
| **From:** | recertinfo@ihmm.org |
| **To:** | Jorge Vizcaino |
| **Subject:** | Congratulations on Recertifying Your CHMM! |
| **Date:** | Thursday, November 5, 2020 10:38:14 AM |

Dear  Vizcaino,

**Congratulations on successfully recertifying your CHMM credential!** Thank you for your continued effort in safety when working with hazardous materials. You are one of the many reasons why this world is a safer place to live. The amount of time you have taken to recertify has not gone unnoticed by the IHMM staff.

Your recertification application has been processed for the cycle ending 10/31/2021. Your new credential expiration date is 10/31/2026.

Please use this electronic copy of your **CHMM Letter of Compliance** as proof of credential and for any third-party verification needs until your presentation copies of your CHMM Letter of Compliance (proof of credential) and Certificate (suitable for display) arrive.

IHMM certifications are the standard of excellence in the hazardous materials industry. As an IHMM credential holder, you can:

- Validate your expertise in many areas
- Distinguish yourself in a competitive marketplace
- Increase your employment options
- Demonstrate ongoing competence
- Expand your professional network
- Benefit from public sector outreach
- Receive global recognition

You are now authorized to continue using your credential designation through the expiration date listed in your *My*IHMM account online and on your certificate as long as you adhere to the CHMM Code of Ethics, remain in good standing, and maintain all required fees.

Remember to regularly access your *My*IHMM account to monitor your certification and fee due dates, to maintain your record's accuracy and to keep abreast of certification news. As a Certificant you agree to the proper use of the logo and acronym designation, and to surrender the certificate in the event of withdrawal of certification by IHMM.

We appreciate your continued support of IHMM and your commitment to the professional excellence embodied in your credential.

Sincerely,



*Gene Guilford*
*Executive Director*



*Institute of Hazardous Materials Management*
*9210 Corporate Blvd., Suite 470 | Rockville, MD 20850*
*(301) 984-8969 | (301) 984-1516 fax*



California Department of
**PublicHealth**

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH

# LEAD-RELATED CONSTRUCTION CERTIFICATE

**INDIVIDUAL:**



**Jorge Vizcaino**

**CERTIFICATE TYPE:**

Lead Inspector/Assessor

**NUMBER:**

LRC-00001930

**EXPIRATION DATE:**

11/3/2022

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.



State of California
Division of Occupational Safety and Health
**Certified Site Surveillance Technician**



**David  E Kummer**
Name

Certification No. __ **08-4363**

Expires on __ **06/19/22**

This certification was issued by the Division of
Occupational Safety and Health as authorized by
Sections 7180 et seq. of the Business and
Professions Code.



**STATE OF CALIFORNIA**
**DEPARTMENT OF PUBLIC HEALTH**



# LEAD-RELATED CONSTRUCTION CERTIFICATE

**INDIVIDUAL:**    **CERTIFICATE TYPE:**    **NUMBER:**    **EXPIRATION DATE:**

Lead Sampling Technician    LRC-00007343    10/27/2022

**David Kummer**

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at  www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.



AERO-ENVIRONMENTAL
CONSULTING

831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Evaluation of Cobalt 59 Airborne and Surface Dust Contamination during interior Cobalt cleanup operations at Quantum Labs, San Jose, California

| Date Inspection Conducted: | 12/14/2021 |
|---|---|
| Date of Report: | 12/17/2021 |
| Assignment: | Decontamination Oversight, Air Monitoring, and Surface Contamination Evaluation of interior office areas, restrooms, storage room, test lab, and break room at Quantum Labs |
| Address of Evaluation | QUANTUM LABS- 2108 Bering Dr., Suite B, San Jose, CA |
| Work Performed By: | Jorge Vizcaino, CIH 9814 |
| Aero-Environmental Project Name: | QUANTUM LABS-Cobalt Decontamination  Monitoring |

**QUANTUM LABS**
 **2108 BERING DR. UNIT B**
**SAN JOSE, CA 95131**

## Highlights of this Cobalt 59 Decontamination Oversight and Monitoring Evaluation

**Evaluation of Cobalt 59 Dust Exposures, Surface Contamination, and Cobalt 59 Airborne Concentrations at Quantum Labs, San Jose, California.**

On December 14th, 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted a cobalt surface contamination assessment and air monitoring at Quantum Labs.

### What Aero-Environmental Did

- We conducted a visual evaluation of interior office areas, restrooms, storage room, test lab, and break room.
- We collected representative area air samples air samples inside the above interior areas.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

- We collected surface wipe samples of selected surfaces in the interior office and support work areas, such as restrooms, break room, reception area, and conference room.
- We collected one micro-vacuum (micro-vac) sample using an air sampling pump and MCE cassette of the carpet adjacent to Simon's office bookshelf.
- We communicated with the Belfor Environmental project manager and Quantum Labs any issues of concern.

## What We Found

- Analytical results for the surface wipe samples indicated cobalt surface concentrations below the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$ in all of the wipe samples collected.
- Results from the micro-vac sample of the carpet indicated a concentration of 20 µg/sample collected over a 100 cm$^2$ sample area.
- Results from the area air samples were all below the analytical detection limit of 0.075 µg/sample and below the California Permissible Exposure Limit (PEL) of 0.02 mg/m$^3$. All air sample results had a concentration of <0.00030 mg/m$^3$.

## What Aero-Environmental Recommends

- The entire carpet should be completely covered with 2 layers of 6 mil plastic barrier and all furniture items in these office/support areas should be removed prior to the removal of the carpet.
- Based on these analytical lab results the entire carpet of these office areas in Suite B should be discarded as hazardous waste in an appropriately designated landfill.
- Once this has been completed, a final wipe down and HEPA vacuuming of all of these areas should be conducted and a final surface wipe clearance should be conducted.

# Abbreviations

| | |
|---|---|
| cm$^2$ | Square centimeter |
| µg/100 cm$^2$ | Micrograms per 100 square centimeters |
| mg/m$^3$ | Milligrams per cubic meter |
| ABIH® | American Board of Industrial Hygienists |
| ACGIH® | American Conference of Governmental Industrial Hygienists |
| BNL | Brookhaven National Lab |
| CAL-OSHA | California Occupational Safety and Health Administration |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

| | |
|---|---|
| CIH | Certified Industrial Hygienist |
| CFR | Code of Federal Regulations |
| CCR | California Code of Regulations |
| HEPA | High Efficiency Particulate Air |
| NIOSH | National Institute of Occupational Safety and Health |
| PPE | Personal Protective Equipment |
| OEL | Occupational Exposure Level |
| PBZ | Personal Breathing Zone |
| ppb | Parts per billion |
| ppm | Parts per million |
| PEL | Permissible exposure limit |
| PPE | Personal Protective Equipment |
| TWA | Time-weighted average |

# Table of Contents

Summary ................................................................................................................................ 4

Introduction .......................................................................................................................... 4

Methods ............................................................................................................................... 5

Evaluation Criteria ............................................................................................................... 5

Results ................................................................................................................................. 6

Conclusions and Recommendations .................................................................................... 7

Availability of Report/Disclaimer ......................................................................................... 8

FIGURE 1 -FLOOR PLAN WITH WIPE SAMPLING LOCATIONS ........................................ 9

APPENDIX A-Analytical Results ....................................................................................... 10

APPENDIX B-PHOTOGRAPHIC DOCUMENTATION ..................................................... 11

APPENDIX C-Professional Certifications .......................................................................... 17



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Summary

On December 14th 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted a cobalt surface and air sampling evaluation of all office, restrooms, break rooms, test lab, reception area, and conference room at Quantum Labs.

Four (4) area air samples for cobalt dust and one micro-vacuum dust sample (carpet sample) were collected. The location of the air samples included Simon Planck's office, Engineering office, Conference Room/Reception Area.

In addition, a total of fourteen (14) surface wipe samples were collected during this assessment to determine surface cobalt dust concentrations prior to removal of the carpet. All of the wipe samples analytical results were below the analytical detection limit or below the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.

Air sampling results indicated that exposures to cobalt dust were all below the analytical detection limit and below the California Permissible Exposure Limit (PEL) of 0.02 mg/m$^3$.

# Introduction

In October, 2021, Aero-Environmental received request from Quantum Labs to conduct cobalt decontamination oversight and monitoring activities at Quantum Labs in San Jose, California. The request was made to ensure that the appropriate cobalt decontamination work practices were being followed, and therefore not potentially exposing workers and personnel in this industrial building or adjacent offices to Cobalt 59 dust.

On December 14th 2021, Aero-Environmental Certified Industrial Hygienist (CIH 9814) Jorge Vizcaino, and Industrial Hygiene Technician David Kummer (LRC-00007343) conducted a cobalt surface and air sampling evaluation of all office, restrooms, break rooms, test lab, reception area, and conference room at Quantum Labs.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Methods

Aero-Environmental Consulting conducted the following activities:

1) Conducted a visual evaluation of interior office areas, restrooms, storage room, test lab, and break room.
2) We collected representative area air samples air samples inside the above interior areas.
3) We collected surface wipe samples of selected surfaces in the interior office and support work areas, such as restrooms, break room, reception area, and conference room.
4) We collected one micro-vacuum (micro-vac) sample using an air sampling pump and MCE cassette of the carpet adjacent to Simon's office bookshelf.
5) We communicated with the Belfor Environmental project manager and Quantum Labs any issues of concern.

| TABLE 1-AIR/SURFACE SAMPLING METHODS | | |
|---|---|---|
| Substance | Reason for Sampling | Sampling Methods |
| Airborne Cobalt Dust | Possible Exposure during cobalt decontamination activities | NIOSH Method 7300 |
| Surface Cobalt Dust | Possible Exposure during cobalt decontamination activities | NIOSH Method 9102 |

# Evaluation Criteria

The primary sources of environmental evaluation criteria for the workplace are: (1) NIOSH Recommended Exposure Limits (RELs), (2) the American Conference of Governmental Industrial Hygienists' (ACGIH®) Threshold Limit Values (TLVs®) and (3) the Division of Industrial Relations, California Occupational Safety and Health



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

Administration (Cal/OSHA) Permissible Exposure Limits (PELs). Employers are encouraged to follow the NIOSH RELs, the ACGIH TLVs, or the Cal/OSHA PELs, whichever are the more protective criteria.

Cal/OSHA requires an employer to furnish employees a place of employment that is free from recognized hazards that are causing or are likely to cause death or serious physical harm. Thus, employers should understand that not all hazardous chemicals have specific Cal/OSHA exposure limits such as PELs and short-term exposure limits (STELs). An employer is still required by Cal/OSHA to protect their employees from hazards, even in the absence of a specific OSHA PEL.

A time-weighted average (TWA) exposure refers to the average airborne concentration of a substance during a normal 8- to 10-hour workday. Some substances have recommended STEL or ceiling values which are intended to supplement the TWA where there are recognized toxic effects from higher exposures over the short-term.

## Results

Analytical results for the surface wipe samples indicated cobalt surface concentrations below the BNL "Free Release" Clearance Level of 2 µg/100 $cm^2$ in all of the wipe samples collected.

Results from the micro-vac sample of the carpet indicated a concentration of 20 µg/sample collected over a 100 $cm^2$ sample area.

Results from the area air samples were all below the analytical detection limit of 0.075 µg/sample and below the California Permissible Exposure Limit (PEL) of 0.02 mg/m$^3$. All air sample results had a concentration of <0.00030 mg/m$^3$.

| TABLE 2-Summary of Air Sample results for airborne Cobalt and Surface Wipe Sample Results | | |
|---|---|---|
| Sample #/Date | Personal/Area | Concentration |
| 12-14-W1-Dec 14 | Clean Room Test Lab Bench | <0.075 µg/100cm$^2$ |
| 12-14-W2-Dec 14 | Clean Room Test Lab Floor | 0.13 µg/100cm$^2$ |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

| 12-14-W4-Dec 14 | Simon's Office-Desk | <0.075 µg/100cm$^2$ |
|---|---|---|
| 12-14-W5-Dec 14 | Simon's Office-Bookshelf | 0.49 µg/100cm$^2$ |
| 12-14-W6-Dec 14 | Engineering Office-Bookshelf | <0.075 µg/100cm$^2$ |
| 12-14-W7-Dec 14 | Engineering Office-Bookshelf | <0.075 µg/100cm$^2$ |
| 12-14-W8-Dec 14 | Break Room-Microwave table | 0.17 µg/100cm$^2$ |
| 12-14-W9-Dec 14 | Break Room-Floor | <0.075 µg/100cm$^2$ |
| 12-14-W10-Dec 14 | Restroom Floor | <0.075 µg/100cm$^2$ |
| 12-14-W11-Dec 14 | Restroom Lobby Floor | 0.22 µg/100cm$^2$ |
| 12-14-W12-Dec 14 | Reception-Desk | <0.075 µg/100cm$^2$ |
| 12-14-W13-Dec 14 | Restroom-Vanity | <0.075 µg/100cm$^2$ |
| 12-14-W14-Dec 14 | Conference Room-Table | <0.075 µg/100cm$^2$ |
| 12-14-FB-Dec 14 | Field Blank | NA |
| 12-14-MV1-Dec 14 | Simon's Office Carpet | 20 µg/sample |
| 12-14-A1-Dec 14 | Simon's Office | <0.00030 mg/m$^3$ |
| 12-14-A2-Dec 14 | Simon's Office | <0.00030 mg/m$^3$ |
| 12-14-A3-Dec 14 | Engineering Office | <0.00030 mg/m$^3$ |
| 12-14-A4-Dec 14 | Lobby/Reception | <0.00030 mg/m$^3$ |

# Conclusions and Recommendations

This cobalt dust evaluation indicated that all air sampling results for airborne cobalt dust were below applicable the analytical detection limit and did not indicate an airborne hazard to the decontamination workers or any other office occupants at this time. The California PEL is 0.02 mg/m3 for airborne cobalt dust.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

However, this dust evaluation did indicate cobalt dust contamination of the carpet in Simon Planck's office. Therefore, all carpeted office areas should have the carpet removed and discarded as hazardous waste as this material is extremely porous and is a potential source of cobalt contamination.

A final surface wipe clearance of these office areas should be conducted following carpet removal and final decontamination.

This report serves as a weekly monitoring assessment report for this decontamination project at Quantum Labs.

# Availability of Report/Disclaimer

The recommendations in this report are made on the basis of the findings at the workplace evaluated and may not be applicable to other workplaces.  This report was prepared by Jorge Vizcaino, CIH/CHMM with Aero-Environmental Consulting, INC. Analytical support was provided by AIHA Accredited Laboratory ALS Environmental in Salt Lake City, Utah.

Sincerely,
Aero-Environmental Consulting, INC

Jorge Vizcaino
Certified Industrial Hygienist No. 9814
Certified Hazardous Material Manager 19631



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# FIGURE 1 -FLOOR PLAN WITH WIPE SAMPLING LOCATIONS





831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX A-Analytical Results

# ANALYTICAL REPORT

Report Date: December 17, 2021

Jorge Vizcaino
Aero-Environmental Consulting
1426 Via Isola
Monterey, CA   93940

Phone: (831)  277-5831

E-mail: jorge@aero-enviro.com

Workorder: **34-2134986**
Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-14-A1-Simon's Office** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986001 | Sampling Location: Quantum Labs, San Jo | | Received: 12/15/2021 |
| **Method: NIOSH 7300 Mod., MCE** | **Media:** MCE Filter | | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Air Volume 250 L | | **Prepared:** 12/15/2021 (288460) |
| | | | **Analyzed:** 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.00030 | 0.075 |

| Sample ID: **12-14-A2-Simon's Office** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986002 | Sampling Location: Quantum Labs, San Jo | | Received: 12/15/2021 |
| **Method: NIOSH 7300 Mod., MCE** | **Media:** MCE Filter | | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Air Volume 250 L | | **Prepared:** 12/15/2021 (288460) |
| | | | **Analyzed:** 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.00030 | 0.075 |

| Sample ID: **12-14-A3-Engineering Office** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986003 | Sampling Location: Quantum Labs, San Jo | | Received: 12/15/2021 |
| **Method: NIOSH 7300 Mod., MCE** | **Media:** MCE Filter | | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Air Volume 250 L | | **Prepared:** 12/15/2021 (288460) |
| | | | **Analyzed:** 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.00030 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134986**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-14-A4-Lobby/Reception** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986004 | Sampling Location: Quantum Labs, San Jo | | Received: 12/15/2021 |
| Method: **NIOSH 7300 Mod., MCE** | Media: MCE Filter | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Air Volume 250 L | | Prepared: 12/15/2021 (288460) |
| | | | Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.00030 | 0.075 |

| Sample ID: **12-14-W1-Clean Room Test Lab** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986005 | Sampling Location: Quantum Labs SanJose | | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/15/2021 (288459) |
| | | | Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |

| Sample ID: **12-14-W2-Clean Room Test Lab** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986006 | Sampling Location: Quantum Labs SanJose | | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/15/2021 (288459) |
| | | | Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | **0.13** | **0.13** | 0.075 |

| Sample ID: **12-14-W3-Office Desk-Simon's Office** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986007 | Sampling Location: Quantum Labs SanJose | | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/15/2021 (288459) |
| | | | Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134986**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-14-W4-Office Desk-Simon's Office** | | Collected: 12/14/2021 |
|---|---|---|
| Lab ID: 2134986008 | Sampling Location: Quantum Labs SanJose | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |

| Sample ID: **12-14-W5-Bookshelf-Simon's Office** | | Collected: 12/14/2021 |
|---|---|---|
| Lab ID: 2134986009 | Sampling Location: Quantum Labs SanJose | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | **0.49** | **0.49** | 0.075 |

| Sample ID: **12-14-W6-Engineering Office** | | Collected: 12/14/2021 |
|---|---|---|
| Lab ID: 2134986010 | Sampling Location: Quantum Labs SanJose | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |

| Sample ID: **12-14-W7-Engineering Office** | | Collected: 12/14/2021 |
|---|---|---|
| Lab ID: 2134986011 | Sampling Location: Quantum Labs SanJose | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2134986**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-14-W8-Break Room** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986012 | Sampling Location: Quantum Labs SanJose | | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.17 | 0.17 | 0.075 |

| Sample ID: **12-14-W9-Break Room** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986013 | Sampling Location: Quantum Labs SanJose | | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |

| Sample ID: **12-14-W10-Men's Room** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986014 | Sampling Location: Quantum Labs SanJose | | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |

| Sample ID: **12-14-W11-Restroom Lobby** | | | Collected: 12/14/2021 |
|---|---|---|---|
| Lab ID: 2134986015 | Sampling Location: Quantum Labs SanJose | | Received: 12/15/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | 0.22 | 0.22 | 0.075 |



# ANALYTICAL REPORT

Workorder: 34-2134986

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-14-W12-Lobby/Reception** | | Collected: 12/14/2021 |
|---|---|---|
| Lab ID: 2134986016 | Sampling Location: Quantum Labs SanJose | Received: 12/15/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |

| Sample ID: **12-14-W13-Restroom Vanity** | | Collected: 12/14/2021 |
|---|---|---|
| Lab ID: 2134986017 | Sampling Location: Quantum Labs SanJose | Received: 12/15/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |

| Sample ID: **12-14-W14-Conference Room** | | Collected: 12/14/2021 |
|---|---|---|
| Lab ID: 2134986018 | Sampling Location: Quantum Labs SanJose | Received: 12/15/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | <0.075 | 0.075 |

| Sample ID: **Field Blank** | | Collected: 12/14/2021 |
|---|---|---|
| Lab ID: 2134986019 | Sampling Location: Quantum Labs SanJose | Received: 12/15/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
|---|---|---|
| Dilution: 1 | Sampling Parameter: Area Not Applicable | Prepared: 12/15/2021 (288459) Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (ug/100cm²) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | <0.075 | NA | 0.075 |

# ANALYTICAL REPORT

Workorder: **34-2134986**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-14-MV1-Simon's Office Carpet** | | Collected: 12/14/2021 |
|---|---|---|
| Lab ID: 2134986020 | Sampling Location: Quantum Labs SanJose | Received: 12/15/2021 |
| Method: **NIOSH 7300 Mod., MCE** | Media: MCE Filter | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Air Volume Not Provided | Prepared: 12/15/2021 (288460) |
| | | Analyzed: 12/16/2021 (288514) |

| Analyte | Result (ug/sample) | Result (mg/m³) | RL (ug/sample) |
|---|---|---|---|
| Cobalt | **20** | NA | 0.075 |

## Report Authorization  (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
|---|---|---|
| **NIOSH 7300 Mod., MCE (288514)** | /S/ Rex Bagley 12/16/2021 14:23 | /S/ Kristie F. Bitner 12/17/2021 08:10 |
| **NIOSH 9102 Mod, Ghost Wipe (288514)** | /S/ Rex Bagley 12/16/2021 14:23 | /S/ Kristie F. Bitner 12/17/2021 08:10 |

## Laboratory Contact Information

ALS Environmental
960 W Levoy Drive
Salt Lake City, Utah 84123

Phone: (801) 266-7770
Email: alslt.lab@ALSGlobal.com
Web: www.alsslc.com

## General Lab Comments

The results provided in this report relate only to the items tested.
Samples were received in acceptable condition unless otherwise noted.
The following was provided by the client: Sample ID, Collection Date, Sampling Location, Media Type, Sampling Parameter.
Collection Date, Media Type, and Sampling Parameter can potentially affect the validity of the results.
Samples have not been blank corrected unless otherwise noted.
This test report shall not be reproduced, except in full, without written approval of ALS.

ALS provides professional analytical services for all samples submitted. ALS is not in a position to interpret the data and assumes no responsibility for the quality of the samples submitted.

All quality control samples processed with the samples in this report yielded acceptable results unless otherwise noted.

ALS is accredited for specific fields of testing (scopes) in the following testing sectors. The quality system implemented at ALS conforms to accreditation requirements and is applied to all analytical testing performed by ALS. The following table lists testing sector, accreditation body, accreditation number and website. Please contact these accrediting bodies or your ALS project manager for the current scope of accreditation that applies to your analytical testing.

| Testing Sector | Accreditation Body (Standard) | Certificate Number | Website |
|---|---|---|---|
| Environmental | PJLA (DoD ELAP) | L20-57 | http://www.pjlabs.com |
| | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |
| Industrial Hygiene | AIHA (ISO 17025 & AIHA IHLAP) | 101574 | http://www.aihaaccreditedlabs.org |
| | DOECAP-AP | L20-59 | http://www.pjlabs.com |
| | Washington | C596 | https://ecology.wa.gov/Regulations-Permits/Permits-certifications/Laboratory-Accreditation |
| Dietary Supplements | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |



**ANALYTICAL REPORT**

Workorder: **34-2134986**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

**Definitions**

LOD = Limit of Detection = MDL = Method Detection Limit, A statistical estimate of method/media/instrument sensitivity.
LOQ = Limit of Quantitation = RL = Reporting Limit, A verified value of method/media/instrument sensitivity.
ND = Not Detected, Testing result not detected above the LOD or LOQ.
NA = Not Applicable.
** No result could be reported, see sample comments for details.
< Means this testing result is less than the numerical value.
( ) This testing result is between the LOD and LOQ and has higher analytical uncertainty than values at or above the LOQ.

# ANALYTICAL REQUEST FORM

2134986

n34986

1. ☐ **REGULAR Status**

☑ **RUSH Status Requested - ADDITIONAL CHARGE**
RESULTS REQUIRED BY _3 day rush per client_
DATE
CONTACT ALS SALT LAKE PRIOR TO SENDING SAMPLES

2. **Date** 12/9/21      **Purchase Order No.** _____

3. **Company Name :**   AERO-ENVIRONMENTAL CONSULTING

   **Address:** 1426 VIA ISOLA

   MONTEREY, CA 93940

   Person to Contact: JORGE VIZCAINO

   Telephone ( 831 )   277-5831

   Fax Telephone (    ) _____

   E-mail Address: jorge@aero-enviro.com

   Billing Address (if different from above)

   _____
   _____
   _____

4. **Quote No.** _____

   ALS Project Manager:  Stella Hanis

5. **Sample Collection**

   Sampling Site: QUANTUM LABS, SAN JOSE, CA

   Industrial Process:  COBALTDECONTAMINATION

   Date of Collection: 12/14/2021

   Time Collected _____

   Date of Shipment: 12/14/2021

   Chain of Custody No.: _____

6. **How did you first learn about ALS?**

   _____
   _____

7. **REQUEST FOR ANALYSES**

| Client Sample Number | Matrix* | Sample/Area Volume | ANALYSES REQUESTED - Use method number if known | Units** | Lab Comments |
|---|---|---|---|---|---|
| 12-14-A1 | Air | 250 L | Cobalt/NIOSH 7300 | mg/m³ | Simon's Office |
| 12-14-A2 | Air | 250 L | " | " | |
| 12-14-A3 | Air | 250 L | " | " | Engineering Office |
| 12-14-A4 | Air | 250 L | " | " | Lobby/Reception |
| 12-14-W1 | wipe | 100 cm² | Cobalt/NIOSH 9102 | µg/100cm² | Clean Room/Test Lab |
| 12-14-W2 | " | " | " | µg/100cm² | Simon's office |
| 12-14-W3 | " | " | " | " | Office Desk |
| 12-14-W4 | " | " | " | " | |
| 12-14-W5 | " | " | " | " | Bookshelf - Simon's office |
| 12-14-W6 | " | " | " | " | Engineering Office |
| 12-14-W7 | " | " | " | " | |
| 12-14-W8 | " | " | " | " | Break Room |
| 12-14-W9 | " | " | " | " | |
| 12-14-W10 | " | " | " | " | Men's room |

* Specify: Solid sorbent tube, e.g. Charcoal; Filter type; Impinger solution; Bulk sample; Blood; Urine; Tissue; Soil; Water; Other
** 1. µg/sample    2. mg/m³    3. ppm    4. %    5. µg/m³    6. _____ (other)    Please indicate one or more units in the column entitled Units**

Comments _____

Possible Contamination and/or Chemical Hazards _____

7. **Chain of Custody (Optional)**

| | | |
|---|---|---|
| Relinquished by | Date/Time | 12-14-21 |
| Received by | Date/Time | 12-15-21   11:00 |
| Relinquished by | Date/Time | |
| Received by | Date/Time | |

960 West LeVoy Drive / Salt Lake City, UT 84123      800-356-9135 or 801-266-7700 / FAX: 801-268-9992

ALS Environmental

For lab use only

**ALS**

# ANALYTICAL REQUEST FORM

1. ☐ REGULAR Status

☐ RUSH Status Requested - ADDITIONAL CHARGE
RESULTS REQUIRED BY _____
                              DATE
CONTACT ALS SALT LAKE PRIOR TO SENDING SAMPLES

2. Date 12/9/21    Purchase Order No. _____
3. Company Name : AERO-ENVIRONMENTAL CONSULTING

   Address: 1426 VIA ISOLA

MONTEREY, CA 93940

   Person to Contact: JORGE VIZCAINO

   Telephone ( 831 ) 277-5831

   Fax Telephone ( ) _____

   E-mail Address: jorge@aero-enviro.com

   Billing Address (if different from above)

   _____
   _____
   _____

4. Quote No. _____

ALS Project Manager: Stella Hanis

5. **Sample Collection**

   Sampling Site: QUANTUM LABS, SAN JOSE, CA

   Industrial Process: COBALTDECONTAMINATION

   Date of Collection: 12/14/2021

   Time Collected _____

   Date of Shipment: 12/14/2021

   Chain of Custody No.: _____

6. How did you first learn about ALS?

   _____
   _____

7. **REQUEST FOR ANALYSES**

| Client Sample Number | Matrix* | Sample/Area Volume | ANALYSES REQUESTED - Use method number if known | Units** | Lab Comments |
|---|---|---|---|---|---|
| 12-14-W11 | Wipe | 100 cm² | Cobalt + NIOSH 9102 | µg/sample | Restroom Lobby |
| 12-14-W12 | " | " | Cobalt " | " | Lobby Reception |
| 12-14-W13 | " | " | " | " | Restroom Door |
| 12-14-W14 | " | " | " | " | Conference Room |
| 12-14-F13 | " | Field Blank | " | " | Field Blank |
| 12-14-MV4 | Micro Vac | 100 cm² air | " NIOSH 7300 | " | Simon's office Carpet |
| | | WA 12-15-21 | | | |

* Specify: Solid sorbent tube, e.g. Charcoal; Filter type; Impinger solution; Bulk sample; Blood; Urine; Tissue; Soil; Water; Other
** 1. µg/sample   2. mg/m³   3. ppm   4. %   5. µg/m³   6. _____ (other)   Please indicate one or more units in the column entitled Units**

Comments _____

Possible Contamination and/or Chemical Hazards _____

7. Chain of Custody (Optional)

| | | | |
|---|---|---|---|
| Relinquished by | | Date/Time | 12-14-21 |
| Received by | | Date/Time | 12-15-21   11:00 |
| Relinquished by | | Date/Time | |
| Received by | | Date/Time | |

960 West LeVoy Drive / Salt Lake City, UT 84123       800-356-9135 or 801-266-7700 / FAX: 801-268-9992
ALS Environmental



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX B-PHOTOGRAPHIC DOCUMENTATION



**Photo 1-Clean Room Test Lab Bench**



**Photo 2-Clean Room Test Lab Floor**



**Photo 3-Simon's Office Desk sample**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 4-Simon's Office Desk Sample



Photo 5-Simon's Office Bookshelf



Photo 6-Engineering Office Bookshelf



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 7-Break Room Floor**



**Photo 8-Break Room Microwave table**



**Photo 9-Restroom Floor**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



**Photo 10-Restroom Floor**



**Photo 11-Reception Area Desk**



**Photo 12-Air sample in reception area**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 13-Wipe sample of restroom vanity



Photo 14-Air sample in Simon's Office



Photo 15-Air sample in Simon's office



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com



Photo 16-Wipe sample in Conference Room



Photo 17-Microvac sample of carpet



Photo 18-Microvac sample of carpet



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX C-Professional Certifications

State of California
Division of Occupational Safety and Health
**Certified Asbestos Consultant**

Jorge Ignacio Vizcaino
Name

Certification No. __04-3554__

Expires on ____04/15/22____

This certification was issued by the Division of
Occupational Safety and Health as authorized
by Sections 7180 et seq. of the Business and
Professions Code.

# The Board for Global EHS Credentialing (BGC)

through its vested authority, hereby confirms that

## Jorge I. Vizcaino

has met all requirements of education, experience, and examination, and on-going maintenance set forth through the BGC's American Board of Industrial Hygiene®'s (ABIH®) credentialing division for re-certification in the Comprehensive Practice of Industrial Hygiene and is thereby conferred the credential of

## Certified Industrial Hygienist® (CIH®)

The aforenamed individual is given all rights, privileges, and responsibilities as both a diplomate of the BGC and holder of the CIH credential, provided that the credential is not suspended or revoked, and it is renewed annually. Moreover, the holder must meet all recertification requirements, including the obligation to practice ethically as prescribed by the BGC.



Credential Number:     9814 CP

Award Date:     October 4, 2010

Expiration Date:     June 1, 2026

*Cynthia Hanko*

Cynthia Hanko, CIH
Chair of the Board of Directors

*Ulric K. Chung*

Ulric K. Chung, MCS, PhD
Chief Executive Officer and Secretary



| | |
|---|---|
| **From:** | recertinfo@ihmm.org |
| **To:** | Jorge Vizcaino |
| **Subject:** | Congratulations on Recertifying Your CHMM! |
| **Date:** | Thursday, November 5, 2020 10:38:14 AM |

Dear  Vizcaino,

**Congratulations on successfully recertifying your CHMM credential!** Thank you for your continued effort in safety when working with hazardous materials. You are one of the many reasons why this world is a safer place to live. The amount of time you have taken to recertify has not gone unnoticed by the IHMM staff.

Your recertification application has been processed for the cycle ending 10/31/2021. Your new credential expiration date is 10/31/2026.

Please use this electronic copy of your **CHMM Letter of Compliance** as proof of credential and for any third-party verification needs until your presentation copies of your CHMM Letter of Compliance (proof of credential) and Certificate (suitable for display) arrive.

IHMM certifications are the standard of excellence in the hazardous materials industry. As an IHMM credential holder, you can:

- Validate your expertise in many areas
- Distinguish yourself in a competitive marketplace
- Increase your employment options
- Demonstrate ongoing competence
- Expand your professional network
- Benefit from public sector outreach
- Receive global recognition

You are now authorized to continue using your credential designation through the expiration date listed in your *My*IHMM account online and on your certificate as long as you adhere to the CHMM Code of Ethics, remain in good standing, and maintain all required fees.

Remember to regularly access your *My*IHMM account to monitor your certification and fee due dates, to maintain your record's accuracy and to keep abreast of certification news. As a Certificant you agree to the proper use of the logo and acronym designation, and to surrender the certificate in the event of withdrawal of certification by IHMM.

We appreciate your continued support of IHMM and your commitment to the professional excellence embodied in your credential.

Sincerely,



*Gene Guilford*
*Executive Director*



*Institute of Hazardous Materials Management*
*9210 Corporate Blvd.,  Suite 470 | Rockville, MD 20850*
*(301) 984-8969 | (301) 984-1516 fax*

California Department of
**PublicHealth**

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH

# LEAD-RELATED CONSTRUCTION CERTIFICATE



**INDIVIDUAL:**

Jorge Vizcaíno

**CERTIFICATE TYPE:**

Lead Inspector/Assessor

**NUMBER:**

LRC-00001930

**EXPIRATION DATE:**

11/3/2022

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.





**STATE OF CALIFORNIA**
**DEPARTMENT OF PUBLIC HEALTH**



# LEAD-RELATED CONSTRUCTION CERTIFICATE

**INDIVIDUAL:**    **CERTIFICATE TYPE:**    **NUMBER:**    **EXPIRATION DATE:**

Lead Sampling Technician    LRC-00007343    10/27/2022

**David Kummer**

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.

 

1426 Via Isola ● Monterey, California 93940
831.394.1199 https://www.Aero-Enviro.com

December 17, 2021

**QUANTUM LABS**
 **2108 BERING DR. UNIT B**
**SAN JOSE, CA 95131**

RE:    **Bulk Sampling Results and Final Report for a Limited Asbestos Survey at QUANTUM LABS-2108 Bering Drive**, San Jose, CA 95131

Simon Planck:

Aero-Environmental Consulting is pleased to present this initial suspect asbestos analysis investigation report for one this industrial building located at 2108 Bering Drive-Suite B, San Jose, California.  Please find attached our project results, recommendations, and invoice.

## PROJECT RESULTS

Aero-Environmental Consulting collected nine (9) bulk samples of construction/building materials in the office areas only of this building, which are considered suspect asbestos materials and which might be impacted by carpet removal. This survey was limited to only the carpeted areas of Suite B and did not include any other areas of the building.

The interior of these offices consisted of carpet over slab or floor tiles, and finished drywall with paint/texture.

Tabulated results are as follows (see Appendix A):

  



| TABLE 1-BULK SAMPLE RESULTS FOR SUSPECT ASBESTOS-CONTAINING MATERIALS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Material Description | Material Location | TSI | Surf. | Misc | Regulated Asbestos Containing Material (RACM) | Cat. I Non-Friable | Cat. II Non-Friable | % Asbestos by PLM | Sample # |
| Wall Texture | Simon's Office | | | X | | | | ND | 12-14-01-1 |
| Wall Texture | Conference Room | | | X | | | | ND | 12-14-01-2 |
| Wall Texture | Lobby/ Reception | | | X | | | | ND | 12-14-01-3 |
| Carpet Mastic | Simon's Office | | | X | | | | ND | 12-14-02-4 |
| Carpet Mastic | Conference Room | | | X | | | | ND | 12-14-02-5 |
| Basecove Mastic | Engineering Office | | | X | | | | ND | 12-14-03-6 |
| Basecove Mastic | Lobby/ Reception | | | X | | | | ND | 12-14-03-7 |
| 12" Gray Floor Tiles/Mastic | Simon's Office | | | X | | | | ND | 12-14-04-8 |
| 12" Gray Floor Tiles/Mastic | Simon's Office | | | X | | | | ND | 12-14-04-9 |

CH = Chrysotile, ND = None Detected,

## REGULATORY REQUIREMENTS

Asbestos-containing building materials contain asbestos in concentrations greater than one tenth of one percent (0.1%). Impacting materials containing greater than 0.1% asbestos either through repair, maintenance, renovation or demolition activities triggers numerous regulations enforced by such agencies as OSHA (worker protection) and EPA (environmental exposure, transportation and disposal). **No Asbestos-Containing Materials (ACM) were found during this assessment.**



## Recommendations to Implement Regulatory Requirements

Aero-Environmental recommends that prior to renovation/demolition activities that will impact Asbestos-Containing Materials (ACM) identified in this report:

1. This survey was limited to the interior of this structure and did not include any exterior building materials or roof.
2. The purpose of the asbestos inspection was to respond to the Bay Area Air Quality Management District (BAAQMD) and Cal/OSHA requirement for a comprehensive survey to be conducted for ACM prior to any planned renovation/demolition in accordance with the United States Environmental Protection Agency (USEPA) National Emission Standard for Hazardous Air Pollutants (NESHAP) regulation (Title 40 Code of Federal Regulations [CFR] Part 61 Subpart M).
   <u>**Health and Safety Code 25914**</u>
3. This regulation requires that a separate contract be generated if asbestos-related work or hazardous substance removal is required to be performed <u>if these materials were not revealed in the original contract documents.</u> It also requires a contractor to immediately stop work if a hazardous substance/material is discovered that was not noted in the original contract documents and inform the owner in writing.

Aero-Environmental provided these services consistent with the level and skill ordinarily exercised by members of the profession currently practicing under similar conditions.

This statement is in lieu of other statements either expressed or implied. The intent of the report is to aid the building owner, architect, construction manager, general contractors, and potential demolition and abatement contractors in locating asbestos. This report is not intended to serve as a bidding document nor as a project specification document and actual site conditions and quantities should be field verified. The scope of services performed in execution of this evaluation may not be appropriate to satisfy the needs of other users, and use or re-use of this document, the findings, conclusions, or recommendations is at the risk of said user. Although every attempt has been made to identify suspect asbestos in the areas identified, the inspection techniques used are inherently limited in the sense that only full demolition procedures will reveal all building materials of a structure and therefore all areas of potential asbestos.

Additionally, the passage of time may result in a change in the environmental characteristics at this site. This report does not warrant against future operations or conditions that could affect the recommendations made. The results, findings, conclusions and recommendations expressed in this report are based only on conditions that were observed during Aero-Environmental Consulting's inspection of the site.

Thank you for this opportunity to be of service to you. If you have any questions, please call us at 831.394.1199.



This report prepared by:

Jorge Vizcaino
Certified Asbestos Consultant 04-3554
CDPH Lead Inspector/Assessor No. 15393
Certified Industrial Hygienist No. 9814



**APPENDIX A**
**Asbestos Analysis Results**



# LA Testing

**5431 Industrial Drive Huntington Beach, CA  92649**
Tel/Fax: (714) 828-4999 / (714) 828-4944
http://www.LATesting.com / gardengrovelab@latesting.com

| | |
|---|---|
| **LA Testing Order:** | 332130544 |
| **Customer ID:** | 32AECO77 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Jorge Vizcaino | **Phone:** | (831) 394-1199 |
| | Aero-Environmental Consulting, Inc. | **Fax:** | |
| | 1426 Via Isola | **Received Date:** | 12/16/2021  1:10 PM |
| | Monterey, CA  93940 | **Analysis Date:** | 12/17/2021 |
| | | **Collected Date:** | 12/14/2021 |
| **Project:** | Quantum Labs | | |

### Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 12-14-01-1-Texture _332130544-0001_ | Wall texture- Simons office | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-01-1-Drywall _332130544-0001A_ | Wall texture- Simons office | Brown/Beige Fibrous Heterogeneous | 10% Cellulose <1% Glass | 90% Non-fibrous (Other) | None Detected |
| 12-14-01-2-Texture _332130544-0002_ | Wall texture- Conference | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-01-2-Drywall _332130544-0002A_ | Wall texture- Conference | Brown/White Fibrous Heterogeneous | 12% Cellulose <1% Glass | 88% Non-fibrous (Other) | None Detected |
| 12-14-01-3-Texture _332130544-0003_ | Wall texture- Lobby/ Reception | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-01-3-Drywall _332130544-0003A_ | Wall texture- Lobby/ Reception | Brown/White Fibrous Heterogeneous | 12% Cellulose <1% Glass | 88% Non-fibrous (Other) | None Detected |
| 12-14-02-4-Carpet _332130544-0004_ | Carpet mastic- Simons office | White/Red/Various Fibrous Homogeneous | 90% Synthetic | 10% Non-fibrous (Other) | None Detected |
| 12-14-02-4-Mastic _332130544-0004A_ | Carpet mastic- Simons office | Yellow Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-02-5-Carpet _332130544-0005_ | Carpet mastic- conference room | White/Red/Various Fibrous Homogeneous | 90% Synthetic | 10% Non-fibrous (Other) | None Detected |
| 12-14-02-5-Mastic _332130544-0005A_ | Carpet mastic- conference room | Black/Yellow Non-Fibrous Heterogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-04-8-Vinyl Floor Tile _332130544-0006_ | 12" Gray RFT/ mastic simons office | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-04-8-Mastic _332130544-0006A_ | 12" Gray RFT/ mastic simons office | Yellow Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-04-9-Vinyl Floor Tile _332130544-0007_ | 12" Gray RFT/ mastic simons office | Gray Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-04-9-Mastic _332130544-0007A_ | 12" Gray RFT/ mastic simons office | Yellow Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-03-6-Cove Base _332130544-0008_ | Basecove mastic- Engineering office | Brown Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Initial report from: 12/17/2021 12:37:22



# LA Testing

**5431 Industrial Drive Huntington Beach, CA  92649**

Tel/Fax: (714) 828-4999 / (714) 828-4944

http://www.LATesting.com / gardengrovelab@latesting.com

| | |
|---|---|
| LA Testing Order: | 332130544 |
| Customer ID: | 32AECO77 |
| Customer PO: | |
| Project ID: | |

### *Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy*

| | | | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| **Sample** | **Description** | **Appearance** | **% Fibrous** | **% Non-Fibrous** | **% Type** |
| 12-14-03-6-Mastic<br>*332130544-0008A* | Basecove mastic-<br>Engineering office | Yellow<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-03-7-Cove Base<br>*332130544-0009* | Basecove mastic-<br>Lobby | Brown<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 12-14-03-7-Mastic<br>*332130544-0009A* | Basecove mastic-<br>Lobby | Yellow<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |

Analyst(s)

*Brittany Quiring (18)*

*Michael Chapman*

Michael Chapman, Laboratory Manager
or Other Approved Signatory

LA Testing maintains liability limited to cost of analysis . Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by LA Testing. LA Testing bears no responsibility for sample collection activities or analytical method limitations . The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted. The above analyses were performed in general compliance with Appendix E to Subpart E of  40 CFR (previously EPA 600/M4-82-020 "Interim Method") but augmented with procedures outlined in the 1993 (final) version of the method.  This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore LA Testing recommends gravimetric reduction prior to analysis . Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Estimation of uncertainty is available on request.

Samples analyzed by LA Testing Huntington Beach, CA NVLAP Lab Code 101384-0, CA ELAP 1406

Initial report from: 12/17/2021 12:37:22

EMSL Analytical, Inc.
464 McCormick Street

# Asbestos Chain of Custody
## For California

**EMSL Order Number** (lab use only):

EMSL ANALYTICAL, INC.
LABORATORY • PRODUCTS • TRAINING

San Leandro, CA 94577
PHONE: (510) 895-3675
FAX: (510) 895-3680

## # 3 3 2 1 3 0 5 4 4

| | |
|---|---|
| **Company Name :** Aero-Environmental Consulting, Inc. | **EMSL Customer ID:** |
| **Street:** 1426 Via Isola | **City:** Monterey    **State or Province:** CA |
| **Zip/Postal Code:** 93940   **Country:** US | **Telephone #:** 831.277.5831   **Fax #:** |
| **Report To (Name):** Jorge Vizcaino | **Please Provide Results via:** ☐ Fax ☐ Email |
| **email Address:** Jorge@Aero-Enviro.com | **Purchase Order Number:** |
| **Client Project ID:** Quantum Labr | **EMSL Project ID** (internal use only): |
| **State or Province Collected:** CA | |

**EMSL Bill-to:** ☐ Same ☐ Different: If Bill-to is different, note instructions in comments below.   *Third-party billing requires written authorization.*

### Turnaround Time (TAT) Options Please Check
☐ 3 Hr[1]   ☐ 4-4.5Hr[1]   ☐ AHERA Only   ☐ 6 Hr[1]   ☑ 24 Hr   ☐ 32 Hr[2]   ☐ 48 Hr   ☐ 72 Hr   ☐ 96 HR   ☐ 1 Week   ☐ 2 Week

[1]Premium Service Charge applies for 3 Hour TEM AHERA or EPA Level II TAT – you will be asked to sign an authorization form. TEM Air 3 -6 Hour, please call ahead to schedule
[2]32 Hr TAT available for select tests only; samples must be submitted by 11:30am.

| PCM - Air | TEM – Air | Soil/Rock/Vermiculite   (Reporting Limit) |
|---|---|---|
| ☐ NIOSH 7400 | ☐ AHERA 40 CFR, Part 763 | ☐ PLM CARB 435 – A (<0.25%)* |
| ☐ w/ OSHA 8hr. TWA | ☐ CARB Modified AHERA | ☐ TEM CARB 435 – B (<0.1%) |
| **PLM – Bulk**   (Reporting Limit) | ☐ EPA Level II | ☐ TEM CARB 435 – C (<0.01%)* |
| ☑ PLM EPA 600/R-93/116 (<1%) | ☐ NIOSH 7402 | ☐ TEM Qualitative via Filtration Prep |
| ☐ PLM EPA NOB   (<1%) | ☐ ISO 10312 | ☐ TEM Qualitative via Drop Mount Prep |
| ☐ 400 Point Count (<0.25%) | **TEM - Bulk** | ☐ PLM EPA 600/R-93/116 with Milling Prep (<0.25%) |
| ☐ 400 Point Count with Gravimetric Reduction (<0.25%) | ☐ TEM EPA NOB | ☐ PLM EPA 600/R-93/116 with Milling Prep (<0.1%) |
| ☐ 1000 Point Count (<0.1%) | ☐ TEM EPA 600/R-93/116 with Milling Prep (<0.1%)* | ☐ TEM EPA 600/R-93/116 with Milling Prep (<0.1%)* |
| ☐ 1000 Point Count with Gravimetric Reduction (<0.1%) | * Lower reporting limits available upon request | |
| ☐ NIOSH 9002 (<1%) | **TEM- Dust** | **Other test (please specify)** |
| **TEM – Water:** EPA 100.2 | ☐ Microvac - ASTM D 5755 | |
| Fibers >10µm ☐ Waste ☐ Drinking | ☐ Wipe - ASTM D6480 | |
| All Fiber Sizes ☐ Waste ☐ Drinking | ☐ Carpet Sonication (EPA 600/J-93/167) | |

☑ Stop At First Positive *(clearly identify homogenous areas below)*    Filter Pore Size (Air Samples): ☐ 0.8µm ☐ 0.45µm

**Sampler's Name:** Jorge Vizcaino    **Sampler's Signature:**

| Sample # | Sample Description/ Location | Volume, Area, or Homogenous Area | Date and Time Sampled |
|---|---|---|---|
| 12-14-01-1 | Wall Texture - Simon's Office | } First positive | 12-14-21 |
| 12-14-01-2 | " " - Conference Room | | 12-14-21 |
| 12-14-01-3 | " " - Lobby/Reception | | 12-14-21 |
| 12-14-02-1 | Carpet Mastic - Simon's Office | First positive | 12-14-21 |

| | |
|---|---|
| **Client Sample # (s):** - | **Total # of Samples:** 9 |
| **Relinquished by (Client):**   **Date:** 12-15-21 | **Time:** |
| **Received by (Lab):** JS(EMSL-Px)   **Date:** 12/16/21 | **Time:** 1:10p |

**Comments/Special Instructions:**

Controlled Document – COC-51 Asbestos CA R1 09/03/2019

EMSL Analytical, Inc.'s (DBA: LA Testing) Laboratory Terms and Conditions are incorporated into this chain of custody by reference in their entirety. Submission of samples to LA Testing constitutes acceptance and acknowledgment of all terms and conditions.

Page 1 of _____ pages

**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

**EMSL Order Number** (Lab Use Only):

**#332130544**

San Leandro, CA 94577
PHONE: (510) 895-3675
FAX: (510) 895-3680

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | Sample Description/ Location | Volume, Area, or Homogenous Area # | Date andTime Sampled |
|---|---|---|---|
| 12-14-02-5 | Carpet Mastic - Conference Room | 1 SL positive | 12-14-21 |
| 12-14-04-8 | 12" Gray RFT Mastic Simon's Office | 1 SL | 12-14-21 |
| 12-14-04-9 | " " " " | 2 positive | 12-14-21 |
| 12-14-03-6 | Basecove Mastic - Engineer Office | 1 SL | 12-14-21 |
| 12-14-03-7 | " " - Lobby | 2 positive | 12-14-21 |
| | | | 12-14-21 |

*Comments/Special Instructions:

Page _____ of _____ pages

Controlled Document – COC-51 Asbestos CA R1 09/03/2019

EMSL Analytical, Inc.'s (DBA: LA Testing) Laboratory Terms and Conditions are incorporated into this chain of custody by reference in their entirety. Submission of samples to LA Testing constitutes acceptance and acknowledgment of all terms and conditions.



# APPENDIX B
## Photographic Documentation



**Photo 1-Carpet Mastic sample**



**Photo 2-Floor Tile Sample**



**Photo 3-Mastic under carpet**



**Photo 4-Textured Drywall sample**



**APPENDIX C**
**Professional Certifications**



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Surface Wipe Sample Evaluation of Cobalt 59 Dust following interior Cobalt cleanup operations inside Lab M at Quantum Labs, San Jose, California

| Date Inspection Conducted: | 12/16/2021 |
|---|---|
| Date of Report: | 12/23/2021 |
| Assignment: | Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab M, Quantum Labs |
| Address of Evaluation | QUANTUM LABS- 2108 Bering Dr., Suite B, San Jose, CA |
| Work Performed By: | Jorge Vizcaino, CIH 9814 |
| Aero-Environmental Project Name: | QUANTUM LABS-Cobalt Decontamination  Monitoring |

**QUANTUM LABS**
**2108 BERING DR. UNIT B**
**SAN JOSE, CA 95131**

## Highlights of this Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab M

On December 16th, 2021, Aero-Environmental Industrial Hygiene Technician David Kummer (LRC-00007343) conducted a Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab M at Quantum Labs.

### What Aero-Environmental Did

- We collected 22 clearance wipe samples and 2 field blanks of Lab M containment area and the corridor between Lab M and Lab Q following decontamination of this area.
- We communicated with the Belfor Environmental project manager any issues of concern.

### What We Found

- Analytical results for the clearance wipe samples indicated detectable cobalt surface concentrations in all of the samples collected, with ten (10) wipe samples exceeding the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

- The BNL "Free Release" level of 2 ug/100 cm2 is the maximum level allowed on accessible surfaces for this project.
- Surface wipe samples 12-16-W3, 12-16-W7, 12-16-W8, 12-16-W9, 12-16-W10, 12-16-W11, 12-16-W12, 12-16-W13, 12-16-W14, and 12-16-W23 exceeded the "Free Release" level of 2 ug/100 cm$^2$. These sample locations are referenced in Figure 1-Sample Location Plan.

## What Aero-Environmental recommends

- Based on these analytical results the entire Lab M and the corridor between Lab M and Lab Q should be decontaminated by Belfor Environmental. Particular decontamination efforts should be directed to the enclosed "Temescal" area which is where most of the elevated surface wipe sample concentrations were detected.
- It is recommended that all acoustical ceiling tiles be sampled for asbestos in this area and removed and discarded.
- It is recommended that the entire HVAC system in this area and throughout the building be professionally cleaned and decontaminated.
- It is recommended that all of the equipment in the Temescal area of Lab M be removed and decontaminated prior to conducting another surface wipe clearance.

# Abbreviations

| | |
|---|---|
| cm$^2$ | Square centimeter |
| µg/100 cm$^2$ | Micrograms per 100 square centimeters |
| mg/m$^3$ | Milligrams per cubic meter |
| ABIH® | American Board of Industrial Hygienists |
| ACGIH® | American Conference of Governmental Industrial Hygienists |
| BNL | Brookhaven National Lab |
| CAL-OSHA | California Occupational Safety and Health Administration |
| CIH | Certified Industrial Hygienist |
| CFR | Code of Federal Regulations |
| CCR | California Code of Regulations |
| HEPA | High Efficiency Particulate Air |
| NIOSH | National Institute of Occupational Safety and Health |
| PPE | Personal Protective Equipment |
| OEL | Occupational Exposure Level |
| PBZ | Personal Breathing Zone |

# AERO-ENVIRONMENTAL

## CONSULTING

831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

| ppb | Parts per billion |
| ppm | Parts per million |
| PEL | Permissible exposure limit |
| PPE | Personal Protective Equipment |
| TWA | Time-weighted average |

## Table of Contents

Summary ............................................................................................................................. 3

Introduction ....................................................................................................................... 4

Methods .............................................................................................................................. 4

Evaluation Criteria ............................................................................................................ 5

Results ................................................................................................................................. 6

Conclusions and Recommendations ............................................................................. 7

Availability of Report/Disclaimer .................................................................................. 8

FIGURE 1 -FLOOR PLAN WITH WIPE SAMPLING LOCATIONS ................................... 9

APPENDIX A-ANALYTICAL RESULTS .......................................................................... 10

APPENDIX B-PHOTOGRAPHIC DOCUMENTATION .................................................. 11

APPENDIX C-PROFESSIONAL CERTIFICATIONS ........................................................ 12

## Summary

On December 16th, 2021, Aero-Environmental Industrial Hygiene Technician David Kummer (LRC-00007343) conducted a Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab M at Quantum Labs. Following an opening safety meeting and walkthrough of the decontamination areas, the industrial hygiene professionals evaluated the cobalt decontamination containment system for Lab M that Belfor Environmental indicated was ready for surface wipe sample clearance testing. Surface wipe sampling of this area was conducted by selecting specific floor and elevated horizontal surfaces, where cobalt dust could have potentially accumulated. The cobalt decontamination containment was also evaluated and found to be satisfactory. In



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

addition, cobalt decontamination activities and work practices were discussed with the project lead supervisor, Greg Henke.

Twenty-two (22) clearance wipe samples and two (2) field blanks were collected of Lab M containment area and the corridor between Lab M and Lab Q following decontamination of this area. The location of these surface wipe samples included the entire flooring, hood covers, horizontal surfaces like tables, Temescal area, Evaporator Area, and Fume Hood areas.

Surface wipe samples 12-16-W3, 12-16-W7, 12-16-W8, 12-16-W9, 12-16-W10, 12-16-W11, 12-16-W12, 12-16-W13, 12-16-W14, and 12-16-W23 exceeded the "Free Release" level of 2 ug/100 cm$^2$. These sample locations are referenced in Figure 1- Sample Location Plan.

# Introduction

On December 16th, 2021, Aero-Environmental Industrial Hygiene Technician David Kummer (LRC-00007343) conducted a Surface Wipe Sample Evaluation following Cobalt 59 Decontamination activities for Lab M at Quantum Labs. Following an opening safety meeting and walkthrough of the decontamination areas, the industrial hygiene professionals evaluated the cobalt decontamination containment system for Lab M that Belfor Environmental indicated was ready for surface wipe sample clearance testing. Surface wipe sampling of this area was conducted by selecting specific floor and elevated horizontal surfaces, where cobalt dust could have potentially accumulated. The cobalt decontamination containment was also evaluated and found to be satisfactory. In addition, cobalt decontamination activities and work practices were discussed with the project lead supervisor, Greg Henke.

# Methods

Belfor Environmental Scope of Work consists of the following:

- Set up critical barriers and containments to isolate work areas.
- Lab pack of loose chemicals.
- Removal of Select Exhaust Systems
- Removal of specified tools owned by Maxim.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

- Removal of specified pipe runs
- Decontamination of Quantum tools
- Clean Facility of Cobalt 59 contamination.

Aero-Environmental Consulting conducted the following activities:

1) Collection of clearance wipe samples in Lab M.

| TABLE 1-AIR/SURFACE SAMPLING METHODS | | |
|---|---|---|
| Substance | Reason for Sampling | Sampling Methods |
| Surface Cobalt Dust | Possible Exposure during cobalt decontamination activities | NIOSH Method 9102 |

# Evaluation Criteria

The primary source and industry-wide reference for surface wipe sampling and "clearance" criteria for surface contamination is the Brookhaven Nation Lab (BNL) document IH 75190-Surface Wipe Sampling for Metals. This document describes a field procedure for taking wipe samples for metals on surfaces. It is based on methodology described in NIOSH 9100 "Lead in Surface Wipe Samples" of the NIOSH Manual of Analytical Methods. The goal of the procedure is to provide a uniform methodology to collect representative samples. Using this method will ensure repeatability between various sampling personnel and between surface configurations. It is used for characterizing surface levels for the following reasons:

- Decommissioning operational areas
- Evaluating the effectiveness of clean-up of a spill
- Evaluating compliance with housekeeping or "free" public release levels in operational areas
- Characterizing a piece of equipment for release.



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# Results

Analytical results for the clearance wipe samples indicated detectable cobalt surface concentrations in all of the samples collected, with ten (10) wipe samples exceeding the BNL "Free Release" Clearance Level of 2 µg/100 cm$^2$.

Surface wipe samples 12-16-W3, 12-16-W7, 12-16-W8, 12-16-W9, 12-16-W10, 12-16-W11, 12-16-W12, 12-16-W13, 12-16-W14, and 12-16-W23 exceeded the "Free Release" level of 2 ug/100 cm$^2$. These sample locations are referenced in Figure 1-Sample Location Plan.

| TABLE 2- Surface Wipe Sample Results-Lab M and Temescal Area | | |
|---|---|---|
| Sample #/Date | Personal/Area | Concentration |
| 12-16-W1-Dec 16 | Floor-North Side Containment Area | 0.84 µg/100cm$^2$ |
| 12-16-W2-Dec 16 | Floor-North Side Containment Area | 1.1 µg/100cm$^2$ |
| 12-16-W3-Dec 16 | Floor-North Side Containment Area | 2.8 µg/100cm$^2$ |
| 12-16-W4-Dec 16 | Hood Roof- North Side Containment Area | 0.12 µg/100cm$^2$ |
| 12-16-W5-Dec 16 | Hood Roof- North Side Containment Area | 0.40 µg/100cm$^2$ |
| 12-16-W6-Dec 16 | Hood Roof- North Side Containment Area | 0.14 µg/100cm$^2$ |
| 12-16-W7-Dec 16 | Table-Horizontal Surface-Temescal Area | 11 µg/100cm$^2$ |
| 12-16-W8-Dec 16 | Floor-Restricted Temescal Area | 11 µg/100cm$^2$ |
| 12-16-W9-Dec 16 | Floor-Restricted Temescal Area | 3.7 µg/100cm$^2$ |
| 12-16-W10-Dec 16 | Floor-Restricted Temescal Area | 8.3 µg/100cm$^2$ |
| 12-16-W11-Dec 16 | Floor-Restricted | 55 µg/100cm$^2$ |



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

| | Temescal Area | |
|---|---|---|
| 12-16-W12-Dec 16 | Floor- South Side Containment Area | 16 µg/100cm$^2$ |
| 12-16-W13-Dec 16 | Floor-South Side Containment Area | 8.3 µg/100cm$^2$ |
| 12-16-W14-Dec 16 | Floor-South Side Containment Area | 26 µg/100cm$^2$ |
| 12-16-W15-Dec 16 | Floor-South Side Containment Area | 0.18 µg/100cm$^2$ |
| 12-16-W16-Dec 16 | Top of Hood-South Side Containment Area | 0.21 µg/100cm$^2$ |
| 12-16-W17-Dec 16 | Top of Hood-South Side Containment Area | 2.0 µg/100cm$^2$ |
| 12-16-W18-Dec 16 | Top of Hood-South Side Containment Area | 1.0 µg/100cm$^2$ |
| 12-16-W19-Dec 16 | Field Blank | <0.075 µg/100cm$^2$ |
| 12-16-W20-Dec 16 | Field Blank | <0.075 µg/100cm$^2$ |
| 12-16-W21-Dec 16 | Floor-Corridor between Lab Q and Lab M | 0.40 µg/100cm$^2$ |
| 12-16-W22-Dec 16 | Floor-Corridor between Lab Q and Lab M | 1.2 µg/100cm$^2$ |
| 12-16-W23-Dec 16 | Floor-Corridor between Lab Q and Lab M | 3.3 µg/100cm$^2$ |
| 12-16-W24-Dec 16 | Floor-Corridor between Lab Q and Lab M | 0.51 µg/100cm$^2$ |

# Conclusions and Recommendations

▪ This dust evaluation did indicate cobalt dust contamination inside the entire Lab M, with surface contamination levels extremely elevated inside this area in



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

particular very elevated concentrations in the Temescal area. Based on these analytical results the entire Lab M and the corridor between Lab M and Lab Q should be completely decontaminated prior to re-testing.

- It is recommended that all acoustical ceiling tiles be sampled for asbestos in this area and removed and discarded.
- It is recommended that the entire HVAC system in this area and throughout the building be professionally cleaned and decontaminated.
- It is recommended that all of the equipment in the Temescal area of Lab M be removed and decontaminated prior to conducting another surface wipe clearance.

This report serves as a surface wipe sampling assessment report for this decontamination project at Quantum Labs.

# Availability of Report/Disclaimer

The recommendations in this report are made on the basis of the findings at the workplace evaluated and may not be applicable to other workplaces. This report was prepared by Jorge Vizcaino, CIH/CHMM with Aero-Environmental Consulting, INC. Analytical support was provided by AIHA Accredited Laboratory ALS Environmental in Salt Lake City, Utah.

Sincerely,
Aero-Environmental Consulting, INC

Jorge Vizcaino
Certified Industrial Hygienist No. 9814
Certified Hazardous Material Manager 19631



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# FIGURE 1 -FLOOR PLAN WITH WIPE SAMPLING LOCATIONS





831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX A-ANALYTICAL RESULTS

# ANALYTICAL REPORT

Report Date: December 22, 2021

Jorge Vizcaino
Aero-Environmental Consulting
1426 Via Isola
Monterey, CA   93940

Phone: (831) 277-5831

E-mail: jorge@aero-enviro.com

Workorder: **34-2135152**
Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-16-W1** | | Collected: 12/16/2021 |
| Lab ID: 2135152001 | Sampling Location: Floor | Received: 12/17/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/20/2021 (288613) |
| | | Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.84** | 0.075 |

| Sample ID: **12-16-W2** | | Collected: 12/16/2021 |
| Lab ID: 2135152002 | Sampling Location: Floor | Received: 12/17/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/20/2021 (288613) |
| | | Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **1.1** | 0.075 |

| Sample ID: **12-16-W3** | | Collected: 12/16/2021 |
| Lab ID: 2135152003 | Sampling Location: Floor | Received: 12/17/2021 |

| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/20/2021 (288613) |
| | | Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **2.8** | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2135152**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

---

**Sample ID: 12-16-W4**

| | | |
|---|---|---|
| Lab ID: 2135152004 | Sampling Location: Hood Roof | Collected: 12/16/2021 |
| | | Received: 12/17/2021 |

**Method:** NIOSH 9102 Mod, Ghost Wipe  |  **Media:** Ghost Wipe  |  **Instrument:** ICP13

**Dilution:** 1  |  **Sampling Parameter:** Area 100 cm²  |  **Prepared:** 12/20/2021 (288613)  **Analyzed:** 12/22/2021 (288747)

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.12** | 0.075 |

---

**Sample ID: 12-16-W5**

| | | |
|---|---|---|
| Lab ID: 2135152005 | Sampling Location: Hood Roof | Collected: 12/16/2021 |
| | | Received: 12/17/2021 |

**Method:** NIOSH 9102 Mod, Ghost Wipe  |  **Media:** Ghost Wipe  |  **Instrument:** ICP13

**Dilution:** 1  |  **Sampling Parameter:** Area 100 cm²  |  **Prepared:** 12/20/2021 (288613)  **Analyzed:** 12/22/2021 (288747)

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.40** | 0.075 |

---

**Sample ID: 12-16-W6**

| | | |
|---|---|---|
| Lab ID: 2135152006 | Sampling Location: Hood Roof | Collected: 12/16/2021 |
| | | Received: 12/17/2021 |

**Method:** NIOSH 9102 Mod, Ghost Wipe  |  **Media:** Ghost Wipe  |  **Instrument:** ICP13

**Dilution:** 1  |  **Sampling Parameter:** Area 100 cm²  |  **Prepared:** 12/20/2021 (288613)  **Analyzed:** 12/22/2021 (288747)

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.14** | 0.075 |

---

**Sample ID: 12-16-W7**

| | | |
|---|---|---|
| Lab ID: 2135152007 | Sampling Location: On Top of Table | Collected: 12/16/2021 |
| | | Received: 12/17/2021 |

**Method:** NIOSH 9102 Mod, Ghost Wipe  |  **Media:** Ghost Wipe  |  **Instrument:** ICP13

**Dilution:** 1  |  **Sampling Parameter:** Area 100 cm²  |  **Prepared:** 12/20/2021 (288613)  **Analyzed:** 12/22/2021 (288747)

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **11** | 0.075 |

---



# ANALYTICAL REPORT

Workorder: **34-2135152**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-16-W8** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152008 | Sampling Location: Floor | Received: 12/17/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/20/2021 (288613) Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **11** | 0.075 |

| Sample ID: **12-16-W9** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152009 | Sampling Location: Floor | Received: 12/17/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/20/2021 (288613) Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **3.7** | 0.075 |

| Sample ID: **12-16-W10** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152010 | Sampling Location: Floor | Received: 12/17/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/20/2021 (288613) Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **8.3** | 0.075 |

| Sample ID: **12-16-W11** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152011 | Sampling Location: Floor Temescal Room | Received: 12/17/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | Prepared: 12/20/2021 (288613) Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **55** | 0.075 |



## ANALYTICAL REPORT

Workorder: **34-2135152**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

### Analytical Results

| Sample ID: **12-16-W12** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152012 | Sampling Location: Floor | Received: 12/17/2021 |
| **Method:** NIOSH 9102 Mod, Ghost Wipe | **Media:** Ghost Wipe | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/20/2021 (288613) **Analyzed:** 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **16** | 0.075 |

| Sample ID: **12-16-W13** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152013 | Sampling Location: Floor | Received: 12/17/2021 |
| **Method:** NIOSH 9102 Mod, Ghost Wipe | **Media:** Ghost Wipe | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/20/2021 (288613) **Analyzed:** 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **8.3** | 0.075 |

| Sample ID: **12-16-W14** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152014 | Sampling Location: Floor | Received: 12/17/2021 |
| **Method:** NIOSH 9102 Mod, Ghost Wipe | **Media:** Ghost Wipe | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/20/2021 (288613) **Analyzed:** 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **26** | 0.075 |

| Sample ID: **12-16-W15** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152015 | Sampling Location: On Top of Table | Received: 12/17/2021 |
| **Method:** NIOSH 9102 Mod, Ghost Wipe | **Media:** Ghost Wipe | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/20/2021 (288613) **Analyzed:** 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.18** | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2135152**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-16-W16** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152016 | Sampling Location: Top of Hood | Received: 12/17/2021 |
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/20/2021 (288613) |
| | | **Analyzed:** 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.21** | 0.075 |

| Sample ID: **12-16-W17** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152017 | Sampling Location: Top of Hood | Received: 12/17/2021 |
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/20/2021 (288613) |
| | | **Analyzed:** 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **2.0** | 0.075 |

| Sample ID: **12-16-W18** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152018 | Sampling Location: Top of Hood | Received: 12/17/2021 |
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/20/2021 (288613) |
| | | **Analyzed:** 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **1.0** | 0.075 |

| Sample ID: **12-16-W19** | | Collected: 12/16/2021 |
|---|---|---|
| Lab ID: 2135152019 | Sampling Location: Field Blank | Received: 12/17/2021 |
| **Method: NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area Not Applicable | **Prepared:** 12/20/2021 (288613) |
| | | **Analyzed:** 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | <0.075 | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2135152**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

| Sample ID: **12-16-W20** | | | |
|---|---|---|---|
| Lab ID: 2135152020 | Sampling Location: FIeld Blank | | Collected: 12/16/2021 |
| | | | Received: 12/17/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area Not Applicable | | Prepared: 12/20/2021 (288613) |
| | | | Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | <0.075 | 0.075 |

| Sample ID: **12-16-W21** | | | |
|---|---|---|---|
| Lab ID: 2135152021 | Sampling Location: Floor | | Collected: 12/16/2021 |
| | | | Received: 12/17/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/20/2021 (288613) |
| | | | Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.40** | 0.075 |

| Sample ID: **12-16-W22** | | | |
|---|---|---|---|
| Lab ID: 2135152022 | Sampling Location: Floor | | Collected: 12/16/2021 |
| | | | Received: 12/17/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/20/2021 (288613) |
| | | | Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **1.2** | 0.075 |

| Sample ID: **12-16-W23** | | | |
|---|---|---|---|
| Lab ID: 2135152023 | Sampling Location: Floor | | Collected: 12/16/2021 |
| | | | Received: 12/17/2021 |
| Method: **NIOSH 9102 Mod, Ghost Wipe** | Media: Ghost Wipe | | Instrument: ICP13 |
| Dilution: 1 | Sampling Parameter: Area 100 cm² | | Prepared: 12/20/2021 (288613) |
| | | | Analyzed: 12/22/2021 (288747) |

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **3.3** | 0.075 |



# ANALYTICAL REPORT

Workorder: **34-2135152**

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## Analytical Results

Sample ID: **12-16-W24**                                    Collected: 12/16/2021
Lab ID: 2135152024                                          Received: 12/17/2021

| | | |
|---|---|---|
| **Method:** **NIOSH 9102 Mod, Ghost Wipe** | **Media:** Ghost Wipe | **Instrument:** ICP13 |
| **Dilution:** 1 | **Sampling Parameter:** Area 100 cm² | **Prepared:** 12/20/2021 (288613) |
| | | **Analyzed:** 12/22/2021 (288747) |

Sampling Location: Floor

| Analyte | Result (ug/sample) | RL (ug/sample) |
|---|---|---|
| Cobalt | **0.51** | 0.075 |

## Comments

**Quality Control:  - (Batch: 288613)**

Ghost wipe LMB 769230 was above the reporting limit for phosphorus, thallium and zinc, so the LCS 769231, LCSD 769232, and RLVS 769233 results have been media blank corrected for phosphorus, thallium and zinc with LMB 769230.

Ghost wipe LMB 769236 was above the reporting limit for phosphorus, thallium and zinc, so the LCS 769237, LCSD 769238, and RLVS 769239 results have been media blank corrected for phosphorus, thallium and zinc with LMB 769236.

The cobalt and chromium recoveries for LCSD 769238 are low outside current LCS limits. NC/CAR-2153 was initiated to document the incident.

## Report Authorization  (/S/ is an electronic signature that complies with 21 CFR Part 11)

| Method (Analysis Batch) | Analyst | Peer Review |
|---|---|---|
| **NIOSH 9102 Mod, Ghost Wipe (288747)** | /S/ Peter P. Steen 12/22/2021 13:25 | /S/ Rex Bagley 12/22/2021 15:00 |

## Laboratory Contact Information

ALS Environmental                    Phone: (801) 266-7700
960 W Levoy Drive                    Email: alslt.lab@ALSGlobal.com
Salt Lake City, Utah 84123           Web: www.alsslc.com

# ANALYTICAL REPORT

Workorder: 34-2135152

Client Project ID: Quantum Labs, San Jose, CA
Purchase Order: NA
Project Manager: Stella Hanis

## General Lab Comments

The results provided in this report relate only to the items tested.
Samples were received in acceptable condition unless otherwise noted.
The following was provided by the client: Sample ID, Collection Date, Sampling Location, Media Type, Sampling Parameter.
Collection Date, Media Type, and Sampling Parameter can potentially affect the validity of the results.
Samples have not been blank corrected unless otherwise noted.
This test report shall not be reproduced, except in full, without written approval of ALS.

ALS provides professional analytical services for all samples submitted. ALS is not in a position to interpret the data and assumes no responsibility for the quality of the samples submitted.

All quality control samples processed with the samples in this report yielded acceptable results unless otherwise noted.

ALS is accredited for specific fields of testing (scopes) in the following testing sectors. The quality system implemented at ALS conforms to accreditation requirements and is applied to all analytical testing performed by ALS. The following table lists testing sector, accreditation body, accreditation number and website. Please contact these accrediting bodies or your ALS project manager for the current scope of accreditation that applies to your analytical testing.

| Testing Sector | Accreditation Body (Standard) | Certificate Number | Website |
|---|---|---|---|
| Environmental | PJLA (DoD ELAP) | L20-57 | http://www.pjlabs.com |
| | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |
| Industrial Hygiene | AIHA (ISO 17025 & AIHA IHLAP) | 101574 | http://www.aihaaccreditedlabs.org |
| | DOECAP-AP | L20-59 | http://www.pjlabs.com |
| | Washington | C596 | https://ecology.wa.gov/Regulations-Permits/Permits-certifications/Laboratory-Accreditation |
| Dietary Supplements | PJLA (ISO 17025) | L20-58 | http://www.pjlabs.com |

## Definitions

LOD = Limit of Detection = MDL = Method Detection Limit, A statistical estimate of method/media/instrument sensitivity.
LOQ = Limit of Quantitation = RL = Reporting Limit, A verified value of method/media/instrument sensitivity.
ND = Not Detected, Testing result not detected above the LOD or LOQ.
NA = Not Applicable.
** No result could be reported, see sample comments for details.
< Means this testing result is less than the numerical value.
( ) This testing result is between the LOD and LOQ and has higher analytical uncertainty than values at or above the LOQ.

W    2135152

# ANALYTICAL REQUEST FORM

2135152

1. ☐ **REGULAR Status**

☑ **RUSH Status Requested - ADDITIONAL CHARGE**
RESULTS REQUIRED BY _12/22/21_
　　　　　　　　　　　　　　　DATE
CONTACT ALS SALT LAKE PRIOR TO SENDING SAMPLES

▲ ALS

2. Date _12/9/21_    Purchase Order No. _____

3. Company Name : _AERO-ENVIRONMENTAL CONSULTING_

Address: _1426 VIA ISOLA_

_MONTEREY, CA 93940_

Person to Contact: _JORGE VIZCAINO_

Telephone ( 831 ) _277-5831_

Fax Telephone ( ) _____

E-mail Address: _jorge@aero-enviro.com_

Billing Address (if different from above)

_____

_____

_____

4. Quote No. _____

ALS Project Manager: _Stella Hanis_

5. **Sample Collection**

Sampling Site: _QUANTUM LABS, SAN JOSE, CA_

Industrial Process: _COBALT DECONTAMINATION_

Date of Collection: ~~12/14/2021~~ _12/16/21_

Time Collected _____

Date of Shipment: ~~12/14/2021~~

Chain of Custody No.: _____

6. How did you first learn about ALS?

## 7. REQUEST FOR ANALYSES

| Client Sample Number | Matrix* | Sample/Area Volume | ANALYSES REQUESTED - Use method number if known | Units** | Lab Comments |
|---|---|---|---|---|---|
| 12-16-W1 | wipe | 100 cm² | Cobalt NIOSH 9102 | 100 cm² | Floor |
| 12-16-W2 | " | " | " | " | Floor |
| 12-16-W3 | " | " | " | " | Floor |
| 12-16-W4 | " | " | " | " | Hood Roof |
| 12-16-W5 | " | " | " | " | Hood Roof |
| 12-16-W6 | " | " | " | " | Hood Roof |
| 12-16-W7 | " | " | " | " | On Top of Table |
| 12-16-W8 | " | " | " | " | Floor |
| 12-16-W9 | " | " | " | " | Floor |
| 12-16-W10 | " | " | " | " | Floor |
| 12-16-W11 | " | " | " | " | Floor Temescal Room |
| 12-16-W12 | " | " | " | " | Floor |
| 12-16-W13 | " | " | " | " | Floor |
| 12-16-W14 | " | " | " | " | Floor |

\*  Specify: Solid sorbent tube, e.g. Charcoal; Filter type; Impinger solution; Bulk sample; Blood; Urine; Tissue; Soil; Water; Other

\*\* 1. µg/sample   2. mg/m³   3. ppm   4. %   5. µg/m³   6. _____ (other)   Please indicate one or more units in the column entitled Units**

Comments _____

Possible Contamination and/or Chemical Hazards _____

7. **Chain of Custody (Optional)**

| | | Date/Time | |
|---|---|---|---|
| Relinquished by | _[signature]_ | _12/16/21_ | |
| Received by | _[signature]_ | _12-17-21_ | _10:35_ |
| Relinquished by | | Date/Time | |
| Received by | | Date/Time | |

For lab use only

# ANALYTICAL REQUEST FORM

**ALS**

1. ☐ **REGULAR Status**

☑ **RUSH Status Requested - ADDITIONAL CHARGE**
RESULTS REQUIRED BY _12/22/21_
DATE
CONTACT ALS SALT LAKE PRIOR TO SENDING SAMPLES

2. Date 12/9/21     Purchase Order No. _____

3. Company Name : __AERO-ENVIRONMENTAL CONSULTING__

Address: _1426 VIA ISOLA_

_MONTEREY, CA 93940_

Person to Contact: JORGE VIZCAINO

Telephone ( 831 ) _277-5831_

Fax Telephone ( ) _____

E-mail Address: _jorge@aero-enviro.com_

Billing Address (if different from above)

_____

_____

_____

4. Quote No. _____

ALS Project Manager: _Stella Hanis_

5. **Sample Collection**

Sampling Site: QUANTUM LABS, SAN JOSE, CA

Industrial Process: COBALTDECONTAMINATION

Date of Collection: ~~12/9/2021~~ _12/16/2021_

Time Collected _____

Date of Shipment: ~~12/9/2021~~

Chain of Custody No.: _____

6. How did you first learn about ALS?

_____

_____

7. **REQUEST FOR ANALYSES**

| Client Sample Number | Matrix* | Sample/Area Volume | ANALYSES REQUESTED - Use method number if known | Units** | Lab Comments |
|---|---|---|---|---|---|
| 12-16-W15 | Wipe | 100 cm² | Cobalt NIOSH 9102 | 100 cm² | On Top of Table |
| 12-16-W16 | " " | " " | " " | " " | Top of Hood |
| 12-16-W17 | " " | " " | " " | " " | Top of Hood |
| 12-16-W18 | " " | " " | " " | " " | Top of Hood |
| 12-16-W19 | " " | NA | " " | " " | Field Blank |
| 12-16-W20 | " " | NA | " " | " " | Field Blank |
| 12-16-W21 | " " | 100 cm² | " " | " " | Floor |
| 12-16-W22 | " " | " " | " " | " " | Floor |
| 12-16-W23 | " " | " " | " " | " " | Floor |
| 12-16-W24 | " " | " " | " " | " " | Floor |
| | | | | | |
| | | | | | |
| | | | | | |

* Specify: Solid sorbent tube, e.g. Charcoal; Filter type; Impinger solution; Bulk sample; Blood; Urine; Tissue; Soil; Water; Other
** 1. μg/sample   2. mg/m³   3. ppm   4. %   5. μg/m³   6. _____ (other)   Please indicate one or more units in the column entitled Units**

Comments _____

_____

Possible Contamination and/or Chemical Hazards _____

7. **Chain of Custody (Optional)**

| | | | | |
|---|---|---|---|---|
| Relinquished by | _[signature]_ | Date/Time | _12/16/21_ | |
| Received by | _Jim W Russell_ | Date/Time | _12-17-21_ | _10:35_ |
| Relinquished by | | Date/Time | | |
| Received by | | Date/Time | | |

**960 West LeVoy Drive / Salt Lake City, UT 84123     800-356-9135 or 801-266-7700 / FAX: 801-268-9992**
ALS Environmental



831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX B-PHOTOGRAPHIC DOCUMENTATION
















































































831.394.1199 E-Mail: Jorge@aero-enviro.com www.Aero-Enviro.com

# APPENDIX C-PROFESSIONAL CERTIFICATIONS

State of California
Division of Occupational Safety and Health
**Certified Asbestos Consultant**

Jorge Ignacio Vizcaino
Name

Certification No. ___04-3554___

Expires on ___04/15/22___

This certification was issued by the Division of
Occupational Safety and Health as authorized
by Sections 7180 et seq. of the Business and
Professions Code.

# The Board for Global EHS Credentialing (BGC)

through its vested authority, hereby confirms that

## Jorge I. Vizcaino

has met all requirements of education, experience, and examination, and on-going maintenance set forth through the BGC's American Board of Industrial Hygiene®'s (ABIH®) credentialing division for re-certification in the Comprehensive Practice of Industrial Hygiene and is thereby conferred the credential of

## Certified Industrial Hygienist® (CIH®)

The aforenamed individual is given all rights, privileges, and responsibilities as both a diplomate of the BGC and holder of the CIH credential, provided that the credential is not suspended or revoked, and it is renewed annually. Moreover, the holder must meet all recertification requirements, including the obligation to practice ethically as prescribed by the BGC.





| | |
|---|---|
| Credential Number: | 9814 CP |
| Award Date: | October 4, 2010 |
| Expiration Date: | June 1, 2026 |

Cynthia Hanko, CIH
Chair of the Board of Directors

Ulric K. Chung, MCS, PhD
Chief Executive Officer and Secretary

| | |
|---|---|
| **From:** | recertinfo@ihmm.org |
| **To:** | Jorge Vizcaino |
| **Subject:** | Congratulations on Recertifying Your CHMM! |
| **Date:** | Thursday, November 5, 2020 10:38:14 AM |

Dear  Vizcaino,

**Congratulations on successfully recertifying your CHMM credential!** Thank you for your continued effort in safety when working with hazardous materials. You are one of the many reasons why this world is a safer place to live. The amount of time you have taken to recertify has not gone unnoticed by the IHMM staff.

Your recertification application has been processed for the cycle ending 10/31/2021. Your new credential expiration date is 10/31/2026.

Please use this electronic copy of your **CHMM Letter of Compliance** as proof of credential and for any third-party verification needs until your presentation copies of your CHMM Letter of Compliance (proof of credential) and Certificate (suitable for display) arrive.

IHMM certifications are the standard of excellence in the hazardous materials industry. As an IHMM credential holder, you can:

- Validate your expertise in many areas
- Distinguish yourself in a competitive marketplace
- Increase your employment options
- Demonstrate ongoing competence
- Expand your professional network
- Benefit from public sector outreach
- Receive global recognition

You are now authorized to continue using your credential designation through the expiration date listed in your *My*IHMM account online and on your certificate as long as you adhere to the CHMM Code of Ethics, remain in good standing, and maintain all required fees.

Remember to regularly access your *My*IHMM account to monitor your certification and fee due dates, to maintain your record's accuracy and to keep abreast of certification news. As a Certificant you agree to the proper use of the logo and acronym designation, and to surrender the certificate in the event of withdrawal of certification by IHMM.

We appreciate your continued support of IHMM and your commitment to the professional excellence embodied in your credential.

Sincerely,



*Gene Guilford*
*Executive Director*



*Institute of Hazardous Materials Management*
*9210 Corporate Blvd.,  Suite 470 | Rockville, MD 20850*
*(301) 984-8969 | (301) 984-1516 fax*

California Department of
**PublicHealth**

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH

# LEAD-RELATED CONSTRUCTION CERTIFICATE

INDIVIDUAL:



**Jorge Vizcaíno**

CERTIFICATE TYPE:

Lead Inspector/Assessor

NUMBER:

LRC-00001930

EXPIRATION DATE:

11/3/2022

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.



State of California
Division of Occupational Safety and Health
**Certified Site Surveillance Technician**



**David E Kummer**
Name

Certification No. __**08-4363**__

Expires on __**06/19/22**__

This certification was issued by the Division of
Occupational Safety and Health as authorized by
Sections 7180 et seq. of the Business and
Professions Code.



**STATE OF CALIFORNIA**
**DEPARTMENT OF PUBLIC HEALTH**



# LEAD-RELATED CONSTRUCTION CERTIFICATE

| INDIVIDUAL: | CERTIFICATE TYPE: | NUMBER: | EXPIRATION DATE: |
|---|---|---|---|
| | Lead Sampling Technician | LRC-00007343 | 10/27/2022 |

**David Kummer**

Disclaimer: This document alone should not be relied upon to confirm certification status. Compare the individual's photo and name to another valid form of government issued photo identification. Verify the individual's certification status by searching for Lead-Related Construction Professionals at www.cdph.ca.gov/programs/clppb or calling (800) 597-LEAD.